# Cody Warner P.C.
### CRIMINAL DEFENSE ATTORNEY

October 9, 2025

*By ECF*

Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

[Handwritten endorsement, dated 10/14/2025: "Of course you may depose him. He was not disclosed until fact discovery was effectively over."]

[Stamp: DOCUMENT ELECTRONICALLY FILED, DOC #: ___, DATE FILED: 10/14/25]

Re: Peter Piatetsky v. The Port Authority of New York and New Jersey, et al.--
24-cv-9136 (CM)

Your Honor:

I write to request the Court's leave to conduct the deposition of Officer James Leister. On September 29, 2025, Defendants served a supplemental Rule 26 disclosure that listed Officer James Leister as a person likely to have discoverable information. Although the Court extended the expert discovery deadline to January 31, 2026, the fact discovery deadline was September 30, 2025.

Accordingly, I am requesting the Court's leave to conduct the deposition of Officer Leister, since I did not have an opportunity to schedule Officer Leister's deposition before fact discovery concluded. Defendants consent to this request. This request should not affect the existing expert discovery deadline.

Thank you for your consideration.

11 Broadway
Suite 615
New York, NY 10004

telephone: 212-627-3184
email: cody@codywarnercriminaldefense.com
web: codywarnercriminaldefense.com



Sincerely,

*Cody Warner*
Cody Warner
*Counsel for Plaintiff*

cc:  Cheryl Alterman
*Counsel for Defendant The Port Authority of New York and New Jersey*
(via ECF)

11 Broadway | telephone: 212-627-3184
Suite 615 | email: cody@codywarnercriminaldefense.com
New York, NY 10004 | web: codywarnercriminaldefense.com