UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

PETER PIATETSKY,

             Plaintiff,

    -v-

THE PORT AUTHORITY OF NEW YORK
AND NEW JERSEY, POLICE OFFICER
ANTHONY CAMACHO,

             Defendants.

-----------------------------------------------------------X

**DECLARATION OF CODY WARNER IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

**24-cv-9136 (CM)**

**Cody Warner**, an attorney duly admitted to practice before this Court, hereby declares under penalty of perjury pursuant to 28 U.S.C. §1746 that the following is true and correct:

1.      I am the attorney of record for Plaintiff Peter Piatetsky in this action.

2.      I make this Declaration in opposition to Defendants' Motion for Summary Judgment in this action.

3.      Annexed hereto as Exhibit "1" is a true and accurate copy of excerpts from Plaintiff's deposition.

4.      Annexed hereto as Exhibit "2" is a true and accurate copy of excerpts from Defendant Anthony Camacho's deposition.

5.      Annexed hereto as Exhibit "3" is a true and accurate copy of video surveillance of the entrance to the Holland Tunnel from a bird's eye perspective on December 2, 2023.

6.      Annexed hereto as Exhibit "4" is a true and accurate copy of video surveillance of the entrance to the Holland Tunnel from inside of the Tunnel on December 2, 2023.

7.      Annexed hereto as Exhibit "5" is a true and accurate copy of a photograph taken of Plaintiff at CityMD on December 4, 2023.

8.	Annexed hereto as Exhibit "6" is a true and accurate copy of a report regarding Plaintiff from Dr. Kristen Dams-O'Connor, Director of the Brain Injury Center of Mount Sinai Hospital. This report was provided to Defendants on July 12, 2025, pursuant to Plaintiff's Fed. R. Civ. P. 26(a)(2)(B) expert disclosure.

9.	Annexed hereto as Exhibit "7" is a true and accurate copy of an excerpt of Plaintiff's medical records from CityMD.

10.	Annexed hereto as Exhibit "8" is a true and accurate copy of the body worn camera footage of Police Officer Rhett Peppi inside the Holland Tunnel on December 2, 2023.

11.	Annexed hereto as Exhibit "9" is a true and accurate copy of an excerpt of Plaintiff's medical records from Lenox Hill Hospital.

Dated: New York, New York
	February 27, 2026

*Cody Warner*

_____
Cody Warner
*Attorney for Plaintiff*
11 Broadway
Suite 615
New York, NY 10004
212-627-3184

2