# Exhibit 1

PETER PIATETSKY

**A    So the injuries I am claiming from this lawsuit are specifically:  Nausea, headaches migraines, chest pains, and sensitivity to light.**

Q    So, is it fair to say that the treatment that you received from a cardiologist is from injuries that you're claiming as a result of this incident that occurred on December 2nd, 2023?

**A    I mean, I'll defer to my lawyer and medical professional that Mr. Warner retained.**

Q    Okay.  For nausea, are you treating primarily with your PCP or someone else?

**A    PCP.**

Q    And for headaches, who are you treating with?

**A    PCP.**

Q    And for migraines?

**A    PCP.  Everything goes through One Medical from my PCP.**

Q    Okay.  And -- I'm just have to ask you specifically for each injury.  Your chest pain, is that from your primary care physician?

**A    Yes.**

Q    And light sensitivity?

PETER PIATETSKY

A    Yes.

Q    With respect to light sensitivity, what are your symptoms?

A    I just prefer to be in the dark, and that is not something that I used to do before.

Q    When did this start?

A    After I was assaulted by Officer Camacho.

Q    Do you recall approximately when you started first feeling the light sensitivity?

A    I mean, when I -- the symptoms that I had the earliest onset, were the headaches, migraines and light sensitivity and I'd say those began in the weeks after the assault.

Q    Are you prescribed any medication for the light sensitivity?

A    No.

Q    Are you given any coping methods therapy to deal with light sensitivity?

A    I turn the lights down.

Q    Anything else?

A    Hats, shades.

Q    And when you say that you prefer to be in the dark, is this because of some symptom

PETER PIATETSKY

you're feeling or just a preference or something else?

A    I just found that I get less headaches if I'm working in a dark environment.

Q    So I presume that you work from home, since you're fully remote?

A    That's correct.

Q    So when you work from home, do you turn on any lights in your house?

A    As little as possible.

Q    Do you experience any headaches from the computer screen?

A    Yes.

Q    Is that a daily occurrence or weekly occurrence, monthly occurrence; how often do you experience?

A    A regular.  Like, just regular and ongoing.  After the assault I had severe migraines and the way I describe a migraine is, it's debilitating and whatever I'm doing I cannot do, I have to stop, and those have become rare now.  But the headaches are ongoing and I -- I've looked this up on Amazon basically, like a hangover cap, so I have four of those and I

**PETER PIATETSKY**

Q    How would you generally commute in Manhattan prior to December 2nd, 2023, did you use public transportation, private transportation; how did you get around the city?

**A    Almost exclusively the electric unicycle.**

Q    When did you first purchase the electric unicycle?

**A    So I bought one I think in 2018, I believe, I don't remember exactly, and then I bought a, like, different one after in like 2021. But I think that the model I was riding in 2023 I had probably purchased earlier that year.  But I've been riding -- basically I mostly the EUC, electric unicycle, EUC.**

Q    And just for the record, you're referring to it as U-E-C all caps?

**A    Yes.**

Q    And that stands for electric unicycle?

**A    Yes.**

Q    Just for the record.

**A    EUC would probably be my most common form of transportation since, like, 2017, 2018.**

Q    Were you using the EUC while you were

PETER PIATETSKY

living in Washington D.C. as well?

A    No.

Q    So when you had the accident where you were knocked off a bike in September of 2017, was that a regular bike, an electric bike; what were you using at the time?

A    **I had a regular bike.**

Q    Did you start using the electric unicycle once you moved to Manhattan?

A    **Yes.**

Q    Why did you start using an electric unicycle once you moved to Manhattan?

A    **Extremely unpleasant experiences with public transportation, I mean, having a car in the city is expensive, parking is impossible, and then -- you're not, like I'm discovering anything new here, but trains being late, vomit, needles, mentally ill people screaming at you and I was, like, I don't -- I want to be on time and I want to not have that be part of my commute.**

Q    Do you know whether or not electric unicycles are permitted to be on the New York City streets?

A    **So I work in compliance and I have done**

**PETER PIATETSKY**

**my research and I believe the answer to that is yes.  And I ride in bike lanes or traffic and I've ridden by or next to police officers on hundreds of occasions and have never had any negative experience and generally found folks to be, including NYPD police officers (I know it's Port Authority), but within New York City I've never had a negative experience with police and the electric unicycle.**

Q    The electric unicycles, those and the ones that you've owned, those are not registered, correct; they're not registered vehicles?

**A    There is nowhere to register them, so that is correct.**

Q    And there's no way to, for instance, pay a toll if you're riding one of those vehicles through a crossing, correct?

**A    That would be correct, yes.**

Q    When you say that you work in compliance or you've done your research, where did you research to determine whether or not it was legal to ride an electric unicycle on New York City streets?

**A    I've looked to see if there was**

PETER PIATETSKY

A    So I know that certain types of vehicles especially having gas powered are not allowed, and I ride by police officers on a regular basis who do stop and apprehended some of those folks and impounded their bikes or mopeds. And I've ridden my electric unicycle right next to past these police officers on a regular basis and have never been stopped.

Q    Did you ever receive a ticket or a summons for riding an electric unicycle in the City of New York prior to December 2nd, 2023?

A    No.

Q    Were you aware of any prohibitions as to riding an electric unicycle in the Holland Tunnel prior to December 2nd, 2023?

A    No.  I saw that there was a sign that showed no bicycles and no pedestrians.

Q    Did you ever contact anyone from the Port Authority of New York and New Jersey or do any independent research to determine whether electronic unicycles were permitted in the Holland Tunnel on or prior to December 2nd, 2023?

A    I did not.

Q    Did you ever enter the Holland Tunnel

PETER PIATETSKY

while riding your electric unicycle, prior to December 2nd, 2023?

A    I did not.

Q    Did you ever go through the Holland Tunnel in a regular car, a regular vehicle, prior to December 2nd, 2023?

A    Yes.

Q    Approximately how many times; many times, countless times?

A    Yeah.

Q    And you just testified that you were familiar with certain signage that was outside the entrance, on the New York side I'm referring to of the Holland Tunnel, indicating that no pedestrians are allowed and no bicyclists are allowed, correct?

A    That is correct.  But motorcycles I have seen many times and I have seen electric motorcycles also go through the Tunnel.

Q    When have you seen electric motorcycles go through the Tunnel?

A    On some of the occasions, it doesn't have an exhaust pipe.

Q    Specifically, when did you observe

PETER PIATETSKY

December 2nd?

A    Probably between 10 to 25.

Q    As you approached the entrance to the Holland Tunnel, did you observe any Port Authority Police Officers standing at or about the entrance to the Holland Tunnel?

A    I did not.

Q    Did you notice any Port Authority police vehicles parked outside the entrance of the Holland Tunnel as you were approaching?

A    Probably.

Q    Do you have an independent recollection?

A    I don't, but I know they're probably there, so...

Q    Did you in fact enter the Holland Tunnel on your electric unicycle on December 2nd, 2023?

A    Yes.

Q    Before you entered the Tunnel, did you have any interaction with a Port Authority Police Officer?

A    So, now I know that Officer Camacho was trying to stop me but I did not see him trying to

**PETER PIATETSKY**

**stop me.**

Q    When you say now you know that Officer Camacho was trying to stop you, how do you know that?

**A    A review of the footage provided by the Port Authority.**

Q    Did you have any physical contact with any Port Authority Police Officer, before entering the Holland Tunnel on December 2nd?

**A    No.**

Q    Did you observe anyone attempting to stop you or waive at you, before you entered the Holland Tunnel on December 2nd?

**A    So I saw someone coming at me from the left-hand side.**

Q    And did you see this when you reviewed the video or is this based on your independent recollection of the incident?

**A    On my independent recollection.**

Q    Okay.  So when you saw someone coming at you, you said from the left side?

**A    Yeah.**

Q    Do you know which lane you were traveling in as you entered the Holland Tunnel,

PETER PIATETSKY

was it the right lane as you're entering the Tunnel or the left lane?

A    **I do not recall.**

Q    If we use the photographs to maybe refresh your recollection, the three photographs that we marked today A, B and C, probably either A or B would be best to take a look at from a perspective standpoint, do you know which lane you were riding in, before you entered the Holland Tunnel?

A    **If we're looking at this, C, PP-C, I believe the one closest to the right.**

Q    Okay.  So when we're looking at the photograph there's a --

A    **I mean, I don't want to say something that's wrong, that's also on video, so...**

Q    So understand this is based upon your memory, do you believe that you were riding in the far-right lane, looking at Exhibit C, on December 2nd?

A    **Maybe, but I don't remember exactly which lane I was riding in.**

Q    Okay.  Now, when you said that you saw an officer approaching from the left-hand side,

PETER PIATETSKY

were you already in the lane entering the Holland Tunnel as you saw this officer?

A    So, I never said that I saw an officer approaching me.

Q    Okay.  You saw -- what did you see?

A    I saw something moving towards me, and this being an area where people merge, areas like that, as everyone knows, frequently you might have a panhandler or a mentally ill person charging for traffic, and that was just my gut instinct is someone is coming at me.

Q    How did you know someone was coming at you from the left-hand side?

A    I saw something out of my helmet but I, at no point in time, thought or knew that it was a police officer.

Q    Did you turn your head as you felt someone approaching you on the left-hand side?

A    So I turned after moving forward and I saw someone in a baseball cap.

Q    Okay.  Did you see that person whether or not they were wearing a uniform?

A    No, I just remember seeing that it was a baseball cap and I did not think that it was a

**PETER PIATETSKY**

**police officer because I would have expected a police officer to be wearing, like, either nothing, nothing on their head or the NYPD cap, that's what I'm using to.**

Q    Okay.  Besides for recalling seeing this individual wearing a baseball cap, do you recall anything about their appearance; their color of skin, what they looked like, what type of clothing they were wearing?

**A    No.**

Q    Did that person say anything to you as you went past them and were entering the Tunnel?

**MR. WARNER:  Objection as to form.**

Q    Do you recall any conversations that were had between yourself and that person who you saw to the left-hand side?

**A    We definitely did not have a conversation.  But I mean, if your question is, did I hear anything?  No.**

Q    Okay.  Did you say anything as you were entering the Holland Tunnel?

**A    No.**

Q    Did you see that person who was wearing a baseball cap make any hand movements or hand

PETER PIATETSKY

gestures towards you?

     A    I saw someone coming at me but I don't recall that there was a -- the short answer is, no.  This is not -- I did not -- I thought it was a mentally ill person in traffic.  And again, assuming that everyone that's in New York has experienced on many occasions, like, you're going somewhere there's somebody that is acting erratically in traffic, and I was not about to stop and become friends with this person.

     Q    Is it your testimony that this individual who is wearing a baseball cap, was acting erratically?

     A    I did not stop to find out.

     Q    Okay.  Was it your observations that the person who you saw wearing a baseball cap was act erratically in the roadway?

     A    I was not going to stop to find out.  I did not believe I was doing anything wrong or illegal and I was doing what I had been doing for years, which is riding a electric unicycle.

     Q    Did you see this individual who was wearing a baseball cap do anything, other than approach you from the left-hand side?

PETER PIATETSKY

A    I don't -- I don't really -- what I remember is someone approaching at me and, you know, now I've reviewed the video and I can see he was swatting at me, but do I remember that in that moment?  I don't believe so.

Q    Okay.  Did the individual who was wearing a baseball cap, make any contact with you before you entered the Holland Tunnel, did he touch you in any way?

A    Honestly, I do not recall.  Like, I know, I mean, I believe Officer Camacho claims that, but if he hit my backpack or touched my backpack, I may not have felt that.

Q    Did you touch this person who was wearing a baseball cap, prior to entering the Holland Tunnel?

A    No.

Q    Did you make any hand gestures or motion at this person who was wearing a baseball cap, before entering the Holland Tunnel?

A    No.  I was going straight and this person was coming at me from the left-hand side and my first awareness that something had happened was, oh there's something here I'm just

PETER PIATETSKY

going to keep going.  So for me to make a motion towards him would not -- like, it's impossible because I was moving straight.  So I'm moving straight and -- so I know I'm not supposed to -- so I'm moving straight and this person is coming at me from behind, so it's not even possible for me to do something to them because my hands are in front of me not behind me to decide where I'm going a different direction.

Q    So it's your testimony that this person approached you from the left-hand side from behind.  And you first saw this person who was wearing a baseball cap, out of your peripheral vision as they approached you?

A    That is correct.

Q    How close did that person get to you?

A    I don't know.

Q    Like, more than a foot, less than a foot?

A    Honestly, I don't know.  Like, I just -- I kept going.  Because, again, my just gut reaction was I'm in a merging area -- in New York when someone comes rushing at you, you generally don't stick around to find out, like,

PETER PIATETSKY

coming close to you?

A     No.

Q     Why not?

A     I don't know who it was and I was going somewhere.

Q     Okay.  And you were going approximately what speed?

A     Probably 10 to 25 miles-per-hour.

Q     Before you entered the Holland Tunnel, you just testified that you turned around, you turned your head to see who had approached you; is that fair to say?

A     Yes.

Q     Okay.  Why did you do that?

A     I wanted to see, like, if I was in danger.

Q     Okay.  And why would you think that you were potentially in danger if you were still proceeding at the same speed that you were traveling before this person approached you?

A     I'm trying to have some sense of what happened.

Q     When you turned your head to observe whether or not you were in any danger or what had

**PETER PIATETSKY**

Q    Okay.  You've never seen that?

**A    No.  Honestly, no.  I'd have to look for it.**

Q    So, I guess it's fair to assume then, then you don't know if you had crossed over to the New Jersey side?

**A    No.**

Q    No, you don't know?

**A    It is fair to said that I did not know if I crossed over to the New Jersey side.**

Q    Okay.  Do you know approximately how many minutes you were traveling in the Tunnel before traffic stopped?

**A    My guess is, like, two to three.**

Q    How did you know that traffic stopped, just from your observations or from something else?

**A    So cars stopped moving and then I saw flashing police lights.**

Q    Which direction were the flashing police lights coming from, was it the same direction you were traveling or the opposite direction?

**A    I saw them ahead of me.**

**PETER PIATETSKY**

Q    Do you recall what types of vehicles were they; were they vans, were they regular cars, were they trucks; what were they?

**A    I mean, whatever is in the Holland Tunnel.  I'm not trying to be facetious but it's a Tunnel, it's traffic, I wasn't -- sometimes on family car trips we would play like a make and model game, but I was not doing that that day.**

Q    Once you were in the Tunnel, was there any indicator that there was an issue with your battery?

**A    It started slowing down.**

Q    Did the electric unicycle start slowing down on its own or did you slow it down?

**A    No, it's just if I -- it does what is called a tilt back and usually you can keep riding but it's just letting you know, like, hey, you're going to run out of juice at some point you should probably charge it, but that's not something that I was surprised by that's why I brought my charger.**

Q    So did you feel, based on your experience riding an electric unicycle on this day, that you still had another third of the way

[Page 148]
June 5, 2025

**PETER PIATETSKY**

**like driving and your tank is low and you're**

**like, oh, it's fine I'll find a gas station.**

Q    But in this case you weren't able to find a gas station.  So my question is, did you feel confident, based upon your experience riding the electric unicycle, that you would be able to complete the trip to Jersey City with the amount of battery life that you had left at that time?

**A    If I was able to keep going, yes.  But the difference here between a car and electric unicycle, is that the electric unicycle continues to drain significant amounts of power even when it's not moving.  So it's not like -- as long as it's on, it's consuming battery power, it doesn't have to be moving.**

Q    How long were you completely stopped inside the Tunnel?

**A    Probably a couple of minutes.**

Q    A couple being two minutes, more than two minutes, less than two minutes?

**A    I don't know, but we have it all on video.**

Q    Do you know?

**A    I did not measure.**

**PETER PIATETSKY**

Q    Were you moving at all once traffic was stopped and you observed police lights?

**A    I kept on moving forward a little bit and then I realize that no cars were moving.**

Q    Okay.  So, is it your testimony that you inched forward a little bit, or moved forward a little bit once you saw police lights, and then eventually came to a complete stop?

**A    I do not recall exactly, but probably.**

Q    Okay.  Well, do you recall what your movement was inside the Tunnel once you observed the police lights?

**A    I continued going forward for some time and then I realized that no cars were moving 'cause my immediate -- my first assumption that, you know, this happened very quickly, was that there was a crash in the Tunnel and that probably (this is kind of what I was thinking at the time), oh maybe there's crash in the Tunnel and they're moving the car to one side to let traffic thru but then I saw, oh wait, no cars are moving, so there must be something really bad that happened in the Tunnel because zero cars are moving forward.**

**PETER PIATETSKY**

Q    Were the cars in both lanes completely stopped?

A    Correct.

Q    In order to observe that it went from, in your testimony, that you were slowly moving to completely stop, did you actually ride around cars in order to observe that?

**A    I was moving in between or around but, yes, like that.**

Q    Okay.  So you were riding as if a motorcycle is riding, let's say, where you ride around the cars in between the cars?

**A    Correct.  Lane splitting for motorcycles I know is illegal, but for electric unicycles I'm not aware that it's illegal.**

Q    Okay.  You refer to it as lane splitting?

**A    Correct.**

Q    Okay.  So, is that the maneuver that you were doing inside the Tunnel?

**A    I mean, there's video.  I don't recall exactly what I was doing, maybe I was staying within a lane maybe not, but I'll let the video speak for itself.  But I remember cars were**

PETER PIATETSKY

police officers who were operating those police vehicles and describe them with any detail?

A    Definitely not.  I never saw an officer.  I saw the lights reflected on the Tunnel.

Q    So what happened after you realized that cars were completely stopped within the Tunnel, what did you do next?

A    I waited for them to get moving again.

Q    Did there come a time when the cars started moving again?

A    No.

Q    Okay.  So when you realized that the cars weren't moving at all after some time passed, what did you do?

A    So, one, I was concerned about my battery life 'cause I was not sure how long the stoppage was.  I've been stopped in tunnels before specifically on a, I think it's the D Train in Brooklyn.  But when you're stuck in a tunnel, and I don't know again what happened in front, like, is there a two-lane car crash?  Is there an issue with the roof?  Like, I grew up in Boston, there was a woman that died when a piece

**PETER PIATETSKY**

Q    How long were you in the Tunnel before you decided to change direction?

**A    Probably a couple of minutes.**

Q    Was it more than five minutes or less than five minutes?

**A    I don't recall.**

Q    Do you know if it was more than two minutes?

**A    Probably.**

Q    Do you recall if it was more than three minutes?

**A    I mean, I was not tracking the time.**

Q    At some point, did you decide to turn around and ride in the wrong direction outside of the Tunnel?

**A    And so, I mean, at that point I was faced with a difficult decision, which is clearly traffic is blocked moving forward and I don't know how long and I think that my battery might die and, 2, I'm breathing in exhaust, and I saw also no cars moving behind me, so all right let me exit in a slow and cautious manner, obviously not the ideal situation, but I thought I could do so safely.**

PETER PIATETSKY

A    I don't know.

Q    Okay.  Did you in fact exit the Tunnel in the same way that you entered it?

A    On an electric unicycle?

Q    Yes.

A    Yes.

Q    Okay.  And did you exit the Tunnel in the same lane that you had originally entered it or in a different lane?

A    No, I was moving as close as possible to the wall.

Q    Okay.  And the wall being what exactly?

A    I believe the right-hand side.  So --

Q    Which exhibit are you looking at?

A    Exhibit PP-C.  I was exiting on the side that was closer to the right.

Q    Okay.

A    I was trying to stick as close to the wall as possible, for safety reasons, because at some point when I was exiting so there were cars that were stopped and then at some point there were no longer any cars.

Q    When you first exited the Tunnel, did you see that traffic had been stopped?

**PETER PIATETSKY**

Q    When you exited the Tunnel, when did you first observe the police officer?

**A    I never observed the police officer.  I was assaulted by Officer Camacho.  Like, I'm moving and just something hits me from the side.**

Q    When you say something hits you, where were you hit?

**A    I'm -- on this side (indicating).**

Q    So your right side?

**A    I believe so.  I'm moving and Officer Camacho pushed me from the right side off of the unicycle into the concrete barrier.**

Q    How did he push you?

**A    I don't know but he pushed me.  Like, I wasn't -- it was not something where I -- I'm moving, there's, again, something coming at me and I have no -- there's not like a moment where I'm like, oh, this is an officer.  Like, no, I see somebody is coming at me and boom, I'm on the ground.**

Q    Okay.  So you felt someone push you, correct?

**A    Correct.**

Q    Were you pushed off your unicycle or

PETER PIATETSKY

did you remain on the unicycle after you were pushed?

A    I definitely was pushed off the unicycle.  I don't remember how quickly it happened but I was definitely pushed off the unicycle.

Q    Okay.  So it's your testimony that you're pushed on your right side, correct?

A    I mean, I don't know exactly where he pushed me, everything happened very quickly.

Q    What part of your body was touched when you were pushed?

A    Like, my body?  I'm sorry, I'm not trying to give a facetious answer, but --

Q    Was it your shoulder, was it your arm, was it your back; what part of your body was touched when you were pushed?

A    Mostly likely -- I mean, we have the video.  But most likely the initial push was here (indicating) because that's the side that was going to be closest to Office Camacho.

Q    Okay.  So indicating your right shoulder?

A    No, just right side of my body.

PETER PIATETSKY

followed by my head.  Like, boom, boom, boom.  Sorry, no gestures.  But essentially I'm getting -- moving forward I'm getting pushed to the right, so what is closest to the ground hits first, my leg, then my wrist followed by my head.

Q    So it's your testimony that your head actually hit the ground?

A    It's on the video.

Q    I'm just asking you.

A    Yes.

Q    And your head hit the pavement, the roadway or something else?

A    I don't remember exactly.  Whatever is in the video and what my initial testimony is, is accurate.

Q    Well, you're testifying right now.  So I'm asking you what part of your head or where did your head hit, did it hit the roadway or did it hit the barrier or something else?

A    I do not recall exactly.  But one moment I was moving, the next moment I was very abruptly not moving.

Q    Once you were on the ground, was Officer Camacho on any part of your body?

PETER PIATETSKY

A    I remember, I think my initial reaction -- again, I don't fully remember this, but I think my initial reaction was to get up because again I had no idea what was happening to me.  I did not know that the person that assaulted me that it was a police officer, I did not know -- I did not receive any warning to stop, so again I'm -- and also coming in to the Tunnel, and now we know that this was Officer Camacho, but coming in to the Tunnel I thought it was potentially a mentally ill person in traffic. So my first reaction is, oh, I've been attacked, great, let's -- so I believe I tried to get up after which Officer Camacho threw me down to the ground and then sat on top of me and cuffed me.

Q    So, would you agree that after you fell off your electric unicycle you were able to stand back up before you were brought down to the ground to be handcuffed?

A    I believe so, if that's what happened in the video.

Q    What position were you in when you were handcuffed?

A    I think my face down on the ground.

**PETER PIATETSKY**

Q    Now, after you walked from the area where you fell off the unicycle to the police vehicle, did you feel any pain in any part of your body?

**A    I immediately felt pain in my left wrist, in my left foot, and my head.**

Q    Did you report any of those complaints of pain to any of the police officers who were present?

**A    Absolutely.**

Q    Who did you tell?

**A    So when --**

Q    So I'm just asking who you told.

**A    I don't recall names.**

Q    Okay.  But they were police officers?

**A    Yes, and it was when I was taken to the, like the main Port Authority Station, the Port Authority Bus Terminal and I was put in like a holding cell there and I asked for Tylenol and I said that I have a headache and they told me that when I got taken to the jail Downtown they said that you'll be able to see a nurse there. And I asked -- so I was told multiple times by the officers that if you say that you have a**

PETER PIATETSKY

headache and if you want to go see the hospital, it's going to take you a lot longer to get out and they insinuated multiple times that if I went to the hospital that that wouldn't -- then they don't know when I'm going to come out. And I was asking multiple times, like, when do you -- I've never been in this situation before so obviously I'm not excited, it's not pleasant, my main concern is I have to be at work on Monday, I have to pick up the kids on Monday and I don't know how long this type of process lasts and I had asked, like, hey, when am I going to get out? And they, you know, very smartly manipulated me and said, look, if you want, you know, meds or stuff you're going to have to go to the hospital but then we don't know when you're going to get out. And then when I arrived Downtown I was brought in front of a nurse and I did tell him that I have a headache and I asked for Tylenol and the nurse said that you have to go to the hospital to do that, do you want to go to the hospital? And the officers had made it clear to me that I was going to not get released quickly. And this being inside of the detention center,

PETER PIATETSKY

because there's cameras up there, they turn off their body-worn footage.

Q    You're saying now in the Port Authority area or Downtown?

A    No, at this point Downtown.

Q    Okay.  So this is NYPD at this point, correct?

A    So the Port Authority officers told me multiple times that if I wanted to receive a -- if I wanted to go to the hospital that basically you're not going to get out quickly, if you want to go see your kids on Monday you probably shouldn't go to the hospital, and then the same thing was repeated to me (I don't know whose custody I was in) but both, at the Port Authority Terminal and at the jail Downtown.

Q    Okay.  Do you recall what any of these officers looked like who told you that if you go to the hospital it will take longer than as opposed to going directly Downtown?

A    Absolutely.  So it's the two gentlemen that took me from the Port Authority Bus Terminal to booking.

Q    Did anyone give you information as to

PETER PIATETSKY

A    I am not aware.

Q    After you plead guilty to disorderly conduct, what happened next?

A    I was released.

Q    When did you receive your property back?

A    I believe that same night.  I think maybe I took a taxi to Penn Station, I was given my helmet and the unicycle and I went home to the Hillman residence.

Q    Did you receive all the property that was vouchered while you were retained?

A    I do not recall.

Q    Well, do you recall missing any property that was on you at the time that you were arrested?

A    Maybe the Eataly cookies but I don't remember.  I'm not saying they were taken, I just don't remember.

Q    Is it fair to say that you don't recall anything in particular, missing from your property?

A    I do not recall anything missing.

Q    After you got home, when was the first

PETER PIATETSKY

time that you sought medical treatment for any of the pain that you were experiencing?

A    So I came home and I ate and then I proceeded to vomit multiple times, which is unusual for me, and I just did my best to -- I took Tylenol, went to bed, and then I didn't really sleep during the preceding, you know, whatever 12 -- 18 or so hours.  So I tried to eat, I could not keep it down, vomited, took some Tylenol, I went to bed and then I don't remember exactly but I believe I went to CityMD on Delancey sometime that week.

Q    Did you go to CityMD on Delancey or to some other location after this incident?

A    Whatever is in the medical records, but probably the CityMD on Delancey.

Q    Do you recall being or going to a CityMD called Summit CityMD located at 50245th Avenue in Brooklyn, New York?

A    No.  I mean, if it's in my medical records, but living at that point in Lower Manhattan, unless, like, I was sent to Brooklyn.  Like, I do not remember exactly what happened but I remember going to get treated.  I do remember

PETER PIATETSKY

your electric unicycle, you're not doing so in an active roadway where other cars are traveling, correct?

A    That is correct.

Q    All right.  And when you went to CityMD on December 4, 2023, what were your primary complaints or what were your complaints?

A    **Wrist and leg pain and headache and I had let them know about the vomit.  I came in primarily to have them look at my leg, I thought I had maybe broken something.  So I was primarily concerned with my wrist and leg and I, of course they asked what happened, so I told them what happened and they asked me additional symptoms so I told them about the vomit.**

Q    Do you recall being asked or either volunteering once you were in the clinic at CityMD, about how fast you were traveling at the time that you encountered Officer Camacho?

A    **I do not recall.**

Q    Do you recall telling anyone at CityMD whether it'd be a nurse or a doctor, about what had happened two days earlier at the Tunnel?

A    **Probably.**

**PETER PIATETSKY**

Q    Do you recall stating that you were traveling approximately 30 miles-per-hour at the time?

**A    I do not recall but I also don't think that's possible.**

Q    Do you recall stating that you had -- you were complaining of left hand pain, left foot pain, and general left sided body pain?

**A    If that's what it says, then yes.**

Q    Okay.  Do you recall claiming that your head was pushed onto the concrete by the police?

**A    Yes.**

Q    Okay.  And is that your testimony, that your head and body were pushed onto the concrete?

**A    Yes.  I mean, I was wearing a helmet, obviously.  I mean, if they were -- about the 30 miles-per-hour thing, maybe if they were asking me how fast can an electric unicycle go.**

Q    Okay.  So it's your testimony that you were not traveling 30 miles-per-hour at the time?

**A    I mean, I don't believe that would have even been possible, so that is correct.**

Q    Okay.  Now, when you went to CityMD, were you complaining of any head pain?

PETER PIATETSKY

A    Yes.

Q    Okay.  What, if any, treatment did you receive for the head pain that you were complaining of?

A    I don't remember -- I don't believe they gave me anything.  I believe they told me that I needed to go to the hospital.

Q    Did they take any X-rays while you were at CityMD?

A    I think they -- again, I don't recall, but I believe they told me that my -- I did not have any broken bones that I had sprains, and I believe they could have only done that with an X-ray.

Q    Did anyone take pictures of you while you were either at CityMD or at the hospital?

A    I asked the nurse to take a picture of me.

Q    Where were you at the time when you asked the nurse to take a picture of you?

A    I'm at CityMD.

Q    Okay.  So I'd like to show you what was produced as part of your Responses to Defendant's First Set of Interrogatories and Request for

PETER PIATETSKY

Production of Documents and it's Bates stamped 0066, Exhibit H.

(Thereupon, Defendant's Exhibit H was marked for Identification purposes only).

Q    I'd like to show you what we've marked as Exhibit H for identification, do you recognize this photograph?

A    **Um-hmm.**

Q    Yes?

A    **Yes.**

Q    Was this the photograph that was taken of you while you were at CityMD?

A    **Yes.**

Q    Okay.  And did you give the nurse your phone or did the nurse use their own phone in order to take this photograph?

A    **Probably my phone.**

Q    Okay.  Do you recall?

A    **Probably my phone but...**

Q    Did the nurse take one photograph or more than one photograph of you while you were at CityMD?

A    **I think I only have one, so probably only one.**

**PETER PIATETSKY**

Q    And why did you ask the nurse to take a photograph of you while you're at CityMD?

A    **To document my injuries.**

Q    Okay.  And what were the injuries you were documenting?

A    **The ones you can see here.**

Q    Which are what?

A    **Sprained wrist and, well, basically hurt.  I'm not the medical professional but hurt wrist and hurt left leg.**

Q    And it looks like they put some type of ACE bandage around your wrist, in the photograph?

A    **Yes.**

Q    Okay.  And then you're also given some sort of a foot brace or a walking shoe on your left foot?

A    **Yes.**

Q    Okay.  How long did you wear that walking shoe?

A    **I do not recall.**

Q    Did you use it for more than one day, less than a day?

A    **I don't recall.**

Q    Did you ever receive any treatment

PETER PIATETSKY

A    Absolutely.

Q    All right.  After you went to CityMD, when was the next time that you treated with a doctor?

A    So, I do not recall the exact dates but I believe the CityMD told me that I needed to go to a hospital immediately, and so I believe that I -- again, I don't recall exactly when but I believe I went to Lenox Hill after, I don't know if it was immediately after or if it was at some point after but, you know.

Q    Okay.  And how did you get to Lenox Hill Hospital did you go by public transportation, some private transportation, an ambulance; how did you get there?

A    Probably an Uber.  I don't remember but that'd be my -- I do not recall but I would imagine by public transportation or Uber.

Q    Okay.  And do you know if that was a few days after you went to CityMD, a week later?  I mean, what was the timeliness to when you went to Lenox Hill?

A    So, I do not know the exact dates, whatever the medical records say.

**PETER PIATETSKY**

Q    What type of treatment did you receive when you went to Lenox Hill?  I believe the official name is Lenox Health Greenwich Village.

**A    Yes.  I think they -- again, I do not remember exactly but they basically evaluated -- they evaluated me for head trauma, so they did not look at my wrist or foot.  They evaluated me for head trauma.**

Q    How did they evaluate you for head trauma, were you taken for any type of scans whether it'd be an MRI or CT scan?

**A    I could have done a better job at reading all the materials, but whatever -- this is not like the most wonderful occurrence for me, so I have to tried to be -- I do not remember exactly when, for what procedures.**

Q    Okay, that's fine.  Do you know whether or not Lenox Hill Greenwich Village requested your prior scans to your head or to your brain in order to compare what was performed when you went to the hospital in December of '23?

**A    I don't know.**

Q    Did they ask you to fill out any forms to authorize them to obtain prior medical records

PETER PIATETSKY

A    I don't recall what was done.

Q    Did you leave with any medication?

A    I do not recall.  I have very poor memory of this period.

Q    Why do you have a poor memory of this period?

A    Because I had been thrown into a concrete barrier and sustained a serious head trauma.

Q    Are you claiming that your memory was affected by the impact with either the ground or the concrete barrier as a result of this accident?

A    What I'm saying is that this period I do not recall as well as I my other periods. Like, the days after it was when the headaches became a lot worse and the migraines became a lot worse.

Q    Did you ever see a psychiatrist or a psychologist following this incident?

A    I was in therapy before and I continue to be in therapy but I was not -- I did not see someone specific for this.

Q    Okay.  And when you were prescribed

**PETER PIATETSKY**

**available, so that when it rains or something they don't get wet.**

Q    So how much would you say, how much force or how many pounds are you pulling when you're riding this electric bike?

**A    Maybe like over a hundred.  But, I mean, if you've ever ridden them, if you set the torque high, it's very easy.  I would not be able to do this if it was not an E-bike, but I would not able to do that before the injury anyways, it's just very hard.**

Q    Do you have any permanent injuries as a result of this incident?

**A    Related to my head, absolutely.**

Q    What are those?

**A    So the primary one is headaches and exhaustion and I still have stomach issues. Again, I'm not a medical professional I don't know if that is connected or not, but before the incident I did not have any stomach issues, those are ongoing.  Before the incident I had just quite simply better memory and recall, I did not have ongoing headaches, I did not have ongoing migraines and I, in general, had much more**

**PETER PIATETSKY**

energy.  So I used to be able to do, on a regular basis, like 16 to 14 hours days, and now I essentially tap out after 10 to 12, and in my world that's important.  I'm still able to do what I need to do but the difference in, essentially my ability to run cognitive functions in my head all day long, is not the same.

Q    Has that affected your income at all?

A    There's a lot of things that could affect income.  But I'm not trying -- I'm not claiming economic damages, but there is a very clear before and after for me.

Q    In terms of your concentration level?

A    My ability -- in a short answer is, yes, concentration or stability to kind of think productive and to be able to do those things for a prolonged period of time.

Q    Do you still care for your girls on the same amount of days and times as what is agreed upon with your ex-wife, as you did before this incident as you do after?

A    Yes.

Q    Are you able to take them out to the park and play with them and do things that you

[Page 219]
June 5, 2025

PETER PIATETSKY

were doing beforehand with them, just the same as you do now?

A    Yes, but it is -- the things that are specifically more difficult and, of course, every parent gets -- can get frustrated when kids yell, but it is just loud, like, lots of loud noises or things like that where before would be fine, are now much more frustrating to me.  I purchased noise canceling headphones -- not noise canceling headphone with, like, they're not headphones is just like earmuffs, and so that's just something that I have.  Like just quite simply, before this I did not walk around the house with an ice cap and noise canceling headphones -- noise canceling, like, earmuffs and that is something that I do now; I go to bed earlier even when I don't want to; I'm exhausted earlier even when I want to keep going.

Q    Have you discussed any of your injuries with either your ex-wife or your current girlfriend?

A    Both of them are aware of this case but I have not discussed in depth.

Q    Okay.  Let's start with your ex-wife,

PETER PIATETSKY

someone is coming towards me.

Q    Okay.

A    Of course I saw something but didn't know that it was an officer coming towards me, no.

Q    And in paragraph 28 on the same page, you discuss the injuries that you suffered and those injuries included a concussion; do you see that?

A    That's correct.

Q    Who told you that you sustained a concussion on December 2nd, 2023?

A    I do not know.

Q    Do you know if the sustained concussion appears in any of your medical records?

A    I do not know.

Q    Did you lose consciousness at any point in time?

A    I do not believe so.

Q    Did any doctor, whether it'd be your PCP or anyone at CityMD or at Lenox Health, ever tell you that you sustained a concussion on December 2nd, 2023?

A    So I was told that I suffered a

**PETER PIATETSKY**

**traumatic brain which is, I'm not the medical professional here, but that is essentially more, if I understand correctly, a more severe concussion.**

Q   And you were just recently told that by the expert you retained?

**A   That is correct.**

Q   Okay, so my question was -- if you just listen to my questions we'll get out of here a lot faster, I promise you.  My question was: Were you told by anyone at CityMD, at One Medical, or Lenox Health Greenwich Village Hospital that you sustained a concussion on December 2nd?

**A   I believe so, I imagine it would be in the records.**

Q   Were you told?

**A   I believe so.**

Q   Who told you that?

**A   I do not recall the names of the individuals but everything should be in the records.**

Q   Do you recall which provider told you that you sustained a concussion on December 2nd?