# Exhibit 6

0109



**Rehabilitation Neuropsychology Faculty Practice**
Dept. of Rehabilitation & Human Performance
Icahn School of Medicine at Mount Sinai

One Gustave L. Levy Place, Box 1163
New York, NY 10029
Phone: (212) 241- 2221
Fax: (212) 241 - 0137

# INDEPENDENT NEUROPSYCHOLOGICAL CONSULTATION

| | | | |
|---|---|---|---|
| **Patient Name:** | Peter Piatetsky | **Sex:** | Male |
| **Date of Birth:** | 07/13/1987 | **Lateral Dominance:** | Right-handed |
| **Age:** | 37 years | **Education:** | 18 years |
| **Date of Service:** | 5/21/2025 | **Occupation:** | Self-employed, finance/IT |

Cody Warner
Cody Warner, P.C.
11 Broadway Suite 615
New York NY 10004
O: (212) 627-3184

July 10, 2025

**RE: Peter Piatetsky (DOB: 07/13/1987)**

Dear Mr. Warner,

Pursuant to your request, Mr. Peter Piatetsky (DOB 07/13/1987) was seen in my office on May 21, 2025 for a clinical interview. The purpose of this report is to characterize the nature and extent of Mr. Piatetsky's physical, cognitive, and emotional challenges as they relate to an injury he sustained on December 2, 2023. Information for this consultation was obtained from an interview with Mr. Piatetsky and relevant records provided by your office (as described below). The interview was conducted by Kristen Dams-O'Connor, PhD, (the examiner). The clinical interview was completed over the course of one session lasting a total of 2 hours.

## BEHAVIORAL OBSERVATIONS:

Mr. Piatetsky is a 37-year-old, right-handed, English-speaking male. He was aware that the current evaluation was being conducted at the request of an attorney, that no doctor-patient relationship was being offered or implied, and that no treatment would be provided by the undersigned in the context of this evaluation. He arrived on time for the appointment. He developed rapport easily and was engaged and forthcoming. Mr. Piatetsky was dressed casually, and his comportment and appearance were consistent with his stated age. His posture and gait were normal, and he ambulated unassisted. Eye contact was appropriate, and comprehension was intact for interview questions. His speech was normal in tone, prosody, spontaneity, and rhythm. His affect was euthymic and contextually appropriate. He used available recall cues (e.g., documents and text messages on his phone) to provide timelines and details of his personal and health history. The interview was concluded abruptly but courteously, as he had to leave in time to attend another engagement.

## SOCIAL HISTORY:

Mr. Piatetsky was born in Boston, Massachusetts where his family still lives; he has one brother who is four years his junior. He reports that he met all developmental milestones on time. He indicated that his parents describe him as having had "more energy than the average kid." He recalls that they were always telling him to slow down, and that teachers described him as "incredibly smart but doesn't listen well." He was never diagnosed with developmental or learning differences. He reports that achieved "good grades" throughout his schooling. Mr. Piatetsky began playing soccer at age 5 and continued through 8th grade (approximately age 13), after which time he remained active by working out in a gym or swimming through high school and college. He attended Brookline High School where he learned French and Spanish and graduated with a grade point average of 2.99-3.0. He attended Boston University where he earned a bachelor's degree, double majoring in International Relations and History while also learning Farsi and completing multiple internships. He also reports having worked several part time jobs, including serving as concierge to a non-governmental organization. He graduated from college cum laude with a grade point average of 3.4. He then completed a Master's degree in Farsi.

Mr. Piatetsky reported that his first full-time job was as an intelligence analyst with U.S. Special Operations Forces in Afghanistan. He was granted top secret security clearance and spent 14 months working as a civilian in Afghanistan. He then returned stateside for a job in Washington DC at the U.S. Department of the Treasury. He describes his work there as involving classified investigations of financial crimes and he spent nearly 6 years in this role. He was married in 2017, and in 2018 he reports that he and his wife moved to New York City where he worked at a bank until starting his own company in 2019. He describes this enterprise as a technology company that helps entities such as businesses and companies identify and prevent financial crime using artificial intelligence-based algorithms that he designs. He currently focuses on product design, sales, and building and maintaining customer relationships. At the time of this interview, he reports that the company has a team of 10 employees with plans to double by the end of 2025.

Mr. Piatetsky lives in Brooklyn and shares joint custody of two children (born in 2017 and 2019) with his ex-wife, with whom he amicably co-parents after a 2023 separation and 2024 divorce. He reports that he has not exercised regularly since having children, but his primary mode of transportation is an electric bike which requires some physical exertion. He has a small social network including a circle of close friends, and his company is fully remote. He reports close relationships with his parents and brother, and he has a girlfriend with whom he does not cohabitate. He drinks alcoholic beverages approximately once weekly, consuming a total of 3-4 drinks per week. Mr. Piatetsky spends most of his time working or interacting with his children.

## MEDICAL HISTORY:

Mr. Piatetsky reports that his medical history is largely remarkable; only recently (he estimated onset in 2024) he experienced new-onset gastrointestinal distress that presented acutely as an "acid attack" and is now adequately treated with omeprazole and dietary modification. His surgical history includes removal of a birth mark on his leg. His psychiatric history includes elevated anxiety and insomnia that was heightened by the COVID-19 pandemic, at which point he was prescribed Lexapro for anxiety and a short course of zolpidem for sleep. He reports that he continues to take Lexapro and uses zolpidem occasionally as needed. He reports no history of depression. He has participated in psychotherapy intermittently as needed. Mr. Piatetsky reported that his family history is unremarkable for diagnosed neurological or psychiatric conditions.

A thorough history of lifetime head trauma exposure was taken using a structured interview. Mr. Piatetsky reports no blows to the head while playing soccer in childhood or while participating in mixed martial arts (muay Thai) in early adulthood. While serving as a civilian in Afghanistan he reports he heard mortars or rocket fire but was never proximal to explosions. With cueing, Mr. Piatetsky recalled a 2015 motor vehicle accident while driving from Boston to Washington D.C. in which he was rear-ended by a New York Police Department vehicle that was driving at elevated speed in response to a call nearby. He reports that he was thrown forward and then back, hitting his head on the headrest. He denies any loss of consciousness; his recall of events suggests a very brief (few seconds) gap in memory. He experienced severe cervicogenic headaches and migraines that lessened over time but lasted approximately 6 months. Finally, he recalled one bicycling injury prior to the index event described below. In 2017 while biking, a car opened its door into the bike lane and Mr. Piatetsky "went over the handlebars." He denies any loss of consciousness but does not recall the time between hitting the door and landing on the ground, suggesting a gap in memory of a few seconds. He sustained deep cuts but recalls returning to work, where his supervisor encouraged him to go home as he did not feel well. He sought care (see review of records) and was advised to take one day off work, after which he returned to work without issue.

**SUMMARY OF SUBJECT EVENT AS PROVIDED BY EXAMINEE:**

Mr. Piatetsky reported that on Saturday December 2, 2023 he was riding an electric unicycle to visit a friend in New Jersey after stopping in Manhattan to purchase a housewarming gift. He entered the Holland tunnel where traffic soon slowed to a stop, and the air became unpleasant to breathe due to exhaust from idling cars. He reasoned that he would turn around and exit as he was very close to the tunnel entrance and there were no cars behind him. Mr. Piatetsky reported that as he was exiting the tunnel at an estimated speed of 25 miles per hour, something came at him at high speed from his right side and he was slammed headfirst into the concrete barrier adjacent to the roadway. Mr. Piatetsky reports no memory for the events immediately preceding and following the impact: he remembers exiting the tunnel and thinking it was odd that there were no cars behind him, and he then remembers feeling confused and alarmed because he was being beaten by an adult male. He reports having wondered in the moment whether he was perhaps being attacked by an individual living with a psychiatric condition who may have been residing near the tunnel entrance. He has since viewed surveillance camera footage of this encounter, which has also been viewed by the undersigned examiner. Based on this footage, Mr. Piatetsky is now aware that as he was exiting the tunnel, a NYPD officer approached Mr. Piatetsky at full speed, causing him to slam into the concrete barrier and fall to the ground. He appears to lay motionless on the ground, and the officer who collided with him appears to hit Mr. Piatetsky with his fists and then used his body weight to pin Mr. Piatetsky to the ground. Mr. Piatetsky reported that as soon as he realized it was an NYPD officer, and was entirely compliant. He was handcuffed and taken via NYPD vehicle to the Port Authority precinct. He reported severe headache, pain throughout his body, and a "state of adrenaline-fueled terror" that lasted 48 hours.

At the Port Authority precinct, Mr. Piatetsky recalls that the officers at the precinct were joking about the overtime pay they would receive because of the unique nature of a case involving an electric unicycle. Mr. Piatetsky indicated that he was told that he would get a "desk appearance" ticket, but was instead charged with assaulting a police officer along with multiple felony charges that could result in decades of incarceration. Mr. Piatetsky eventually learned that the reason no cars were behind him as he exited the tunnel is because NYPD had closed the tunnel to traffic so they could catch him upon exiting the tunnel. He stated that he was not aware that an electric vehicle capable of traveling over 45 miles per hour was considered a pedestrian/bike, which are not permitted in the tunnel. He states that he was unable to call his wife and no one knew where he was. He noted that the extensive body protection he wears when using an electric unicycle (e.g., knee pads, wrist guards, motorcycle helmet) prevented flesh wounds that may have provided overt indication of the need for urgent

medical attention, but he reported headache multiple times to the NYPD officers. Mr. Piatetsky reports that he mentioned to the officers that he had to pick his kids up on Monday, and he was told that if he went to the hospital he may not be able to see a judge before the weekend ended in which case he would not be able to pick up his kids. He reports that he perceived this as manipulation in that he felt threatened and was effectively discouraged from seeking urgent care. Mr. Piatetsky reports that he was taken to a jail in Chinatown where he was told he would see a judge. He reports the officers turned off their recorders and told him not to tell the jail nurse about his headache, as this would require that they take him to the hospital and therefore not be released that weekend. Mr. Piatetsky chose to tell the nurse about his headache in hopes of being given an over-the-counter pain medication, but he was told that if he wanted medication he would have to go to the hospital. He chose to prioritize being released as soon as possible, and he elected not to go to the hospital. He spent the night in a holding cell and saw an attorney the next day. Mr. Piatetsky reportedly relayed his account of the events surrounding his arrest to the attorney, and the prosecutors consequently dropped all felony charges.

Mr. Piatetsky was released the next evening (i.e., Sunday, December 3, 2023). He went home and vomited, and "collapsed from exhaustion." He said he wrote down what he could remember of the events that had transpired, as was confused and noticed some memory gaps. He noted that he continued to have difficulty remembering things that happened over the ensuing week. He could recall details such as being in the holding cell and seeing the judge immediately upon his return home, but over the next week these details and the timeline of events became difficult to remember. At the time of this evaluation, he indicated that he sought care at City MD but was not certain whether he had gone that night (Sunday December 3) or the next day. He recalled that he was given prescription medication, and he was diagnosed with a foot/ankle sprain and a concussion. He said he thought he underwent CT scanning in the days following the injury, and he was sure the results were normal. Over the course of the following week, he experienced persistent headaches, pain, fatigue, and reduced cognitive functioning.


**RELEVANT RECORDS REVIEWED:**

Records from One Medical Group dated September 14, 2017 note that Mr. Piatetsky was seen for an injury that resulted from being "doored by car" after which he "flew over bike handlebars" that same morning. There is note of headache treated with ibuprofen, mild photosensitivity, no nausea or vomiting, no blurry vision, and an episode of feeling "woozy" at work that afternoon, which led to care-seeking. A bandage was provided for an injury to his left forearm. He was diagnosed with a concussion. Records include a note, presumably addressed to his employer, that indicated he should be excused from work on September 15, 2017, i.e., for one day.

Records from CITYMD urgent care dated December 4, 2023 indicate that Mr. Piatetsky sought care for sequelae of the index injury sustained on December 2, 2023. Per records, a blow to the head resulting in possible loss of consciousness followed by two episodes of vomiting, ongoing brain fog, dizziness, and headache. Records also indicate injuries to his left ankle and left wrist; x-ray of left ankle was unremarkable and x-ray of left wrist did not indicate acute fracture. Mr. Piatetsky was diagnosed with "likely" ankle and wrist sprain, and was instructed to present to the emergency room immediately for CT scan of his head per the Canadian Head CT Rule.

Northwell Health records dated January 5, 2023 include CT angio of the head with IV contrast, and there was no midline shift, hydrocephalus, or acute infarct. Records from Lenox Hill Greenwich Village dated December 6, 2023 indicate no acute intracranial hemorrhage, mass effect, or shift of the midline brain structures on head CT. Additional records from Northwell Health include laboratory results and records of care consistent with that described below.

Records from One Medical dated August 30, 2023 indicate Mr. Piatetsky sought emergent care for severe chest pain which was attributed to gastroesophageal reflux disease (GERD). He was referred to gastroenterology for follow-up given severity of his pain. A self-report survey of anxiety symptoms August 30, 2023 suggests moderate anxiety at that time. Mr. Piatetsky continued to receive care, including cardiology consults, for symptoms of sharp restroseternal chest pain and swallowing difficulty that persisted despite medication for GERD. Additional notes indicate a diagnosis of anxiety treated with Lexapro; symptoms of depression were assessed per self-report survey and depression was not diagnosed. As of July 2024, self-reported anxiety had improved. Insomnia was noted as of July 2024 and anxiety symptoms persisted thereafter. Symptoms of GERD continued, associated cough and chest pain. In October 2024 he sought emergency room care at Mount Sinai Beth Israel for cough and was diagnosed per chest x-ray with mild pneumonia. As of most recent records from One Medical (April 2025), active medications included escitalopram oxalate (5mg PO qday), omeprazole (40mg delayed release PO qday), sildenafil (25mg tabs), Wegovy (0.25mg/0.5mL pen injectors, 1.5mL SC qweek), and zolpidem 5mg PO as needed for insomnia.

**REPORT OF CURRENT FUNCTIONING:**

At the time of the current evaluation, conducted approximately 1.5 years after the incident described above, Mr. Piatetsky continues to report physical, cognitive, and emotional symptoms that were initiated and/or exacerbated by the injury sustained in December 2023. Ongoing symptoms continue to impact his daily functioning, life quality, and vocational performance.

Primary physical complaints include persistent low-level headaches, low energy, hyperacusis, photosensitivity, sleep disturbance, and fatigue. With respect to headaches, he reports daily use of migraine caps, including during the workday when not on videoconference calls. When queried, he endorsed difficulty tolerating sounds, which he addresses by using noise cancelling "earmuffs." He keeps lights low to address sensitivity to light. He reports sleep disturbance that also predated this injury, but that has worsened since. He reports that he used to be "ok" after sleeping very little (e.g., when working at a bank while also starting his company and spending time with his children), and he was able to "catch up" as needed by sleeping for 12 hours. Now, he reports no difficulty falling asleep (he "just crashes"), but he has considerable difficulty staying asleep. He often wakes up before his alarm goes off and is unable to fall back asleep. Poor sleep maintenance results in a reported 5-6 hours of sleep per night. Overall, his primary reported physical complaint is fatigue. Although he describes himself as being able to do his job, he now finds that he can only work for a total of up to 10 hours of productive work. In his industry, as the founder of a startup company, it is typical and often necessary to work long hours. Prior to his injury, he reports that he worked a long work day, spent time with his kids, and then began a "second shift" after the kids were in bed (total work day lasting 10-13 hours); he now struggles to work that second shift as he is physically and emotionally exhausted. He reports having less energy overall; this has also negatively impacted his ability to resume regular exercise.

Cognitively, he reports no changes to his "cognitive sharpness," but since the events of December 2, 2023 his memory is "not great;' for example, he reports that his ability to recall information is reduced relative to pre-injury abilities. Specifically, he reports that his short-term memory is good (e.g., he can recall things that happened in the past week), but has difficulty remembering things that happened a year ago. He reports difficulty sequencing things (e.g., whether something happened 3 years ago or 5 years ago). To compensate for these changes, he keeps detailed notes and "writes down everything" – which he previously had no need to do. Finally, he notes minor word finding difficulty best characterized as having a specific word in mind but being unable to produce it in the moment, instead using other words to convey his idea.

Emotionally, he reports that his coping skills are not as strong as they once were; for example he now finds it harder to deal with stress. He also notes that he can become angry more quickly than he used to. To regulate his emotions, he tries to slow down his thoughts so he can process his emotional reactions; he also got a tattoo that says "be gentle." He has seen a therapist intermittently, approximately once every 2 months. He reports that his mood is good and he remains a "generally positive person." Nonetheless, he continues to experience symptoms of anxiety that include racing thoughts, persistent worry, sleep disturbance, and some hypervigilance and mistrust when in the presence of police officers.

## ASSESSMENT LIMITATIONS AND VALIDITY

This evaluation occurred during one two-hour in-person session with no break requested or provided. The evaluation was limited to clinical interview; no standardized psychometric tests were conducted at the time of this evaluation. The interview ended promptly after two hours so Mr. Piatetsky could leave in time for a prior engagement, precluding formal clinical evaluation for post-traumatic stress disorder diagnosis. Mr. Piatetsky appeared to be honest and forthcoming throughout the interview. It is the impression of this examiner that he was hesitant to attribute things to this injury; for example, it was not clear whether he was aware that some of the apparently new-onset physical, emotional, and cognitive symptoms he experienced may be related to a traumatic brain injury. He additionally seemed hesitant to over-state or exaggerate symptoms; he provided extensive context and was forthcoming in considering alternative explanations or contributors to current symptoms. The results of the current evaluation are believed to be a valid estimate of his current level of functioning.

## SUMMARY & IMPRESSIONS

Mr. Peter Piatetsky is a 37 year old male who participated in a clinical interview with the current evaluator to characterize the nature and extent of his ongoing physical, cognitive, and emotional difficulties in relation to the injury sustained on December 2, 2023. Based on educational and occupational attainment, this is an individual of at least high average premorbid functioning who would be expected to perform similarly in his current daily life and occupation. Based on clinical interview, video surveillance footage, and medical records, it is clear that he sustained a traumatic brain injury with loss of consciousness on December 2, 2023. A traumatic brain injury is an injury to the brain that occurs when an external force exerts a blow to the head and/or neck that results in loss of consciousness and/or alteration in mental status. At this time, approximately 1.5 years following his traumatic brain injury, Mr. Piatetsky continues to experience several challenges that seem to have been initiated by and/or exacerbated by this traumatic brain injury.

Mr. Piatetsky currently experiences cognitive symptoms as described above that are common following traumatic brain injury and that were not apparent and certainly not functionally relevant prior to this injury. His current spectrum of physical symptoms, which include persistent headache, low energy, hyperacusis, photosensitivity, sleep disturbance, and fatigue, currently prevent him from functioning at the level he previously enjoyed. It is noted that some of these symptoms pre-dated this injury; this includes headaches which he reportedly experienced following head trauma in 2017 which subsequently remitted, as well as anxiety and sleep disturbance, both of which seem to have been exacerbated following the injury he sustained in December 2023. He is currently experiencing changes in his ability to regulate his emotions, and a diagnosis of post-traumatic stress disorder cannot be ruled out. Independently and collectively, these symptoms negatively impact his daily functioning.

It is the impression of this examiner that the physical, cognitive, and emotional symptoms Mr. Piatetsky now experiences have a mutually exacerbating effect on his overall functional abilities. His efforts to compensate for these challenges contribute to contribute to fatigue that is itself functionally impairing. Quite simply, it is now more difficult to do all the things that once came more easily to him. A particular skill that allowed him to succeed as Chief Executive Officer of a startup company was his ability to maintain a high level of productivity over extensive periods of time (e.g., long work days). Now, it seems that it requires considerably more effort to do even less than he once did. Unable to sacrifice a high level of performance, he has initiated a range of compensatory strategies that require additional expenditure of energy and consequent fatigue.

Taken together, the residual challenges documented herein are consistent with the sequelae an unresolved traumatic brain injury, with symptoms exacerbated by co-occurring physical, cognitive, and mood symptoms. A diagnosis of uncomplicated mild TBI is typically supported when a blow to the head results in loss of consciousness less than 30 minutes and/or a period of post-traumatic amnesia less than 24 hours; acute intracranial neuroimaging findings are negative. Mr. Piatetsky experienced memory gaps for events captured on video footage of the incident, substantiating the presence of altered mental status. Mr. Piatetsky has a history of prior concussion that fully resolved and did not exert a lasting impact on his ability function at a high level of performance. In this context, it appears that the new and/or worsened difficulties he is currently experiencing in his day-to-day life are most reasonably attributable to the TBI sustained in December 2023.

Mr. Piatetsky experiences persistent post concussive symptoms. At this time, 1.5 years following the brain trauma sustained on December 2, 2023, he continues to have residual deficits in multiple functional domains that suggest a decline relative to estimated premorbid ability. These challenges have negatively impacted his quality of life and interfere with his ability to perform as he would like to in his chosen profession. With continued intervention, Mr. Piatetsky may benefit from learning compensatory strategies to mitigate the impact of residual symptoms on daily function and life quality. Evidence-based cognitive rehabilitation interventions, available at select specialized traumatic brain injury treatment centers in the United States, offer targeted support in these areas. Cognitive behavioral therapy with embedded cognitive remediation in addition to his current medication regimen may further ameliorate the persistent and substantial physical and mood symptoms he now endures. Additionally, evidence-based interventions for sleep disturbance such as that currently experienced by Mr. Piatetsky are available and should be pursued.

Diagnoses:
- S06.0X1S Concussion with loss of consciousness of 30 minutes or less, sequela
- F07.81 Post-concussion Syndrome
- G47.0 Sleep disorder; insomnia with poor sleep maintenance
- F41.1 Generalized anxiety disorder
- F43.23 Adjustment disorder with mixed anxiety and depressed mood

Thank you for the courtesy of this referral.

Respectfully submitted,

**Kristen Dams-O'Connor, PhD**
*New York State Licensed Psychologist*

**Kristen Dams-O'Connor, Ph.D.**
**Department of Rehabilitation and Human Performance**
**Department of Neurology**
**Icahn School of Medicine at Mount Sinai**
**One Gustave L. Levy Place, Box 1163**
**New York, NY 10029**
**Phone (212) 241 7587**
**Fax (212) 241 0137**
**Kristen.Dams-O'Connor@mountsinai.org**

## ACADEMIC APPOINTMENTS

Dec 2019 – Present (Pending) | **Professor – Department of Neuroscience *(Secondary)*, Icahn School of Medicine at Mount Sinai**, New York, NY

February 2021 – Present | **Vice Chair of Research, Department of Rehabilitation and Human Performance, Icahn School of Medicine at Mount Sinai**, New York, NY

February 2021 – Present | **Jack Nash Professor, Department of Rehabilitation and Human Performance, Icahn School of Medicine at Mount Sinai**, New York, NY

Dec 2019 – Present | **Professor – Department of Rehabilitation and Human Performance, Icahn School of Medicine at Mount Sinai**, New York, NY

Dec 2019 – Present | **Professor – Department of Neurology *(Secondary)*, Icahn School of Medicine at Mount Sinai**, New York, NY

January 2017 – Dec 2019 | **Associate Professor – Department of Neurology *(Secondary)*, Icahn School of Medicine at Mount Sinai**, New York, NY

January 2015 – Dec 2019 | **Associate Professor – Department of Rehabilitation Medicine, Icahn School of Medicine at Mount Sinai**, New York, NY

January 2012 – January 2015 | **Assistant Professor – Department of Rehabilitation Medicine, Icahn School of Medicine at Mount Sinai**, New York, NY

January 2011 – January 2012 | **Instructor - Department of Rehabilitation Medicine, Mount Sinai School of Medicine**, New York, NY

September 2010 – Jan 2011 **Clinical Research Manager - Department of Rehabilitation Medicine, Mount Sinai School of Medicine**, New York, NY

September 2009 – May 2011 **Adjunct Instructor** – Hunter College, New York, NY

January 2007 – May 2007 **Adjunct Instructor** – Russell Sage College, Troy, NY

September 2004 – May 2007 **Instructor - Department of Educational & Counseling Psychology, University at Albany,** Albany, NY

## HOSPITAL APPOINTMENT

Mount Sinai Hospital, January 2011 – present.

## GRADUATE SCHOOL APPOINTMENT

Mount Sinai Graduate School of Biomedical Sciences and Neuroscience, April 2021 – present.

## GAPS IN EMPLOYMENT
N/A

## EDUCATION

Sept 2003 – Aug 2008 **Doctor of Philosophy in Counseling Psychology**, awarded August, 2008. Subspecialty training: Neuropsychology, Biostatistics, Psychometric Methods. University at Albany, State University of New York, Albany, NY.

Sept 1999 – May 2003 **Bachelor of Arts in Behavioral Neuroscience (minor: Spanish)** Colgate University, Hamilton, New York. *Magna Cum Laude* *High Honors in Neuroscience.*

## PRE & POSTDOCTORAL TRAINING

2021 **Columbia University**, Epidemiology and Population Health Summer Institute. Modeling Change over Time.

2019 **Temple University, Statistical Horizons, Philadelphia, PA.**

Directed Acyclic Graphs for Causal Inference.

| | |
|---|---|
| 2017-2018 | **Leadership in Emerging Academic Departments (LEAD), Icahn School of Medicine at Mount Sinai, New York, NY.** Completed 12-month program in principles of executive and academic leadership and team science. |
| Fall 2014-Spring 2015 | **The Consortium of New York Geriatric Education Centers, New York, NY.** Completed Geriatric Scholar Certificate. |
| Fall 2013 | **Fordham University, Department of Statistics.** Item Response Theory. |
| August 2012 | **University of Washington, Friday Harbor Laboratories, Friday Harbor, WA**. NIA-funded Advanced Psychometric Methods Workshop: Random Effects Mixed Models and Latent Variables. |
| August 2011 | **North Carolina State University, Raleigh, NC.** Statistical Modeling Workshop: Multilevel and Latent Variable Modeling. |
| July 2011 | **RAND Corporation, Santa Monica, CA**. Advanced course in Demography, Economics, and Aging. |
| August 2010 | **University of Washington, Friday Harbor Laboratories, Friday Harbor, WA**. NIA-funded Advanced Psychometric Methods Workshop: Item Response Theory and Bayesian Measurement. |
| Sept 2008 – Aug 2010 | **Postdoctoral Training Program in Neuropsychology and Rehabilitation Research**. Mount Sinai School of Medicine, Department of Rehabilitation Medicine, New York, NY. Primary Mentor: Wayne A. Gordon, Ph.D. |
| Sept 2007 – Aug 2008 | **Predoctoral Internship in Psychology**. New York University Medical Center/Rusk Institute of Rehabilitation Medicine, New York, NY. Primary Mentors: Frank Padrone, Ph.D.; Donna Langenbahn, Ph.D. |
| Sept 2006 – Aug 2007 | **Psychology Extern - Albany Medical Center, Department of Neurology,** Albany, NY. Primary Mentor: Anne Barba, Ph.D. |
| Sept 2005 – Aug 2007 | **Clinical Staff– Neuropsychologic Rehabilitation Services,** Albany,NY. Primary Mentors: L Travaglione, Ph.D.; J.Gold, Ph.D. |

## CERTIFICATION

3

None

**LICENSURE**

New York State License No. 018512
Date of Licensure: 03/20/2010


**HONORS/AWARDS**

2025    **Wendy Wood-Kjelvik Women Making History Award**, Safe Living Space.
2023    **Rosalind Franklin Society Award for Outstanding Contributions from Women: Neurotrauma**, Journal of Neurotrauma, National Neurotrauma Society.
2021    **Mitchell Rosenthal Award for Best Scientific Publication** using the TBI Model System Database, National Institute for Independent Living and Rehabilitation Research, Washington DC.
2021    **Edward Lowman Award for Excellence in Interdisciplinary Research.** American Congress of Rehabilitation Medicine.
2020    **Champion of Hope Award**. Brain Injury Association of New York State, Albany NY.
2020    Mitchell Rosenthal Memorial Lecture, **Brain Injury Association of America, Washington DC**
2020    **Mitchell Rosenthal Award for Best Scientific Publication** using the TBI Model System Database, National Institute for Independent Living and Rehabilitation Research, Washington DC.
2019    **Mitchell Rosenthal Award for Best Scientific Publication** using the TBI Model System Database, National Institute for Independent Living and Rehabilitation Research, Washington DC.
2018    **Fellow**, American Congress of Rehabilitation Medicine (FACRM)
2018    **Mitchell Rosenthal Award for Best Scientific Publication** using the TBI Model System Database, National Institute for Independent Living and Rehabilitation Research, Washington DC.
2017    **ACRM Mitchell Rosenthal Mid-Career Award**, American Congress of Rehabilitation Medicine.
2017    **Joshua B. Cantor Scholar Award**, Brain Injury Interdisciplinary Special Interest Group of the ACRM.
2016    **Mitchell Rosenthal Award for Best Scientific Publication** using the TBI Model System Database, National Institute for Independent Living and Rehabilitation Research, Washington DC.
2015    **Mitchell Rosenthal Memorial Lecture,** Brain Injury Association of America, Washington DC
2014    **International Brain Injury Association Early Career Investigator Award**, International Brain Injury Association, Washington DC.
2012    Travel Scholarship, **NIA Advanced Psychometric Methods Workshop**, Friday Harbor, WA
2011    Travel Scholarship, **NIA Advanced Psychometric Methods Workshop**, Friday Harbor, WA

2011    Conference Travel Scholarship, **RAND Summer Institute on Demography and Aging**, Santa Monica, CA

2010    **Early Career Psychologist Credentialing Scholarship**, National Register Millennium Fund

2007    **Arvid J. Burke Scholarship**, University at Albany, Albany, NY

2006    **Dissertation Research Grant**, University at Albany, Albany, NY

2006    **Benevolent Association Research Grant**, University at Albany, Albany, NY

2006    **NIDA/NIAAA Early Career Investigators Poster Session Award**, Annual Convention of the American Psychological Association, Washington, DC

2005    **Diversity and Affirmative Action Grant**, University at Albany, Albany, NY

2002    **Department of Natural Sciences Research Grant**, Colgate University, Hamilton, NY

## PATENTS
N/A.

## OTHER PROFESSIONAL ROLES

2022 – Present    **Councilor**, Executive Committee of the National Neurotrauma Society

2022 – Present    **Steering Committee Member**, NIH/NINDS TBI Classification and Nomenclature Workshop

2022 – Present    **Ad hoc reviewer,** The Lancet Neurology.

2021    **Consultant**, Journal of Neurotrauma Clinical Studies Editorial Team for the development of a Transparency, Rigor, and Reproducibility Statement for Clinical Studies.

2021 – Present    **Founding Member**, NIDILRR Cross-Model Systems Collaborative Social Determinants of Health Working Group

2022    **Ad hoc reviewer,** National Institute on Disability Independent Living and Rehabilitation Research, Burn Model Systems grant program.

2021 – 2022    **Reviewer,** Health and Medicine Division of the National Academies of Sciences, Engineering, and Medicine. *Traumatic Brain Injury: A Roadmap for Accelerating Progress.*

2021 – Present    **Scientific Chair:** Post-TBI AD/ADRD, 2022 Alzheimer's Disease-Related Dementias Summit, National Institutes of Health, Bethesda MD

2021 – Present    **Standing Member**: National Institutes of Health, National

5

Institute of Neurological Disorders and Stroke (NIH/NINDS) Acute Neural Injury and Epilepsy (ANIE) study section.

| | |
|---|---|
| 2020 – Present | **Panel Chair,** NIH working group to establish postmortem Common Data Elements to characterize clinical phenotypes in TBI brain donors; NIH/NINDS; Washington DC |
| 2020 – 2021 | **Ad hoc reviewer,** NSERC Discovery Grants; Biological Systems and Functions, Government of Canada. |
| 2019 – 2021 | **Panelist**, Working Group to establish Diagnostic Criteria for Traumatic Encephalopathy Syndrome; NIH/NINDS; Washington DC |
| 2019 – 2021 | **Panelist**, Working group to establish strategic roadmap ("Brain Trauma Blueprint" for TBI research; Cohen Veterans Bioscience; Washington DC |
| 2018 – Present | **Editorial Board Member**, Journal of Head Trauma Rehabilitation. |
| 2018 – Present | **Member**: Mount Sinai Neuropathology Research Core Advisory Committee, Icahn School of Medicine at Mount Sinai, New York NY |
| 2018 – 2020 | **Scientific Chair:** TBI as an AD/ADRD Risk Factor, 2019 Alzheimer's Disease-Related Dementias Summit, National Institutes of Health, Bethesda MD |
| 2018 – 2020 | **Editorial Board Member**, Journal of Neuropsychology. |
| 2017 – 2018 | **Member**: Mount Sinai Freezer Farm Advisory Committee, Icahn School of Medicine at Mount Sinai, New York NY |
| 2017 – Present | **Affiliate Investigator:** Kaiser Permanente Washington Health Research Institute (KPWHRI), Seattle, Washington |
| 2017 – Present | **Working Group Member:** Defense and Veterans Brain Injury Center/Department of Defense Consensus Statement Working Group on the Long-Term Effects of TBI |
| 2017 – Present | **Ad hoc reviewer**: National Institutes of Health, National Institute of Neurological Disorders and Stroke (NIH/NINDS) Acute Neural Injury and Epilepsy (ANIE) study section. |
| 2017 November | **Expert Witness**, "Perspectives on Mixed Martial Arts," |

6

0122

|  | Subcommittee on Digital Commerce and Consumer Protection, United States House of Representatives. |
|---|---|
| 2017 March | **Subject Matter Expert:** Roundtable panel on traumatic brain injury and post-traumatic stress in the United States Armed Forces hosted by General Mark A. Milley, 39th Chief of Staff of the United States Army; 20th Chairman of the Joint Chiefs of Staff United States Army. |
| 2016 – Present | **Professional Advisory Board Member**, Vibrant Emotional Health (administrator of the National Suicide Prevention LifeLine; formerly Mental Health Association of NYC). |
| 2016 – Present | **Editorial Board Member,** Journal of Head Trauma Rehabilitation |
| 2015 – Present | **Independent Scientific Merit Review Panel Member,** NJ Commission on Brain Injury Research. |
| 2015 – Present | **BRAIN Initiative Grant Reviewer,** UT BRAIN Pilot Projects. |
| 2014 – Present | **Panel Chair**, Guidelines for Rehabilitation and Chronic Disease Management of Adults with Moderate to Severe Traumatic Brain Injury (funded by the Brain Injury Association of America). |
| 2013 – Present | **Ad hoc reviewer**: JAMA Neurology; Journal of Neurology, Neurosurgery and Psychiatry; Journal of Head Trauma Rehabilitation; Journal of Neurotrauma; Journal of the International Neuropsychological Society; Qualitative Health Research; Neurology; European Neurology; Molecular Neurobiology |
| 2011 – Present | **Ad hoc reviewer:** National Institute on Disability and Rehabilitation Research. |

**RESEARCH PROFILE**

My research focuses on investigating outcomes after Traumatic Brain Injury (TBI) including the clinical phenotypes and underlying pathological signatures of post-traumatic neurodegeneration. My work involves a combination of secondary analysis of existing datasets to advance knowledge, and development and implementation of new prospective multidisciplinary studies to investigate the late effects of TBI. As a NIH/NICHD K01-awardee, I used data from an NIH-funded longitudinal aging study to investigate the relationship between TBI and dementia in what was at the time the largest and most methodologically rigorous study of these associations. In contrast to dozens of other studies, we found no association between TBI and Alzheimer's

7

0123

disease, suggesting that those who survive to older adulthood (and have not been diagnosed with dementia by the time of study eligibility, which is on average age 77) are at no greater risk for dementia than their uninjured peers. I used data from the NIH/NIA-funded National Alzheimer's Coordinating Center (NACC) to explore clinical dementia phenotypes among those with and without a history of TBI, and in a series of studies found evidence that post-traumatic neurodegeneration is clinically distinguishable from both all-cause dementia and probable Alzheimer's disease. This work helped secure NIH funding to conduct expanded analyses in large-scale longitudinal datasets with autopsy endpoints; we found no association between TBI and Alzheimer's type pathological signatures, and instead we found increased risk for Lewy body pathology, micro-infarcts, and Parkinsonian signs. Intrigued by these novel findings, in the first year of my NIH-funded K01 Career Development Award, I convened a multidisciplinary team of investigators to establish the Late Effects of TBI (LETBI) study. The LETBI study is a prospective brain donor program (funded by an NIH U01 and subsequent R01/RF1s and a DoD Focused Program Award) in which individuals with TBI are extensively characterized during life and followed to autopsy.

Early in the LETBI study (NIH U01 PI in transfer as of 2016), we developed and refined methods for voxel-wise co-registration of ex-vivo and in-vivo to permit elucidation of in-vivo imaging signatures of post-traumatic neurodegeneration as identified on ultra-high resolution ex-vivo MRI. We have developed a novel protocol for network-based autopsy, wherein brain tissue is sampled across 82 blocks that include canonical neuroimaging network notes and all standard tissue blocks for both AD/ADRD and CTE consensus-based neuropathological diagnosis. Ex-vivo MRI permits additional image-guided tissue sectioning to identify and sample lesions beyond those included in our standard protocol. This protocol has now been adopted at Mount Sinai and the University of Washington, and more than a dozen federal and foundation grants leverage this infrastructure. Notably, since this protocol was designed to exhaustively characterize an inherently diffuse and multi-focal pathology, it was ideally suited for discovery science required during the COVID-19 pandemic when the neuropathological implications of SARS-CoV-2 were unknown. We were invited by the NIH to apply this protocol to study brain tissue from pediatric and adult decedents of COVID-19; this work was made possible by the strong partnership I established in 2018 with the New York City Office of the Chief Medical Examiner. To this date, this unique partnership has facilitated investigation of the neuropathology of TBI in populations historically under-represented in research, such as those who are undocumented, unstably housed, formerly incarcerated, and victimized by assault and intimate partner violence.

Having now led the LETBI study for nearly a decade, in addition to leading the NIDILRR-funded New York TBI Model System of Care since 2012 (Co-Director; Project Director since 2016), I have had great opportunity to investigate and characterize the chronic effects of brain injury. Using multimodal LETBI data, we have begun to identify neurobehavioral domains most vulnerable to delayed decline in chronic TBI survivors, and we have established replicable phenotypes of chronic TBI with distinct neuroimaging signatures. I have led extensive secondary analyses of data from the largest prospective TBI outcomes study in the world, the TBI Model Systems National Database. Through competitive proposals, I have had the opportunity to lead 5 multi-center module studies that permit collection of new data in this cohort. This work has led to the validation and eventual adoption of a telephone-administered performance-based cognitive

0123

test; results from the TBIMS National Database informed the adoption of this measure across several of the largest NIH- and VA-funded TBI research studies. In parallel to the initiation of the first-ever objective cognitive data collection in the TBI Model Systems, we expanded characterization of chronic health conditions and overhauled the coding of rehospitalization following index-injury hospitalization. Together, this program of research has allowed our nationwide collaborative team to advance scientific understanding of chronic brain injury, which we recently summarized in the Lancet Neurology. Our team has additionally expanded the scope of the TBIMS by using geo-coding to develop and validate census tract-based indicators of socioeconomic status; ongoing work is expanding our investigation of neighborhood-level social determinants of health.

Our ongoing pathological examinations in multiple autopsy cohorts conducted to date suggest post-TBI neurodegeneration is a mixed pathology with some apparent associations to clinical decline during life. Across multiple cohorts, we have found no significant associations of TBI with AD neuropathology; instead we see strongest associations with indices of axonal injury, vascular injury, and atrophy. In the largest case series of decedents with a history of intimate partner violence (IPV)-related brain injury, we similarly find minimal standard neurodegenerative pathology, no CTE neuropathology, in the presence of high burden of vascular and axonal injury in a rather young autopsy cohort. Further studies to characterize the clinical phenotype and mechanistic underpinnings of TBI-related neurodegeneration remain underway with funding from the NIH and Department of Defense. Research goals include characterizing the unique clinical signatures of post-traumatic neurodegeneration, and developing in-vivo diagnostic markers of TBI-associated dementia; this work will inform the therapies and treatment targets needed to maximize health and longevity in civilians, Veterans, athletes, and IPV survivors with TBI.

**CLINICAL PROFILE**

My clinical work includes comprehensive neuropsychological evaluations to characterize and quantify cognitive, affective, and behavioral functioning, providing individual or group cognitive rehabilitation using empirically supported cognitive behavioral interventions; and providing psychotherapy to facilitate adjustment and community reintegration. The primary population I work with is English- and Spanish-speaking individuals with TBI and other acquired neurological disorders. These include stroke, epilepsy, aneurysm, multiple sclerosis, brain neoplasm, Long-COVID, and Alzheimer's disease and AD-related disorders, in addition to rare genetic and multiply determined neurological conditions. My clinical contact with TBI survivors directly informs my research agenda and priorities. Our clinical research program has a long legacy of developing and testing neurobehavioral programs to address executive dysfunction, and many of these programs are now offered through our Faculty Practice and outpatient programs. Many TBI survivors across the country do not have access to empirically-supported interventions, and we have now completed a series of studies culminating in a randomized controlled trial of an internet-delivered version of an emotion self-regulation skills training program that would address a hallmark TBI-related challenge without geographic restrictions. Further expanding access to specialized care will require expansion of the workforce who is skilled to deliver and improve upon existing treatment modalities. We are now leading a nationwide randomized implementation-efficacy trial in which we will train rehabilitation

9

clinicians to deliver this evidence-based intervention in community-based settings. This crucial final step of neurotrauma research, wherein findings are translated to clinical care, has been an enormous weakness in our field – to the great detriment of the patients we serve. We have partnered with implementation scientists to learn the methods and approaches required to develop evidence-based strategies for translating our research into clinical practice. In accordance with my goal of expanding the TBI rehabilitation workforce, as my effort allocation to clinical services has decreased with increased research grant funding, I have shifted my clinical time to focus on clinical supervision and mentoring postdoctoral fellows. Our postdoctoral Rehabilitation Neuropsychology training program is unique in providing training in two allied disciplines (Rehabilitation Psychology and Neuropsychology). As such, our trainees are uniquely versed in the skills that allow them to render a diagnosis based on neuropsychological evaluation, and also to provide neurorehabilitation interventions aimed at ameliorating the impact of that diagnosis on a person's life. As a Spanish Speaker, I am particularly dedicated to expanding the clinical workforce to ensure minoritized groups are able to access the specialized care they need and deserve. Additional efforts mentoring junior faculty have allowed the Rehabilitation Neuropsychology Faculty Practice to grow and expand services for diverse populations of individuals with neurological and cognitive disabilities.

## IMPACT

*Research.*
My program of research is highly collaborative and necessarily so; this line of study requires careful integration of methods and approaches from multiple disciplines including neuropsychology, neurology, radiology, neuropathology, biostatistics, and epidemiology. By learning from other disciplines and areas of research and applying knowledge and methods to the study of TBI, we have been able to make relatively rapid advancements in our work. For example, application of sophisticated statistical methods (which are commonly used in the study of cognitive aging and dementia) to study individual-level trajectories of change in longitudinal TBI datasets has advanced our understanding of the factors that account for heterogeneous outcomes over time. In collaboration with the TBI Model Systems National Data and Statistical Center, I led a series of full-day training workshops on the application of these methods in rehabilitation research; the number of studies now using these approaches has more than doubled. Also through my involvement in the TBI Model Systems, I led a multi-center TBI Model Systems module project to evaluate the psychometric properties of a telephone-administered cognitive assessment in TBI survivors. This instrument was developed by dementia researchers to avoid excluding home-bound elders from prospective studies. The results of this project have major implications for TBI research which often excludes individuals who are unable to attend in-person study visits. This successful study has led to the adoption of this cognitive tool into the TBI Model Systems National Database as well as several other large-scale NIH funded TBI research projects. Similarly, by borrowing from neuroimaging analysis approaches that have been used in neurodegenerative disease and stroke, we have developed methods to correct for large lesions which has been critical to our study of severe TBI. Perhaps most importantly, leveraging existing datasets from studies of incident dementia has paved the way for strong and highly productive collaborative relationships with aging and dementia

10

0126

researchers. As one of the few TBI researchers working hand in hand with neurodegenerative disease researchers, I have earned important opportunities to further the study of TBI-associated dementia. In 2016, the PIs of 4 of the largest dementia cohort studies in the United States have agreed to add the Brain Injury Screening Questionnaire (BISQ; developed by our group) to their longstanding studies, which allows collection of detailed information about lifetime exposure to head trauma. These newly collected data are now available for use, and we have three funded grants (NIH and Department of Defense) to collect new data on clinical outcomes relevant to TBI, and to conduct secondary analyses of the associations of TBI and clinical and pathological endpoints.

Leadership roles in several national organizations have created opportunities to serve as a key stakeholder to inform the research agenda of federal funding agencies including NIH, NIDILRR, and HRSA with respect to TBI funding. As the impact of my research grows, so has the opportunity to participate in high profile projects in my field. In 2015 I was asked to chair a Brain Injury of America-funded working group to develop practice guidelines for long-term medical management of TBI survivors. In May 2017 I was appointed as a subject matter expert by the Chief of Staff of the United States Army to advise on the current state of scientific knowledge regarding the long-term sequelae of TBI. In July 2017 I was invited by the Defense and Veterans Brain Injury Center, along with the Department of Defense, to participate in a Consensus Statement Working Group focused on the Long Term Effects of TBI. I was invited to serve as a Scientific Chair for the 2019 Alzheimer's Research Action Plan, which is charged with developing a blueprint for dementia research. I led a new session in 2019 that was included for the first time in 2019 which focuses on understanding TBI as a risk factor for dementia. I also participated in a working group convened by the NIH and Veterans Administration in February 2019 to inform funding opportunities to study TBI and dementia risk. In 2021 I Co-Chaired an NIH-supported expert panel to establish Common Data Elements for the postmortem clinical characterization of individuals with TBI whose brain tissue is donated to autopsy studies. Again in 2022 I was invited to Chair the NIH AD/ADRD Summit working group focused on Post-Traumatic Neurodegeneration. Most recently, I was invited to serve on the Steering Committee of an NIH-supported initiative to re-examine the longstanding but sorely limited system for classifying TBI severity. These opportunities, independently and collectively, have allowed me to grow national recognition for my research while also allowing me to contribute to the identification of high priority areas for future research.

*Clinical.* The impact of my clinical work has been realized in the expansion of cognitive rehabilitation services for individuals with brain injury, and in the use of a simple questionnaire to screen for exposure to head trauma in a variety of clinical settings. Early in my postdoctoral training at Mount Sinai I recognized a discrepancy between the number of TBI survivors in the United States and the number of clinicians trained to provide empirically-supported cognitive rehabilitation interventions. In collaboration with other clinicians and researchers we wrote the Cognitive Rehabilitation Training Manual, which translates evidence-based interventions into step-by-step guidelines for treatment. We gave ownership of our work to the American Congress of Rehabilitation Medicine to reach the widest possible audience. After an enthusiastic response from clinicians all over the world, we developed a 2-day training workshop that has been offered in multiple locations and has provided training to nearly 1000 clinicians across the United States, Canada, and Europe since 2012. A Second Edition of the manual was published in 2022,

11

0126

alongside a textbook to be used in graduate programs seeking to teach evidence-based approaches to neurorehabilitation. Since 2011 I have been providing consultation and clinical training to two comprehensive day treatment programs in Georgia and Massachusetts. The latter program is currently being run out of the Boston Veterans Affairs Medical Center, and involves an adaptation of the program developed at Mount Sinai designed to address the constellation of clinical challenges faced by individuals returning from combat. We completed a pilot study of this adapted program with funding from the Veterans Affairs Office of Research and Development, and a proposal to conduct a randomized clinical trial of this intervention was funded at the end of 2018. Around this same time, our team increasingly observed the need for evidence-based neurocognitive and neurobehavioral interventions among TBI survivors who are unable to travel to specialized centers that offer these services. We launched a series of pilot studies to establish the feasibility of providing group-based interventions over the internet, and then received federal funding for two clinical trials investigating the efficacy of an internet-delivered emotion regulation intervention – both of which were overwhelmingly successful. Through novel partnerships with Implementation Scientists, we now have federal grant funding to investigate optimal strategies to implement these empirically supported interventions into community settings, with the goal of expanding access to specialized care.

With regard to screening for TBI, though scientific publications the measure mentioned above (BISQ) has gained the attention of clinicians due to its brevity and simple self-report or other-report format for lifetime ascertainment of TBI exposure using structured cueing to optimize recall. In partnership with colleagues at Boston University, upon request from the NIH in 2016 we established additional modules to ascertain lifetime exposure to repetitive head impacts resulting from military service and contact sport participation. In 2018, we partnered with survivors of intimate partner violence and other stakeholders to develop a module specific to brain trauma that may result from partner violence. Each of these measures – the BISQ and the 3 respective modules – are now adopted by the NIH as Common Data Elements for research in TBI. We receive dozens of requests per year from clinicians and scientists hoping to incorporate the BISQ into their work. In settings where awareness of prior head trauma exposure might inform clinical decision-making, such as concussion clinics and domestic violence shelters, the BISQ is now being used with increasing frequency as a clinical tool.

## GRANTS, CONTRACTS, AND FOUNDATION SUPPORT

### PAST GRANTS

| List Funding Source, Project title & Number | Role in Project | Dates | Direct Costs | Supplemental Info |
|---|---|---|---|---|
| National Institute on Disability Independent Living and Rehabilitation Research (NIDILRR) | Dams-O'Connor (PI) | 10/01/17-09/30/22 (NCE 9/29/23) | $438,000 current year ($2,190,000 total) | One of 16 hospitals in the United States |

12

| | | | | |
|---|---|---|---|---|
| The New York Traumatic Brain Injury Model System 90DPTB0009-01-00 | | | | designated as a Model System of Care for TBI |
| Congressionally Directed Medical Research Program/Department of Defense: Late Life Consequences of TBI and Military Service: A Population-Based Study W81XWH-17-1-0330 | Dams-O'Connor (PI) | 09/30/17 – 08/29/21 | $246,892 current year ($799,388 total) | Merit Score 1.2/5.0 |
| Congressionally Directed Medical Research Program/Department of Defense: Personal Biology & Comorbidity Impact on post-TBI Cognitive Dysfunction & Neurodegenerative Disease | Amy Wagner (PI) Role: Consultant | 04/01/18 – 03/31/21 | $300,000 (ISMMS: N/A) | |
| National Institutes of Health R21:    9/01/18 – 06/30/20              N/A Innovative Approaches to Examine Post-Acute Care Outcomes of Older Adults with Traumatic Brain Injury | Thomas & Gutman (MPIs) Role: Consultant | 9/01/18 – 06/30/20 | $450,071 DC | |
| National Institutes of Health R21:    9/01/18 – 06/30/20              N/A Innovative Approaches to Examine Post-Acute Care Outcomes of Older Adults with Traumatic Brain Injury | Thomas & Gutman (MPIs) Role: Consultant | 9/01/18 – 06/30/20 | $450,071 DC | |
| Stony Brook University/ Mount Sinai Joint Meeting Award | Dams-O'Connor (PI) | 3/1/17-2/28/19 | $3,560 | |
| National Institute of Neurological Disorders and Stroke (NIH-NINDS) Neuropathology of CTE and Delayed Effects of TBI: Toward In-Vivo Diagnostics 1U01NS086625-01 | Dams-O'Connor (PI) | 1/1/2014-12/31/2017 *(NCE through 2019)* | $6,086,711 project (ISMMS: Current year= $250,645) | Wrote grant and convened collaborative team. Contract transferred from Wayne Gordon, PhD in 2016 |
| National Institute of Child | Dams-O'Connor | 12/11/13- | $536,350 | Priority Score: |

13

| | | | | |
|---|---|---|---|---|
| Health and Development (NIH-NICHD) Comprehensive Investigation of the Clinical Course of TBI 1 K01 HD074651-01A1 | (PI) | 11/30/18 | Current year = $107,270 | 10 |
| Traumatic Brain Injury Endpoints Development (TED) Initiative Seed Project Award Development and validation of a cognition endpoint for traumatic brain injury clinical trials | Iverson & Silverberg (PIs) Role: Co-Investigator | 01/16-01/18 | $216,943 project (ISMMS: $0; effort subsumed by K01) | |
| National Institute of Disability Rehabilitation Research (NIDILRR) The New York Traumatic Brain Injury Model System 90DP0038 | Dams-O'Connor (Co-PI of center, and PI of 2 multi-center module studies; total budget $337,500) | 10/1/12-9/30/17 | $2,240,000 | PI of center grant: Wayne Gordon, PhD |
| Centers for Disease Control and Prevention - Mount Sinai Injury Control Research Center (ICRC) 1R49CE002092-01 | Dams-O'Connor (Director of Research and PI of Research projects 2 & 4; total budget $1,715,930) | 8/1/12 – 7/31/17 | $4,425,000 Current year = $885,000 | PI of ICRC: Wayne Gordon, PhD |
| Biomedical Laboratory Research & Development Service of the VA Office of Research and Development STEP-Home: Cognitive, emotional and vocational reintegration for OEF/OIF veterans 1I21RX001430-01A1 | Fortier (PI) Role: Co-Investigator | 12/19/13-11/30/16 | $200,000 | N/A |
| National Institute of Child Health and Development (NIH-NICHD) Cognitive Aging and Health among Older Adults with TBI Pilot award: R24 HD065702 | Dams-O'Connor (PI) | 6/1/12-5/31/13 | $30,000 | Pilot grant under R24 research infrastructure grant (PI Ken Ottembacher, PhD) |
| Centers for Disease Control (CDC) Characteristics of Patients with TBI in the NTDB | Dams-O'Connor (PI of Project 1) | 9/8/11-3/7/13 | $30,000 | Contract awarded to Jeff Cuthbert, PhD at Craig |

14

| | | | | Hospital |
|---|---|---|---|---|
| Contract # 212-2011-M-41357 | | | | |
| National Institute of Neurological Disorder and Stroke (NIH-NINDS) Transforming TBI Research and Clinical Care 1RC2NS069409 | PI = Geoff Manley, MD Role in project = Site Co-PI | 9/30/09-8/31/11 | $585,251 | N/A |
| National Institute of Disability Rehabilitation Research (NIDRR) The New York Traumatic Brain Injury Model System H133A070033 | PI = Wayne Gordon, PhD Role in project = Investigator (9/1/10-9/30/12) | 10/1/07-9/30/12 | $2,250,000 | N/A |
| Centers for Disease Control and Prevention - Mount Sinai Injury Control Research Center 1R49CE001171-01 | PI = Wayne Gordon, PhD Role in project = Investigator (9/1/10-7/31/12) | 8/1/07 – 7/31/12 | $4,425,000 | N/A |
| National Institute on Disability and Rehabilitation Research – Mount Sinai School of Medicine Advanced Rehabilitation Research Training Grant H133P050004 | PI = Wayne Gordon, PhD Role in project = Postdoctoral Fellow, (9/1/08-8/31/10) | 10/1/08-9/30/11 | 750,000 | N/A |
| National Institute of Alcohol Abuse and Alcoholism – Peer Facilitated Alcohol Interventions U18 AA015039-01A1 | PI = Dolores Cimini, PhD Role in project = Project Coordinator | 9/17/04 – 8/30/08 | $629,013 | N/A |
| Dissertation Research Grant, University at Albany, Albany, NY | Principal Investigator | 9/1/06 – 4/1/07 | $1000 | N/A |
| Benevolent Association Research Grant, University at Albany, Albany, NY | Principal Investigator | 9/1/06 – 5/30/07 | $500 | N/A |
| Diversity and Affirmative Action Grant, University at Albany, Albany, NY | Principal Investigator | 6/1/05-7/30/05 | $1500 | N/A |
| Department of Natural Sciences Research Grant, Colgate University, Hamilton, NY | Principal Investigator | 5/1/02-8/31/02 | $4000 | N/A |
| U.S. Department of Defense via University of South | Brian Edlow, Massachusetts | 9/30/20 – 6/29/23 | | N/A |

15

| | | | | |
|---|---|---|---|---|
| Florida Subcontract U.S. Special Operations Command Contract No. H9240520D0001 Long-term Effects of Repetitive, Low-Level Blast Exposure on USSOCOM Service Members | General Hospital/Harvard (PI) Role: Consultant, Lead: Neurobehavioral Core | | | |
| NIH U54 Collaborative Neuropathology Network Characterizing Outcomes of TBI (CONNECT-TBI) | Douglas Smith, University of Pennsylvania (PI) Role: Site PI | 09/01/19-08/31/2024 | $109,993 | N/A |
| NIH U54 Traumatic Brain Injury and Repetitive Head Impacts: Contributions to AD/ADRD and CTE | Ann McKee, Boston University (PI) Role: Co-I | 09/01/19-08/31/2024 | $182,508 | N/A |
| NIH RF1 Clinical & Biological Signatures of post-traumatic neurodegeneration: Toward in-vivo diagnosis of the Late Effects of TBI (LETBI) | PI | 09/01/19-08/31/2024 | $1,070,690 | N/A |
| Congressionally Directed Medical Research Program/Department of Defense: Ultrahigh Field MRI Detection of Biomarkers in Post Traumatic Epilepsy | Feldman (PI) Role: Co-I | 08/30/19-08/29/21 (NCE 08/29/2023) | $149,998 | N/A |
| National Institutes of Health U24: Mount Sinai Network of Excellence in Neuroscience Clinical Trials | Miller & Hormigo (MPI) Role: Investigator | 09/01/18-08/31/23 | ISMMS Requested: $200,000/yr ($1,000,000 total) | N/A |
| Congressionally Directed Medical Research Program/Department of Defense: Leveraging the Framingham Study to Investigate Relationships between TBI, Military Service, AD and Related Dementias | Mez & Dams-O'Connor (Multiple PI) | 12/01/18 – 11/30/21 (NCE 11/30/2023) | ISMMS: $100,000/yr ($1,105,882 total) | Merit Score 1.2/5.0 |
| National Institutes of Health/NINDS R01 Physiological and Structural | Shah & Kuceyeski (Multiple PIs) Role: Subcontract | 12/01/17 – 11/30/22 (NCE | ISMMS: $175,738 current year | N/A |

16

| | | | | |
|---|---|---|---|---|
| Biomarkers of Attentional Deficits after TBI 1R01NS102646-01 | PI | 11/30/23) | ($920,325 total) | |
| PCS-1604-35115 Patient Centered Outcome Research Institute (PCORI) Improving Transition from Acute to Post-Acute Care following Traumatic Brain Injury | Jeanne Hoffman (PI) Role: Subcontract PI | 03/01/17 – 02/28/22 (NCE 7/31/2023) | ISMMS: $313,616 current year ($1,826,706 total) | N/A |
| Department of Defense and Veterans Brain Injury Center (DVBIC) Improved Understanding of Medical And Psychological Needs (I-MAP) in Veterans and Service Members with Chronic TBI. | Nakase-Richardson (PI) Role: Consultant | 3/1/15-2/2024(extension) | $3,675,000 project (ISMMS: (N/A; paid as consultant) | Subcontract with Defense and Veterans Brain Injury Center. |

**CURRENT GRANTS**

| List Funding Source, Project title & Number | Role in Project | Dates | Direct Costs | Supplemental Info |
|---|---|---|---|---|
| NS115268: Lifetime contributors to vascular, inflammatory, and neurodegenerative pathways of post-TBI AD/ADRD | PI | 04/01/2025-03/2030 | $999,363 | N/A |
| NS137500: Transdisciplinary Research Accelerating Neuropathology Studies and Facilitating Open Research Methods in TBI (TRANSFORM-TBI) | Site PI | 09/01/2024 – 04/30/2029 | $100,528 | N/A |
| CBIR22PIL003: Examining the Long-term Neurological Impact of COVID-19 in Individuals with TBI. | Site PI | 04/01/2022 – 03/31/2025 | $20,943 | N/A |
| NIDILRR: BeHEALTHY: Chronic Disease Management for Traumatic Brain Injury | Site PI | 9/30/2020-9/29/2025 | $4,209 DC | N/A |
| NIHR33R66: Advancing Secondary Data Analysis: the | Site PI | 10/1/2020-9/30/2025 | $25,028 | N/A |

17

| | | | | |
|---|---|---|---|---|
| ENIGMA Brain Injury Data Harmonization Initiative | | | | |
| NIH R33/66: Comparing Treatment Approaches to Promote Inpatient Rehabilitation Effectiveness for TBI (CARE 4 TBI) | Site PI | 10/1/2021 – 9/30/2027 | $71,373 annual DC | N/A |
| TBI and Psychological Health: Focused Program Award/Department of Defense: LEveraging Nationwide Research Infrastructure to EnriCH Brain Health after TBI: The ENRICH Brain Health Study W81XWH-21-S-TBIPH2 | PI | 9/30/2022- 9/29/2026 | $7,995,740.00 | N/A |
| NIH PAR 22-024: Clinical & Biological Signatures of Post-Traumatic Neurodegeneration: Leveraging the TBI Model Systems of Care to Accelerate In Vivo Diagnosis of the Late Effects of TBI (LETBI) | PI | 7/1/2022 – 6/30/2027 | $8,279,160 | N/A |
| Mount Sinai Advanced Rehabilitation Research Training (ARRT) Program in Brain Injury and Rehabilitation Research | PI | 6/1/2022 – 5/31/2027 | $1,314,262.90 | N/A |
| National Institute on Disability Independent Living and Rehabilitation Research (NIDILRR) The New York Traumatic Brain Injury Model System HHS-2022-ACL-NIDILRR-DPTB-0039. Grant # 90DPTB0028. | PI | 9/01/2022- 8/31/2027 | $3,297,217 | N/A |
| National Institute of Aging (NIH-NIA) Leveraging Existing Aging Research Networks to investigate TBI and | Dams-O'Connor (Contact PI) & Mez (Multiple PI) | 2/01/19- 11/30/2024 | $3,320,00 ($745,000 site) | NIH/NIA Impact Score =20 5th Percentile |

18

| | | | | |
|---|---|---|---|---|
| AD/ADRD risk (LEARN TBI & AD) (R01) | | | | |

## GRANTS CURRENTLY UNDER REVIEW (PENDING)

| List Funding Source, Project title & Number | Role in Project | Dates | Total Costs | Supplemental Info |
|---|---|---|---|---|
| Department of Defense: LIVEwell) LIving with ViolencE-related Brain Injury: Optimizing Cognitive and Psychological Wellness through The LIVEwell Brain Health Study | PI | 09/30/2025-09/29/2029 | $7,866,858 | N/A |
| EValuation Of Longitudinal outcomes in mild TBI in Active-Duty Military and Veterans 15-Year | Site PI | 07/01/2025-06/30/2023 | $195,755 | N/A |
| EVOLVE_15_EValuation Of Longitudinal outcomes in mild TBI in Active-Duty Military and Veterans 15-Yea | Site PI | 04/01/2025 – 03/31/2030 | $187,110 | N/A |
| Collaborative Care for Chronic Pain in Rehabilitation Medicine | Site PI | 04/01/2025 – 09/30/2031 | $3,065,114 | N/A |
| NIH/NINDS R01: Multimodal Investigation of Modifiable VCID Risk in Intimate Partner Violence Survivors | Contact PI | 4/1/2022-3/31/2027 | $4,220,952 | N/A |
| NIH NS128220: Investigating the CNS Manifestations of COVID-19 Using Ex Vivo Whole-Brain 7 T MRI and Targeted Histology | Co-I | 7/1/2022 – 6/30/2027 | $830,060 | N/A |

## CLINICAL TRIALS PARTICIPATION
N/A

19

**TRAINEES**

| Name | Level of Trainee | Role in Training & Inclusive dates | Training Venue | Trainees' Current Status/Employment |
|---|---|---|---|---|
| Gabriella Robinson, PhD | Postdoctoral Fellow | Clinical Supervisor & Research Mentor (fellows spend 20% FTE on research) | Rehabilitation Neuropsychology Faculty Practice & BIRC 2024- | Postdoctoral Fellow, Department of Rehabilitation Medicine, Icahn School of Medicine at Mount Sinai |
| Sophia Lall, PhD | Postdoctoral Fellow | Clinical Supervisor & Research Mentor (fellows spend 20% FTE on research) | Rehabilitation Neuropsychology Faculty Practice & BIRC 2024- | Postdoctoral Fellow, Department of Rehabilitation Medicine, Icahn School of Medicine at Mount Sinai |
| Amelia Hicks, PhD | Postdoctoral Fellow | Research Mentor | BIRC 2023- | Postdoctoral Fellow, Department of Rehabilitation Medicine, Icahn School of Medicine at Mount Sinai |
| Jill Del Pozzo, PhD | Postdoctoral Fellow | Clinical Supervisor & Research Mentor (fellows spend 20% FTE on research) | Rehabilitation Neuropsychology Faculty Practice & BIRC 2022-*2024* | Postdoctoral Fellow, Department of Rehabilitation Medicine, Icahn School of Medicine at Mount Sinai |
| Natalia Bernal Fernández, PsyD | Postdoctoral Fellow | Clinical Supervisor & Research Mentor (fellows spend 20% FTE on research) | Rehabilitation Neuropsychology Faculty Practice & BIRC 2022-*2024* | Postdoctoral Fellow, Department of Rehabilitation Medicine, Icahn School of Medicine at Mount Sinai |
| Nicola De Souza PhD | Postdoctoral Fellow | Research Mentor | BIRC 2022-*2024.* | Postdoctoral Fellow, Department of Rehabilitation Medicine, Icahn School of Medicine at Mount Sinai |
| Alexandra Pritchett PhD | Postdoctoral Fellow | Clinical Supervisor & Research Mentor (fellows spend 20% FTE on research) | Rehabilitation Neuropsychology Faculty Practice & BIRC 2019-*2022* | Postdoctoral Fellow, Department of Rehabilitation Medicine, Icahn School of Medicine at Mount Sinai |
| Enna Selmanovic | PhD Student | Co-Mentor | BIRC, Late Effects of TBI | Graduate Student, School of Biomedical Sciences |

20

| | | | Brain Bank | |
|---|---|---|---|---|
| Belinda Yew, PhD | Postdoctoral Fellow | Clinical Supervisor & Research Mentor (fellows spend 20% FTE on research) | Rehabilitation Neuropsychology Faculty Practice & BIRC 2019-*2022* | Assistant Professor, Department of Rehabilitation Medicine, Icahn School of Medicine at Mount Sinai |
| Raj Kumar, PhD | Postdoctoral Fellow | Research Mentor (fellows spend 100% FTE on research) | BIRC 2018-*2021*. NIH/NICHD K99/R00 Impact Score: 24 | Assistant Professor, Department of Rehabilitation Medicine, Icahn School of Medicine at Mount Sinai |
| Laura Tabio, PhD | Postdoctoral Fellow | Clinical Supervisor & Research Mentor (fellows spend 20% FTE on research) | Rehabilitation Neuropsychology Faculty Practice & BIRC 2019-2022 | Clinical Instructor, Department of Rehabilitation Medicine, New York University |
| Daniel Schpigel, PhD | Postdoctoral Fellow | Clinical Supervisor & Research Mentor (fellows spend 20% FTE on research) | Rehabilitation Neuropsychology Faculty Practice & BIRC 2018-2020 | Clinical Neuropsychologist |
| Sarah Bannon, MA | Predoctoral Extern | Research Mentor | BIRC 2018-2020 NIH/NIA K23 | Assistant Professor, Department of Rehabilitation Medicine, Icahn School of Medicine at Mount Sinai |
| Eric Watson, PhD | Postdoctoral Fellow | Clinical Supervisor & Research Mentor (>50% FTE research) | Rehabilitation Neuropsychology Faculty Practice & BIRC 2016-*present* | Assistant Professor, Department of Rehabilitation Medicine, Icahn School of Medicine at Mount Sinai |
| Elsa Lee, PhD | Postdoctoral Fellow | Clinical Supervisor & Research Mentor (fellows spend 10% FTE on research) | Rehabilitation Neuropsychology Faculty Practice & Brain Injury Research Center (BIRC) 2016-2018 | Clinical Neuropsychologist Private Practice |
| Amanda Hahn-Ketter, PhD | Postdoctoral Fellow | Clinical Supervisor & Research Mentor (fellows spend 10% FTE on research) | Rehabilitation Neuropsychology Faculty Practice & BIRC 2015-2017 | Clinical Neuropsychologist Union Square Practice |

21

| Andrew Fedor, PhD | Postdoctoral Fellow | Clinical Supervisor & Research Mentor (fellows spend 10% FTE on research) | Rehabilitation Neuropsychology Faculty Practice & BIRC 2015-2017 | Clinical Neuropsychologist Courage Kenny Rehabilitation Institute – Allied Health |
|---|---|---|---|---|
| Melissa Shuman Paretsky, PhD | Postdoctoral Fellow | Clinical Supervisor & Research Mentor (fellows spend 10% FTE on research) | Rehabilitation Neuropsychology Faculty Practice & BIRC 2014-2016 | Volunteer Faculty Icahn School of Medicine of Mount Sinai – Department of Rehabilitation Medicine |
| Erica Kaplan, PhD | Postdoctoral Fellow | Clinical Supervisor & Research Mentor (fellows spend 10% FTE on research) | Rehabilitation Neuropsychology Faculty Practice & BIRC 2014-2016 | Rehabilitation Neuropsychologist Northwell-Southside Hospital |
| Collette Elliott, PhD | Postdoctoral Fellow | Clinical Supervisor | Rehabilitation Neuropsychology Faculty Practice 2013-2015 | Rehabilitation Psychologist Hospital for Special Care |
| William Lu, PhD | Postdoctoral Fellow | Clinical Supervisor & Research Mentor (fellows spend 10% FTE on research) | Rehabilitation Neuropsychology Faculty Practice & BIRC 2012-2014 | Senior Psychologist NYU Langone Medical Center – Rusk Institute of Rehabilitation Medicine |
| Nicole Murray, PhD | Postdoctoral Fellow | Clinical Supervisor | Rehabilitation Neuropsychology Faculty Practice 2012-2014 | Senior Psychologist NYU Langone Medical Center – Rusk Institute of Rehabilitation Medicine |
| Shinakee Gumber, PhD | Postdoctoral Fellow | Clinical Supervisor | Rehabilitation Neuropsychology Faculty Practice 2011-2013 | Senior Psychologist, NYU Langone Medical Center – Rusk Institute of Rehabilitation Medicine |
| Andrew Nichols, PhD | Postdoctoral Fellow | Clinical Supervisor | Rehabilitation Neuropsychology Faculty Practice 2011-2013 | Clinical Neuropsychologist Summit Neuropsychology, Park City, Utah |
| Emily D'Antonio, PhD | Postdoctoral Fellow | Clinical Supervisor | Rehabilitation Neuropsychology Faculty Practice 2011-2013 | Neuropsychologist New York State Psychiatric Institute |
| Chari Hirshson, | Postdoctoral Fellow | Clinical Supervisor | Rehabilitation Neuropsychology | Neuropsychologist Northwell Hospital - |

22

| | | | | |
|---|---|---|---|---|
| PhD | | | Faculty Practice 2010-2012 | Westchester |
| Nora Goudsmit, PhD | Postdoctoral Fellow | Clinical Supervisor | Rehabilitation Neuropsychology Faculty Practice 2010-2012 | Clinical Neuropsychologist/Clinical Psychologist Private Practice, California |
| Yelena Goldin, PhD | Postdoctoral Fellow | Research Mentor | Brain Injury Research Center | Assistant Professor, Rutgers-Robert Wood Johnson Medical School & Investigator, JFK Johnson Rehabilitation Institute |
| Maria Kajankova, PhD | Predoctoral Extern | Research Mentor | Brain Injury Research Center 2011-2012 | Assistant Professor, Department of Rehabilitation Medicine, Icahn School of Medicine at Mount Sinai |
| Nicholas Van Dam | Predoctoral Research Extern | Research Mentor | Brain Injury Research Center 2011-2012 | Associate Professor, Director of Contemplative Studies Centre, University of Melbourne |

## MENTORSHIP

| Name | Rank of Mentee | Role in Training & Inclusive dates | Mentorship Context | Mentees' Current Status/Employment |
|---|---|---|---|---|
| Raj Kumar, PhD | Instructor (Assistant Professor pending) | Research Mentor | NIH/NICHD K99/R00 Impact Score: 24 | Instructor, Department of Rehabilitation Medicine, Icahn School of Medicine at Mount Sinai |
| Shameeke Taylor, MD | Assistant Professor | Research Mentor | Preparation of NIH/NIA K23 | Assistant Professor, Department of Emergency Medicine, New York University |
| Sarah Bannon, MA | Predoctoral Extern | Research Mentor | BIRC 2018-2020 NIH/NIA K23 | Clinical Instructor, Massachusetts General Hospital |
| Maria del Mar Cortes, MD | Assistant Professor | Research Mentor | Departmental research development | Assistant Professor, Department of Rehabilitation and Human Performance |
| Helena Van Deynse | PhD Researcher | Research Mentor | Application for Fullbright Scholarship, | Researcher |

23

| | | | Application for Research Grant from Flemish Government | Interuniversity Centre for Health Economics Research (I-CHER) Department of Public Health Brussels |
|---|---|---|---|---|
| Amelia J. Hicks | PhD Candidate | Research Mentor | WiNTR VISA program (Women in Neurotrauma Research) | PhD Candidate, Turner Institute for Brain and Mental Health Research Fellow, Monash-Epworth Rehabilitation Research Centre |
| Emily Evans, PT, DPT, PhD | Postdoctoral Fellow | Research Co-mentor | Advising on manuscripts and NIH R21 grant submission | Postdoctoral Fellow Center for Gerontology and Health Care Research Brown University School of Public Health |
| Casey LaDuke | Assistant Professor | Research Mentor | Development of federal and foundation grant proposals | Assistant Professor, John Jay College of Criminal Justice |
| Kirk Lercher MD | Assistant Professor | Research Mentor | BIRC, NY-TBIMS, TBIMS National Database project | Physiatrist, Kessler Institute for Rehabilitation |
| Neha Dangayach, MD | Assistant Professor | Research Mentor March 2020-present | Preparation of R21 and K23 grants | Assistant Professor of Neurosurgery at Icahn School of Medicine at Mount Sinai |
| Joshua Klein, MD | Fellow | Research Mentor July 2020- present | Research fellowship | Clinical Instructor, Mount Sinai Morningside, Department of Rehabilitation Medicine |
| Carley Trentman, MD | Resident | Research Mentor July 2020- present | Research track | PGY4 Resident in PM&R at Mount Sinai |
| Aliya Kuerban, PhD, MS, RN | Assistant Professor | Research mentor, Sept 2019- present | Advising on CLLDR-funded TBIMS study | Assistant Professor, Malloy College |
| Monique Pappadis, PhD | Assistant Professor | K01 Mentorship team August 2020-present | K01 NIH/NICHD Impact score: 20 | Assistant Professor Division of Rehabilitation Sciences, School of Health Professions University of Texas Medical Branch |
| Jennifer Kim, MD PhD | Assistant Professor | K01 Mentorship team Project will use LETBI U01/RF1 | K01 NIH/NINDS Impact score: 20 | Assistant Professor, Staff Neurointensivist, Yale School of Medicine |

24

| | | | | |
|---|---|---|---|---|
| | | data<br>February 2020-present | | |
| Shelley H. Liu, PhD | Assistant Professor | K01 Co-Mentor February 2019-present | K01 NIH/NICHD Impact score: 20 | Assistant Professor, Center for Biostatistics, Department of Population Health Science and Policy |
| Sarah Bannon, MA | Predoctoral Intern | F32 Co-Mentor November 2019-present | BIRC 2018, NIH F32, K23 Co-Mentor | Assistant Professor, Icahn School of Medicine at Mount Sinai |

## TEACHING ACTIVITIES

| Teaching Activity/Topic | Level | Role | Level & Number of Learners | Number of hours per week/month/year | Evaluation Summary if available | Years Taught |
|---|---|---|---|---|---|---|
| Supervision of research and clinical activity | Postdoctoral Fellows | Supervisor | 2-5 | 2-8 hours per week | Met clinical and research expectations per postdoc evaluations | 2010-present |
| Director of Predoctoral Extern Training | Psychology externs | Training Director | 18 | 12 hours per week | Exceeded benchmark expectations as per independent evaluator | 2010-2012 |
| Supervision of day treatment program and clinical activity | Postdoctoral Fellows | Supervisor | 9 | 2 hours per week | Exceeded benchmark expectations as per independent evaluator | 2009-2012 |
| Measurement and Appraisal | Graduate | Adjunct Professor | 30 | 3 hours per week | Not available | 2009-2012 |
| Psychosocial Aspects of Disability | Graduate | Adjunct Professor | 28 | 3 hours per week | Not available | 2010 |
| Intro to Psychology | Undergraduate | Instructor | 20 | 3 hours per week | 3.8/4.0 | 2007 |
| Psychology of Academic and Personal | Undergraduate | Instructor | 50 | 3 hours per week | 3.8/4.0 | 2004-2005 |

25

| Effectiveness | | | | | | |
|---|---|---|---|---|---|---|

## ADMINISTRATIVE LEADERSHIP APPOINTMENTS AND PROFESSIONAL MEMBERSHIPS

### INTERNAL

2021- present    Vice Chair of Research, Department of Rehabilitation and Human Performance at Mount Sinai School of Medicine. *Expand the research infrastructure of the Department at ISMMS; this includes increasing academic productivity, professional development, federal and private research grant funding. Initiate and strengthen collaborative relationships across departments and institutes at ISMMS and expand collaboration with colleagues at the James J. Peters VA.*

2016- present    Director, Brain Injury Research Center of Mount Sinai (BIRC-MS). *Lead a large portfolio of federally funded TBI research projects. Oversee the implementation of standard operating procedures for research projects. Mentor junior faculty and postdoctoral fellows to maximize productivity and growth.*

2013- 2016    Co-Director, Brain Injury Research Center of Mount Sinai (BIRC-MS). *Oversee the implementation of standard operating procedures for large portfolio of research projects. Revamped existing system for tracking research participants by creating a sophisticated HIPAA compliant tracking and record storage system using software made available through the medical school.*

2010 – 2013    Training Director, BIRC-MS Predoctoral Externship Program. *Expanded the Externship Training program to increase the number of advanced graduate students trained in our center, and restructured the program to facilitate clinical and research supervisory opportunities for postdoctoral fellows in the BIRC-MS.*

### EXTERNAL

2022 – present    Member, Cohen Veteran Bioscience Advisory Alliance

2021- present    Scientific Chair, National Institute of Neurological Disorders and Stroke (NINDS) National Institutes of Health (NIH) Alzheimer's Disease-Related Dementias (ADRD) Summit, Chair of Session "Post-TBI AD/ADRD"

2019- 2022    Co-Chair, Geographic/geospatial (GEO) Special Interest Group (GEO-SIG) of the TBI Models Systems Collaborative Special Interest Group. *The goal of this collaborative group is to identify opportunities and implement methods for using geospatial data to expand the information available in the TBIMS National Database, which will enhance collaborative study of TBI outcomes.*

2020- present    Chair, National Institutes of Health Common Data Elements for Postmortem Traumatic Brain Injury Working Group. *The goal of this working group is to develop common data elements to collect postmortem clinical data on decedents with TBI who have participated in brain donation.*

2019- present    Co-Chair, Veterans Administration Polytrauma Rehabilitation Centers & TBI Models Systems Collaborative Special Interest Group. *The goal of this collaborative group is to identify and implement research collaborations between military and civilian researchers studying TBI outcomes.*

| | |
|---|---|
| 2018- present | Founding Member, Enhancing NeuroImaging Genetics through Meta-Analysis: moderate-severe TBI global working group (ENIGMA). *The goal of this multi-national consortium is to increase power for identifying imaging biomarkers of Traumatic Brain Injury by advancing neuroimaging methods, harmonizing and combining neuroimaging data collected across member sites.* |
| 2018- 2021 | Subject Matter Expert and Working Group Member, First Consensus Workshop to Define the Diagnostic Criteria for Traumatic Encephalopathy Syndrome (TES). *The goal of this working group is to use existing clinical data to define diagnostic criteria for Traumatic Encephalopathy Syndrome.* |
| 2018- present | Board Member, PINK Concussions Advisory Board. *PINK Concussions is a nonprofit dedicated to raising awareness of concussion and its consequences in women.* |
| 2018- 2021 | Scientific Chair, National Institute of Neurological Disorders and Stroke (NINDS) National Institutes of Health (NIH) Alzheimer's Disease-Related Dementias (ADRD) Summit, Chair of Session "TBI and AD/ADRD Risk" |
| 2020- 2022 | Past Chair, BI-ISIG Executive Committee. |
| 2018- 2020 | Chair, BI-ISIG Executive Committee. *Leading the American Congress of Rehabilitation Medicine's (ACRM) Brain Injury Interdisciplinary Special Interest Group (BI-ISIG), the largest professional group within the ACRM. The BI-ISIG Chair oversees the work of 10 interdisciplinary Task Forces, each aimed at advancing scientific knowledge and clinical care for brain injury.* |
| 2017- 2021 | Working Group Member. Defense and Veterans Brain Injury Center/Department of Defense Consensus Statement Working Group on the Long Term Effects of TBI. *Conducting a systematic review of the literature on chronic effects of TBI, interpreting the status of current knowledge, contributing to the development of a consensus-based statement about empirically supported outcomes of TBI, and identifying high priority areas for future research.* |
| 2017- present | Founding Member, New York Neurotrauma Consortium. *This consortium of researchers and clinicians, including neurosurgeons, trauma surgeons, neurologists, neurointensivists, emergency medicine physicians, and rehabilitation physicians from several academic trauma centers in the New York City area was established to facilitate clinical research collaboration and clinical guidelines development.* |
| 2016- 2018 | Chair Elect, BI-ISIG Executive Committee. *Preparing to lead the American Congress of Rehabilitation Medicine's (ACRM) Brain Injury Interdisciplinary Special Interest Group (BI-ISIG), the largest professional group within the ACRM. The BI-ISIG Chair oversees the work of 8 interdisciplinary Task Forces, each aimed at advancing scientific knowledge and clinical care for brain injury.* |
| 2015- present | Member, Hispanic Neuropsychological Society (HNS). |
| 2014- present | Member, International Brain Injury Association (IBIA). |
| 2011- 2019 | Chair, BI-ISIG Long Term Issues Task Force. *Drafted annual work plan to target projects of high impact to the field, identify members to take leadership roles in each, oversee progress and benchmarks of these projects. In 2014 identified need for a systematic review of medical outcomes after TBI, wrote proposal to the TBI Model Systems Knowledge Translation Center (MSKTC) to support the project, Proposal was accepted and is currently being implemented* |

27

| | |
|---|---|
| | *as a collaborative activity between the BI-ISIG and TBI Model Systems MSKTC with funding from the Brain Injury Association of America.* |
| 2008- present | Training Faculty, BI-ISIG Cognitive Rehab Task Force. *Co-authored the Cognitive Rehabilitation Manual in 2008-2011, which takes the evidence-based practice recommendations from 3 systematic reviews of empirically supported cognitive rehabilitation interventions and translates them into a comprehensive treatment manual. In 2011 we branded the Manual as an ACRM product, and in 2012-present have led 2-day workshops on implementing the Manual in clinical practice to large audiences nationally and internationally.* |
| 2012- 2015 | Secretary, BI-ISIG Executive Committee. *Implemented protocol for executive committee members to document standard operating procedures required of each position, implemented shared electronic calendar for annual deadlines and reminders, implemented electronic document sharing for meeting minutes, bylaws, other documents.* |
| 2010-2012 | Early Career Representative, BI-ISIG Executive Committee. *First Early Career member of Executive Committee. Carried out thorough review of membership rates and levels in other professional organizations and wrote proposal to the Board of Governors to implement modified fee schedule for students and early career members to join ACRM. Modified membership and conference rates were implemented starting in 2012. Lobbied the Board of Governors and other ISIGs to create one Early Career position on their respective governing boards. As of 2012 all boards have one Early Career leadership position.* |
| 2010- 2012 | Member, American Psychological Association. |
| 2010- present | Member, National Neurotrauma Society. |
| 2008- present | Member, American Congress of Rehabilitation Medicine (ACRM). |
| 2008- present | Member, Brain Injury Interdisciplinary Special Interest Group (BI-ISIG). |

28

0144

## PUBLICATIONS
## Peer Reviewed Original Contributions

231. Manley GT*, **Dams-O'Connor K***, Alosco ML, Awwad HO, Bazarian JJ, Bragge P, Corrigan JD, Doperalski A, Ferguson AR, Mac Donald CL, Menon DK, McNett MM, van der Naalt J, Nelson LD, Pisică D, Silverberg ND, Umoh N, Wilson L, Yuh EL, Zetterberg H, Maas AIR, McCrea MA; NIH-NINDS TBI Classification and Nomenclature Initiative. A new characterisation of acute traumatic brain injury: the NIH-NINDS TBI Classification and Nomenclature Initiative. Lancet Neurol. 2025 Jun;24(6):512-523. doi: 10.1016/S1474-4422(25)00154-1. PMID: 40409315.
*shared first author



| Cited by | | VIEW ALL |
|---|---|---|
| | All | Since 2020 |
| Citations | 17438 | 12956 |
| h-index | 57 | 49 |
| i10-index | 150 | 143 |

Steady increase in citations, 2017-2025 (Updated May 2025)

230. Del Pozzo J, Esopenko C, Flatt JD, **Dams-O'Connor K**. Self-Reported Health Care Disparities and Barriers Among LGBTQIA+ Individuals: Implications for Equitable Health Care Delivery. Fam Community Health. 2025 May 22. doi: 10.1097/FCH.0000000000000436. Epub ahead of print. PMID: 40401768.

229. Mac Donald CL, Yuh EL, Vande Vyvere T, Edlow BL, Li LM, Mayer AR, Mukherjee P, Newcombe VFJ, Wilde EA, Koerte IK, Yurgelun-Todd D, Wu YC, Duhaime AC, Awwad HO, **Dams-O'Connor K**, Doperalski A, Maas AIR, McCrea MA, Umoh N, Manley GT. Neuroimaging Characterization of Acute Traumatic Brain Injury with Focus on Frontline Clinicians: Recommendations from the 2024 National Institute of Neurological Disorders and Stroke Traumatic Brain Injury Classification and Nomenclature Initiative Imaging Working Group. J Neurotrauma. 2025 May 20. doi: 10.1089/neu.2025.0079. Epub ahead of print. PMID: 40393517.

228. Bazarian JJ, Zetterberg H, Buki A, Dengler BA, Diaz-Arrastia R, Korley FK, Lazarus R, Meier TB, Mondello S, Moritz K, Okonkwo DO, Papa L, Phillips JB, Posti JP, Puccio AM, Sloley S, Steyerberg E, Wang KK, Awwad HO, **Dams-O'Connor K,** Doperalski A, Maas AIR, McCrea MA, Umoh N, Manley GT. Blood-Based Biomarkers for Improved Characterization of Traumatic Brain Injury: Recommendations from the 2024 National Institute for Neurological Disorders and Stroke Traumatic Brain Injury Classification and Nomenclature Initiative Blood-Based Biomarkers Working Group. J Neurotrauma. 2025 May 20. doi: 10.1089/neu.2024.0581. Epub ahead of print. PMID: 40393505.

227. Menon DK, Silverberg ND, Ferguson AR, Bayuk TJ, Bhattacharyay S, Brody DL, Cota SA, Ercole A, Figaji A, Gao G, Giza CC, Lecky F, Mannix R, Mikolić A, Moritz KE, Robertson CS, Torres-Espin A, Tsetsou S, Yue JK, Awad HO, **Dams-O'Connor K,** Doperalski A, Maas AIR, McCrea MA, Umoh N, Manley GT. Clinical Assessment on Days 1-14 for the Characterization

29

0144

of Traumatic Brain Injury: Recommendations from the 2024 NINDS Traumatic Brain Injury Classification and Nomenclature Initiative Clinical/Symptoms Working Group. J Neurotrauma. 2025 May 20. doi: 10.1089/neu.2024.0577. Epub ahead of print. PMID: 40393504.

226. Corrigan JD, Alosco ML, van der Naalt J, Adams RS, Asken BM, Hinds S, Lequerica AH, Newcombe V, Tenovuo O, Valera E, Yurgelun-Todd D, Doperalski A, Awwad HO, **Dams-O'Connor K**, Mass AIR, McCrea MA, Umoh N, Manley GT. Retrospective Identification and Characterization of Traumatic Brain Injury-Recommendations from the 2024 National Institute of Neurological Disorders and Stroke Traumatic Brain Injury Classification and Nomenclature Initiative Retrospective Classification Working Group. J Neurotrauma. 2025 May 20. doi: 10.1089/neu.2024.0590. Epub ahead of print. PMID: 40393476.

225. Manley GT*, **Dams-O'Connor K***, Awwad HO, Doperalski A, Umoh N, Maas AIR, McCrea MA. Marking a New Age in Characterization of Acute Traumatic Brain Injury: The National Institute of Neurological Disorders and Stroke Traumatic Brain Injury Classification and Nomenclature Initiative. J Neurotrauma. 2025 May 20. doi: 10.1089/neu.2025.0134. Epub ahead of print. PMID: 40393475.
*shared first author

224. Bragge P, McNett M, Bayley M, Dobbins M, Nakase-Richardson R, Peek-Asa C, Turgeon AF, Awwad H, **Dams-O'Connor K**, Doperalski A, Maas A, McCrea M, Umoh N, Manley G. Starting with the End in Mind: Recommendations to Optimize Implementation of a Novel TBI Classification from the 2024 NINDS TBI Classification and Nomenclature Workshop's Knowledge to Practice Working Group. J Neurotrauma. 2025 May 7. doi: 10.1089/neu.2024.0576. Epub ahead of print. PMID: 40331687.

223. LaDuke C, Tamura K, Linder M, Day R, **Dams-O'Connor K.** Feasibility and Acceptability of Telephone-Administered Traumatic Brain Injury Common Data Elements and the Rehabilitation Needs Survey in Community-Dwelling Adults Exposed to the United States Criminal Legal System. Neurotrauma Rep. 2025 Mar 26;6(1):274-282. doi: 10.1089/neur.2024.0158. PMID: 40309158; PMCID: PMC12040535.

222. Bannon SM, McCage S, Walker K, Brewer J, Ahmad N, Cornelius T, Parker RA, **Dams-O'Connor K**, Dickerson B, Ritchie CS, Vranceanu AM. Resilient together for dementia: A qualitative study of couples' treatment preferences to address distress early after diagnosis. J Alzheimers Dis. 2025 Apr 22:13872877251332658. doi: 10.1177/13872877251332658. Epub ahead of print. PMID: 40261286.

221. Han X, Zhang Y, Petrosky JN, Bald S, Sherva RM, Labadorf A, Cherry JD, Chung J, Farrell K, Abdolmohammadi B, Durape S, Martin BM, Palmisano JN, Farrell JJ, Alvarez VE, Huber BR, Dwyer B, Daneshvar DH, **Dams-O'Connor K,** Jun GR, Lunetta KL, Goldstein LE, Katz DI, Cantu RC, Shenton ME, Cummings JL, Reiman EM, Stern RA; DIAGNOSE CTE Research Project Investigators; Alosco ML, Tripodis Y, Farrer LA, Stein TD, Crary JF, McKee AC, Mez J. A structural haplotype in the 17q21.31 MAPT region is associated with increased risk for chronic traumatic encephalopathy endophenotypes. Cell Rep Med. 2025 May 20;6(5):102084. doi: 10.1016/j.xcrm.2025.102084. Epub 2025 Apr 15. PMID: 40239644.

220. Martin AM, Ketchum JM, Agtarap S, Hammond FM, Sevigny M, Peckham M, **Dams-O'Connor K**, Corrigan JD, Walker WC, Hoffman JM. Characterizing Extreme Phenotypes for Pain Catastrophizing in Persons With Chronic Pain Following Mild to Severe Traumatic Brain Injury Requiring Inpatient Rehabilitation: A NIDILRR and VA TBI Model Systems Collaborative Project. J Head Trauma Rehabil. 2025 Apr 2. doi: 10.1097/HTR.0000000000001036. Epub ahead of print. PMID: 40203010.

219. Kennedy E, Vadlamani S, Lindsey HM, Peterson KS, **Dams O'Connor K**, Agarwal R, Amiri HH, Andersen RK, Babikian T, Baron DA, Bigler ED, Caeyenberghs K, Delano-Wood L, Disner SG, Dobryakova E, Eapen BC, Edelstein RM, Esopenko C, Genova HM, Geuze E, Goodrich-Hunsaker NJ, Grafman J, Håberg AK, Hodges CB, Hoskinson KR, Hovenden ES, Irimia A, Jahanshad N, Jha RM, Keleher F, Kenney K, Koerte IK, Liebel SW, Livny A, Løvstad M, Martindale SL, Max JE, Mayer AR, Meier TB, Menefee DS, Mohamed AZ, Mondello S, Monti MM, Morey RA, Newcombe V, Newsome MR, Olsen A, Pastorek NJ, Pugh MJ, Razi A, Resch JE, Rowland JA, Russell K, Ryan NP, Scheibel RS, Schmidt AT, Spitz G, Stephens JA, Tal A, Talbert LD, Tartaglia MC, Taylor BA, Thomopoulos SI, Troyanskaya M, Valera EM, van der Horn HJ, Van Horn JD, Verma R, Wade BSC, Walker WC, Ware AL, Werner JK Jr, Yeates KO, Zafonte RD, Zeineh MM, Zielinski B, Thompson PM, Hillary FG, Tate DF, Wilde EA, Dennis EL. Linking Symptom Inventories Using Semantic Textual Similarity. J Neurotrauma. 2025 Apr 9. doi: 10.1089/neu.2024.0301. Epub ahead of print. PMID: 40200899.

218. Hicks AJ, Carrington H, Bura L, Yang A, Pesce R, Yew B, **Dams-O'Connor K**. Blood-Based Protein Biomarkers in the Chronic Phase of Traumatic Brain Injury: A Systematic Review. J Neurotrauma. 2025 May;42(9-10):759-797. doi: 10.1089/neu.2024.0294. Epub 2025 Apr 2. PMID: 40176450.

217. Mellick D, Harrison-Felix C, Whiteneck G, Ketchum JM, O'Neil-Pirozzi TM, Hammond FM, Marwitz JH, **Dams-O'Connor K**, Juengst SB, Rabinowitz AR. Assessment and Evaluation of a Crosswalk Between the Functional Independence Measure and the Continuity Assessment Record and Evaluation: A NIDILRR-funded TBI Model Systems Study. Arch Phys Med Rehabil. 2025 Mar 26:S0003-9993(25)00617-3. doi: 10.1016/j.apmr.2025.03.037. Epub ahead of print. PMID: 40154860.

216. Gilmore N, McKinney IR, Tseng CJ, Greve DN, Maffei C, Healy BC, Zürcher NR, Hooker JM, Tromly SL, Perl DP, **Dams-O'Connor K**, Mac Donald CL, Edlow BL, Bodien YG. Investigating the neural network correlates of apathy, disinhibition, and executive dysfunction in active-duty United States Special Operations Forces. Brain Imaging Behav. 2025 Mar 18. doi: 10.1007/s11682-025-00980-4. Epub ahead of print. PMID: 40100566.

215. Emrani S, Koutures A, Tripodis Y, Uretsky M, Abdolmohammadi B, Nowinski C, Daneshvar DH, Dwyer B, Katz DI, Goldstein LE, Cantu RC, Martin BM, Palmisano JN, **Dams-O'Connor K**, Crary JF, Stern RA, Mez J, Alvarez VE, Huber BR, McKee AC, Stein TD, Alosco ML. Characterizing white matter and vascular pathologies in brain donors exposed to repetitive head impacts. Acta Neuropathol. 2025 Mar 6;149(1):24. doi: 10.1007/s00401-025-02860-z. PMID: 40047953; PMCID: PMC11885321.

31

0147

214. Snider SB, Gilmore N, Freeman HJ, Maffei C, Atalay A, Kumar RG, Li LM, Shi H, Bodien YG, Mac Donald CL**, Dams-O'Connor K**,* Edlow BL.* Cortical lesions and focal white matter injury are associated with attentional performance in chronic traumatic brain injury. Brain Commun. 2024 Nov 21;7(1):fcae420. doi: 10.1093/braincomms/fcae420. PMID: 39926612; PMCID: PMC11806419.
*Shared senior author.

213. Dini ME, Wallace RE, Klyce DW, Tyler CM, Vriesman M, Juengst SB, Liou-Johnson V, Gary KW, **Dams-O'Connor K**, Kumar RG, Venkatesam UM, Merced K, Perrin PB. Functional independence trajectories over 5 years in older veterans with traumatic brain injury: A model systems study. PM R. 2025 Jan 27. doi: 10.1002/pmrj.13312. Epub ahead of print. PMID: 39868833.

212. Asken BM, Brett BL, Barr WB, Banks S, Wethe JV, **Dams-O'Connor K**, Stern RA, Alosco ML. Chronic traumatic encephalopathy: State-of-the-science update and narrative review. Clin Neuropsychol. 2025 Jan 20:1-25. doi: 10.1080/13854046.2025.2454047. Epub ahead of print. PMID: 39834035.

211. Silva MA, Babicz-Boston MA, Sudolcan BA, Ketchum JM, Calero K, **Dams O'Connor K**, Nakase-Richardson R. Obstructive sleep apnea and polysomnographic predictors of neuropsychological performance two years after injury in a prospective cohort of adults with traumatic brain injury. Clin Neuropsychol. 2025 Jan 15:1-19. doi: 10.1080/13854046.2025.2451321. Epub ahead of print. PMID: 39815408.

210. McCage S, Walker K, Cornelius T, Parker RA, **Dams-O'Connor K**, Dickerson B, Ritchie C, Vranceanu AM, Bannon S. A Live Video Resiliency Dyadic Intervention for Persons With Dementia and Their Care-Partners Early After Diagnosis: Protocol for Open Pilot of Resilient Together for Dementia. JMIR Res Protoc. 2025 Jan 15;14:e60382. doi: 10.2196/60382. PMID: 39814366.

209. Hicks AJ, Brewer J, Ahmad N, Cornelius T, Parker RA, **Dams-O'Connor K**, Dickerson B, Ritchie C, Vranceanu AM, Bannon SM. Dementia Care Specialists Perspectives of Diagnosis and Early Psychosocial Care: A Qualitative Analysis of Focus Groups in Two Large Academic Medical Centers. medRxiv [Preprint]. 2024 Dec 5:2024.12.04.24316485. doi: 10.1101/2024.12.04.24316485. PMID: 39677462; PMCID: PMC11643191.

208. Awan N, Kumar RG, Juengst SB, DiSanto D, Harrison-Felix C, **Dams-O'Connor K**, Pugh MJ, Zafonte RD, Walker WC, Szaflarski JP, Krafty RT, Wagner AK. Development of individualized risk assessment models for predicting post-traumatic epilepsy 1 and 2 years after moderate-to-severe traumatic brain injury: A traumatic brain injury model system study. Epilepsia. 2024 Dec 10. doi: 10.1111/epi.18210. Epub ahead of print. PMID: 39655874.

207. Abdolmohammadi B, Tuz-Zahra F, Uretsky M, Nicks R, Mosaheb S, Labonte J, Yhang E, Durape S, Martin B, Palmisano J, Nowinski C, Cherry JD, Alvarez VE, Huber BR, **Dams-O'Connor K**, Crary J, Dwyer B, Daneshvar DH, Goldstein LE, Au R, Katz DI, Kowall NW,

0147

Cantu RC, Stern RA, Alosco ML, Stein TD, Tripodis Y, McKee AC, Mez J. Duration of Ice Hockey Play and Chronic Traumatic Encephalopathy. JAMA Netw Open. 2024 Dec 2;7(12):e2449106. doi: 10.1001/jamanetworkopen.2024.49106. PMID: 39630446; PMCID: PMC11618473.

206. Uretsky M, Nair E, Burton R, Cronin SW, Rousseau D, Tuz-Zahra F, Durape S, Abdolmohammadi B, Baucom Z, Saltiel N, Shah A, Martin B, Palmisano J, Cherry JD, Daneshvar D, Dwyer B, **Dams-O'Connor K**, Crary J, Goldstein L, Huber B, Katz D, Kowall N, Cantu RC, Alvarez VE, Stern RA, Stein TD, Tripodis Y, McKee AC, Alosco ML, Mez J. Chronic Traumatic Encephalopathy, Family History of Mental Illness, and Aggression in Brain Donors With Repetitive Head Impact Exposure. Neurology. 2024 Dec 24;103(12):e210056. doi: 10.1212/WNL.0000000000210056. Epub 2024 Nov 27. PMID: 39602665; PMCID: PMC11604107.

205. Perrin PB, West SJ, Klyce DW, Clark SW, Vargas TA, Gates AJ, Henry TR, Dini ME, Agtarap SD, Eagye CB, Finn JA, Juengst SB, **Dams-O'Connor K**, Bombardier CH. Psychometric network analysis in rehabilitation research: A methodological demonstration in depression symptoms of veterans and service members at 1 and 2 years after traumatic brain injury. Rehabil Psychol. 2024 Nov;69(4):347-356. doi: 10.1037/rep0000576. Epub 2024 Aug 29. PMID: 39207424.

204. Karabacak M, Jagtiani P, **Dams-O'Connor K**, Legome E, Hickman ZL, Margetis K. The MOST (Mortality Score for TBI): A novel prediction model beyond CRASH-Basic and IMPACT-Core for isolated traumatic brain injury. Injury. 2024 Oct 15:111956. doi: 10.1016/j.injury.2024.111956. Epub ahead of print. PMID: 39428266.

203. Moore M, Kempthorne L, Fann JR, Shulein O, **Dams-O'Connor K**, Kajankova M, Conrick KM, Seeliger J, Hoffman JM. Patient and Caregiver Satisfaction With the Brain Injury Rehabilitation: Improving the Transition Experience (BRITE) Intervention. J Head Trauma Rehabil. 2024 May 13. doi: 10.1097/HTR.0000000000000949. Epub ahead of print. PMID: 38758094.

202. Kumar RG, Pomeroy ML, Ornstein KA, Juengst SB, Wagner AK, Reckrey JM, Lercher K, Dreer LE, Evans E, de Souza NL, **Dams-O'Connor K**. Home, but Homebound After Traumatic Brain Injury: Risk Factors and Associations With Nursing Home Entry and Death. Arch Phys Med Rehabil. 2024 Oct 5:S0003-9993(24)01265-6. doi: 10.1016/j.apmr.2024.09.012. Epub ahead of print. PMID: 39374687.

201. Bannon SM, Bernal Fernández N, Carrington H, **Dams-O'Connor K**, Watson E. Comprehensive feedback on user experiences with brain injury identification cards. Rehabil Psychol. 2024 Oct 3. doi: 10.1037/rep0000586. Epub ahead of print. PMID: 39361383.

200. Esopenko C, Jain D, Adhikari SP, **Dams-O'Connor K**, Ellis M, Haag HL, Hovenden E, Keleher F, Koerte IK, Lindsey HM, Marshall A, Mason K, McNally JS, Menefee DS, Merkley TL, Read EN, Rojczyk P, Shultz S, Sun M, Toccalino D, Valera E, van Donkelaar P, Wellington CL, Wilde EA. Intimate partner violence-related brain injury: unmasking and addressing the

gaps. J Neurotrauma. 2024 Feb 7. doi: 10.1089/neu.2023.0543. Epub ahead of print. PMID: 38323539.

199. Gilmore N, Bergquist TF, Bogner J, Corrigan JD, **Dams-O'Connor K**, Dreer LE, Healy BC, Juengst SB, Kumar RG, O'Neil-Pirozzi TM, Wagner AK, Giacino JT, Edlow BL, Bodien YG. Cognitive Performance is Associated With 1-Year Participation and Life Satisfaction Outcomes: A Traumatic Brain Injury Model Systems Study. J Head Trauma Rehabil. 2024 Sep 23. doi: 10.1097/HTR.0000000000000997. Epub ahead of print. PMID: 39330921.

198. Kumar RG, Evans E, Albrecht JS, Gardner RC, **Dams-O'Connor K**, Thomas KS. Healthy Days at Home Among Older Medicare Beneficiaries With Traumatic Brain Injury Requiring Inpatient Rehabilitation. J Head Trauma Rehabil. 2024 Apr 1. doi: 10.1097/HTR.0000000000000954. Epub ahead of print. PMID: 38598697.

197. de Souza NL, Bogner J, Corrigan JD, Rabinowitz AR, Walker WC, Kumar RG, **Dams-O'Connor K.** The effects of repetitive head impact exposure on mental health symptoms following traumatic brain injury. J Head Trauma Rehabil. 2024 Mar 14. doi: 10.1097/HTR.0000000000000936. Epub ahead of print. PMID: 38483265.

196. Kumar RG, Delgado A, Corrigan JD, Eagye CB, Whiteneck GG, Juengst SB, Callender L, Bogner JA, Pinto SM, Rabinowitz AR, Perrin PB, Venkatesan UM, Botticello AL, Lequerica AH, Taylor S, Zafonte RD, **Dams-O'Connor K**. The TBI Model Systems Neighborhood Socioeconomic Disadvantage Index (TBIMS-NSDI): Development and Comparison to Individual Socioeconomic Characteristics. J Head Trauma Rehabil. 2024 Aug 7. doi: 10.1097/HTR.0000000000000968. Epub ahead of print. PMID: 39110848.

195. Del Pozzo J, Spielman L, Yew B, Shpigel DM, Selamanovic E, **Dams-O'Connor K.** Detecting and Predicting Cognitive Decline in Individuals with Traumatic Brain Injury: A Longitudinal Telephone-Based Study. J Neurotrauma. 2024 Jul 5. doi: 10.1089/neu.2023.0589. Epub ahead of print. PMID: 38907691.

194. Dennis EL, Vervoordt S, Adamson MM, Houshang A, Bigler ED, Caeyenberghs K, Cole JH, **Dams-O'Connor K**, Deutscher EM, Dobryakova E, Genova HM, Grafman JH, Håberg AK, Hellstrøm T, Irimia A, Koliatsos VE, Lindsey HM, Livny A, Menon DK, Merkley TL, Mohamed AZ, Mondello S, Monti MM, Newcombe VF, Newsome MR, Ponsford J, Rabinowitz A, Smevik H, Spitz G, Venkatesan UM, Westlye LT, Zafonte R, Thompson PM, Wilde EA, Olsen A, Hillary FG. Accelerated Aging after Traumatic Brain Injury: An ENIGMA Multi-Cohort Mega-Analysis. Ann Neurol. 2024 Aug;96(2):365-377. doi: 10.1002/ana.26952. Epub 2024 Jun 7. PMID: 38845484.

193. Taylor S, Brayan K, Storch B, Suh Y, Walsh S, Avrith N, Wyler B, Cropano C, **Dams-O'Connor K**. Association Between Social Determinants of Health and Traumatic Brain Injury: A Scoping Review. J Neurotrauma. 2024 Jul;41(13-14):1494-1508. doi: 10.1089/neu.2023.0517. Epub 2024 Feb 5. PMID: 38204190.

34

192. Kennedy E, Liebel SW, Lindsey HM, Vadlamani S, Lei PW, Adamson MM, Alda M, Alonso-Lana S, Anderson TJ, Arango C, Asarnow RF, Avram M, Ayesa-Arriola R, Babikian T, Banaj N, Bird LJ, Borgwardt S, Brodtmann A, Brosch K, Caeyenberghs K, Calhoun VD, Chiaravalloti ND, Cifu DX, Crespo-Facorro B, Dalrymple-Alford JC, **Dams-O'Connor K,** Dannlowski U, Darby D, Davenport N, DeLuca J, Diaz-Caneja CM, Disner SG, Dobryakova E, Ehrlich S, Esopenko C, Ferrarelli F, Frank LE, Franz CE, Fuentes-Claramonte P, Genova H, Giza CC, Goltermann J, Grotegerd D, Gruber M, Gutierrez-Zotes A, Ha M, Haavik J, Hinkin C, Hoskinson KR, Hubl D, Irimia A, Jansen A, Kaess M, Kang X, Kenney K, Keřková B, Khlif MS, Kim M, Kindler J, Kircher T, Knížková K, Kolskår KK, Krch D, Kremen WS, Kuhn T, Kumari V, Kwon J, Langella R, Laskowitz S, Lee J, Lengenfelder J, Liou-Johnson V, Lippa SM, Løvstad M, Lundervold AJ, Marotta C, Marquardt CA, Mattos P, Mayeli A, McDonald CR, Meinert S, Melzer TR, Merchán-Naranjo J, Michel C, Morey RA, Mwangi B, Myall DJ, Nenadić I, Newsome MR, Nunes A, O'Brien T, Oertel V, Ollinger J, Olsen A, Ortiz García de la Foz V, Ozmen M, Pardoe H, Parent M, Piras F, Piras F, Pomarol-Clotet E, Repple J, Richard G, Rodriguez J, Rodriguez M, Rootes-Murdy K, Rowland J, Ryan NP, Salvador R, Sanders AM, Schmidt A, Soares JC, Spalleta G, Španiel F, Sponheim SR, Stasenko A, Stein F, Straube B, Thames A, Thomas-Odenthal F, Thomopoulos SI, Tone EB, Torres I, Troyanskaya M, Turner JA, Ulrichsen KM, Umpierrez G, Vecchio D, Vilella E, Vivash L, Walker WC, Werden E, Westlye LT, Wild K, Wroblewski A, Wu MJ, Wylie GR, Yatham LN, Zunta-Soares GB, Thompson PM, Pugh MJ, Tate DF, Hillary FG, Wilde EA, Dennis EL. Verbal Learning and Memory Deficits across Neurological and Neuropsychiatric Disorders: Insights from an ENIGMA Mega Analysis. Brain Sci. 2024 Jun 29;14(7):669. doi: 10.3390/brainsci14070669. PMID: 39061410; PMCID: PMC11274572.

191. Freeman HJ, Atalay AS, Li J, Sobczak E, Snider SB, Carrington H, Selmanovic E, Pruyser A, Bura L, Sheppard D, Hunt D, Seifert AC, Bodien YG, Hoffman JM, Donald CLM, **Dams-O'Connor K**, Edlow BL. Longitudinal Lesion Expansion in Chronic Traumatic Brain Injury. medRxiv [Preprint]. 2024 Jun 25:2024.06.24.24309307. doi: 10.1101/2024.06.24.24309307. PMID: 38978662; PMCID: PMC11230300.

190. de Souza NL, Ornstein KA, Evans E, Juengst SB, **Dams-O'Connor K**, Kumar RG. Longitudinal associations of time-varying homeboundness and life satisfaction after traumatic brain injury. Rehabil Psychol. 2024 Jun 24. doi: 10.1037/rep0000567. Epub ahead of print. PMID: 38913739.

189. Culhane JE, Jackson C, Tripodis Y, Nowinski C, **Dams-O'Connor K**, Pettway E, Uretsky M, Abdolmohammadi B, Nair E, Martin B, Palmisano J, Katz DI MD, Dwyer B, Daneshvar DH, Goldstein LE, Kowall NW, Cantu RC, Stern RA, Huber B, Crary J, Mez J, Stein TD, McKee AC, Alosco ML. Lack of association of informant-reported traumatic brain injury and chronic traumatic encephalopathy. J Neurotrauma. 2024 Mar 6. doi: 10.1089/neu.2023.0391. Epub ahead of print. PMID: 38445389.

188. Gilmore N, Tseng CJ, Maffei C, Tromly SL, Deary KB, McKinney IR, Kelemen JN, Healy BC, Hu CG, Ramos-Llordén G, Masood M, Cali RJ, Guo J, Belanger HG, Yao EF, Baxter T, Fischl B, Foulkes AS, Polimeni JR, Rosen BR, Perl DP, Hooker JM, Zürcher NR, Huang SY, Kimberly WT, Greve DN, Mac Donald CL, **Dams-O'Connor K**, Bodien YG, Edlow BL. Impact

of repeated blast exposure on active-duty United States Special Operations Forces. Proc Natl Acad Sci USA. 2024 May 7;121(19):e2313568121. doi: 10.1073/pnas.2313568121. Epub 2024 Apr 22. PMID: 38648470; PMCID: PMC11087753.

187. Karabacak M, Jain A, Jagtiani P, Hickman ZL, **Dams-O'Connor K**, Margetis K. Exploiting natural language processing to unveil topics and trends of traumatic brain injury research. Neurotrauma Rep. 2024 Mar 6;5(1):203-214. doi: 10.1089/neur.2023.0102. PMID: 38463422; PMCID: PMC10924051.

186. Agrawal S, Leurgans SE, Barnes LL, **Dams-O'Connor K,** Mez J, Bennett DA, Schneider JA. Chronic traumatic encephalopathy and aging-related tau astrogliopathy in community-dwelling older persons with and without moderate-to-severe traumatic brain injury. J Neuropathol Exp Neurol. 2024 Feb 21;83(3):181-193. doi: 10.1093/jnen/nlae007. PMID: 38300796; PMCID: PMC10880068.

185. Alosco ML, White M, Bell C, Faheem F, Tripodis Y, Yhang E, Baucom Z, Martin B, Palmisano J, **Dams-O'Connor K**, Crary JF, Goldstein LE, Katz DI, Dwyer B, Daneshvar DH, Nowinski C, Cantu RC, Kowall NW, Stern RA, Alvarez VE, Huber BR, Stein TD, McKee AC, Mez J. Cognitive, functional, and neuropsychiatric correlates of regional tau pathology in autopsy-confirmed chronic traumatic encephalopathy. Mol Neurodegener. 2024 Feb 6;19(1):10. doi: 10.1186/s13024-023-00697-2. PMID: 38317248.

184. de Souza NL, Kumar R, Pruyser A, Blunt E, Sanders W, Meyden A, Lawrence P, Venkatesan U, MacDonald C, Hoffman JM, Bodien YG, Edlow BL, **Dams-O'Connor K**. Intimate partner violence and other trauma exposures in females with traumatic brain injury. J Neurotrauma. 2024 Feb;41(3-4):529-536. doi: 10.1089/neu.2023.0225. PMID: 37974411; PMCID: PMC10837032.

183. Harrison-Felix C, Sevigny M, Beaulieu CL, Callender L, **Dams-O'Connor K**, Hammond FM, Hanks R, Ketchum JM, Martin AM, Marwitz JH, Peckham M, Rabinowitz AR, Sander AM, Sterling A, Walker WC, Nakase-Richardson R, Hoffman JM. Characterization and Treatment of Chronic Pain After Traumatic Brain Injury-Comparison of Characteristics Between Individuals With Current Pain, Past Pain, and No Pain: A NIDILRR and VA TBI Model Systems Collaborative Project. J Head Trauma Rehabil. 2024 Jan-Feb 01;39(1):5-17. doi: 10.1097/HTR.0000000000000910. PMID: 38167715.

182. Hoffman JM, Ketchum JM, Agtarap S, **Dams-O'Connor K**, Hammond FM, Martin AM, Sevigny M, Walker WC, Harrison-Felix C, Zafonte R, Nakase-Richardson R. Characterizing Extreme Phenotypes for Pain Interference in Persons With Chronic Pain Following Traumatic Brain Injury: A NIDILRR and VA TBI Model Systems Collaborative Project. J Head Trauma Rehabil. 2024 Jan-Feb 01;39(1):31-42. doi: 10.1097/HTR.0000000000000909. Epub 2023 Nov 6. PMID: 38032832; PMCID: PMC10841036.

181. Hoffman JM, Ketchum JM, Agtarap S, **Dams-O'Connor K**, Hammond FM, Martin AM, Sevigny M, Walker WC, Harrison-Felix C, Zafonte R, Nakase-Richardson R. Characterizing Extreme Phenotypes for Perceived Improvement From Treatment in Persons With Chronic Pain

36

Following Traumatic Brain Injury: A NIDILRR and VA TBI Model Systems Collaborative Project. J Head Trauma Rehabil. 2024 Jan-Feb 01;39(1):43-55. doi: 10.1097/HTR.0000000000000905. Epub 2023 Nov 6. PMID: 38032837; PMCID: PMC10840786.

180. **Dams-O'Connor K**, Seifert AC, Crary JF, Delman BN, Del Bigio MR, Kovacs GG, Lee EB, Nolan AL, Pruyser A, Selmanovic E, Stewart W, Woodoff-Leith E, Folkerth RD. The neuropathology of intimate partner violence. Acta Neuropathol. 2023 Dec;146(6):803-815. doi: 10.1007/s00401-023-02646-1. Epub 2023 Oct 28. PMID: 37897548; PMCID: PMC10627910.

179. Edlow BL, Gilmore N, Tromly SL, Deary KB, McKinney IR, Hu CG, Kelemen JN, Maffei C, Tseng CJ, Llorden GR, Healy BC, Masood M, Cali RJ, Baxter T, Yao EF, Belanger HG, Benjamini D, Basser PJ, Priemer DS, Kimberly WT, Polimeni JR, Rosen BR, Fischl B, Zurcher NR, Greve DN, Hooker JM, Huang SY, Caruso A, Smith GA, Szymanski TG, Perl DP, **Dams-O'Connor K**, Mac Donald CL, Bodien YG. Optimizing Brain Health of United States Special Operations Forces. J Spec Oper Med. 2023 Dec 29;23(4):47-56. doi: 10.55460/99QW-K0HG. PMID: 37851859.

178. **Dams-O'Connor K**. Cardiovascular disease after traumatic brain injury: the heart of the matter. Lancet Neurol. 2023 Oct;22(10):878-879. doi: 10.1016/S1474-4422(23)00312-5. PMID: 37739565.

177. McKenzie AT, Woodoff-Leith E, Dangoor D, Cervera A, Ressler H, Whitney K, **Dams-O'Connor K**, Wu Z, Hillman EM, Seifert AC, Crary JF. Ex situ perfusion fixation for brain banking: a technical report. Free Neuropathology. 2022;3:22. doi: 10.17879/freeneuropathology-2022-4368.

176. Gibbons LE, Power MC, Walker RL, Kumar RG, Murphy A, Latimer CS, Nolan AL, Melief EJ, Beller A, Bogdana M, Keene CD, Larson EB, Crane PK, **Dams-O'Connor K**. Association of Traumatic Brain Injury with Late Life Neuropathological Outcomes in a Community-Based Cohort. J Alzheimers Dis. 2023;93(3):949-961. doi: 10.3233/JAD-221224. PMID: 37125552.

175. Wood ME, Xiong LY, Wong YY, Buckley RF, Swardfager W, Masellis M, Lim ASP, Nichols E, Joie R, Casaletto KB, Kumar RG, **Dams-O'Connor K**, Palta P, George KM, Satizabal CL, Barnes LL, Schneider JA, Binet AP, Villeneuve S, Pa J, Brickman AM, Black SE, Rabin JS; ADNI and Prevent-AD Research Groups. Sex differences in associations between APOE ε2 and longitudinjayal cognitive decline. Alzheimers Dement. 2023 Oct;19(10):4651-4661. doi: 10.1002/alz.13036. Epub 2023 Mar 30. PMID: 36994910.

174. **Dams-O'Connor K,** Bulas A, Haag HL, Spielman LA, Fernandez A, Frederick-Hawley L, Hoffman JM, Goldin Frazier Y. Screening for Brain Injury Sustained in the Context of Intimate Partner Violence (IPV): Measure Development and Preliminary Utility of the Brain Injury Screening Questionnaire IPV Module. J Neurotrauma. 2023 Oct;40(19-20):2087-2099. doi: 10.1089/neu.2022.0357. Epub 2023 Apr 27. PMID: 36879469.

173. West SJ, Klyce DW, Perrin PB, Juengst SB, **Dams-O'Connor K**, Vargas TA, Grover R, Finn JA, Eagye CB, Agtarap SD, Chung JS, Campbell TA. A Network Analysis of the PART-O at 1 and 2 Years After TBI: A Veterans Affairs Model Systems Study. J Head Trauma Rehabil. 2023 Sep-Oct 01;38(5):401-409. doi: 10.1097/HTR.0000000000000820. Epub 2022 Oct 21. PMID: 36730958.

172. Li LM, Carson A, **Dams-O'Connor K.** Psychiatric Sequelae Of Traumatic Brain Injury: Future Directions In Research. Nat Rev Neurol. 2023 Sep;19(9):556-571. doi: 10.1038/s41582-023-00853-8. Epub 2023 Aug 17. PMID: 37591931.

171. Bannon SM, Brewer JB, Ahmad N, Cornelius T, Jackson J, Parker RA, **Dams-O'Connor K,** Dickerson B, Ritchie C, Vranceanu A-M. A Live Video Dyadic Resiliency Intervention to Prevent Chronic Emotional Distress Early After Dementia Diagnoses: Protocol for a Dyadic Mixed Methods Study. JMIR Res Protoc. 2023 Sep 20;12:e45532. doi: 10.2196/45532. PMID: 37728979.

170. **Dams-O'Connor K**, Awwad HO, Hoffman S, Pugh MJ, Johnson VE, Keene CD, McGavern L, Mukherjee P, Opanashuk L, Umoh N, Sopko G, Zetterberg H. Alzheimer's Disease-Related Dementias Summit 2022: National Research Priorities for the Investigation of Post-Traumatic Brain Injury Alzheimer's Disease and Related Dementias. J Neurotrauma. 2023 Aug;40(15-16):1512-1523. doi: 10.1089/neu.2022.0514. Epub 2023 Apr 25. PMID: 36927167.

169. Silverberg ND, Iverson GL; ACRM Brain Injury Special Interest Group Mild TBI Task Force members:; Cogan A, **Dams-O-Connor K**, Delmonico R, Graf MJP, Iaccarino MA, Kajankova M, Kamins J, McCulloch KL, McKinney G, Nagele D, Panenka WJ, Rabinowitz AR, Reed N, Wethe JV, Whitehair V; ACRM Mild TBI Diagnostic Criteria Expert Consensus Group:; Anderson V, Arciniegas DB, Bayley MT, Bazarian JJ, Bell KR, Broglio SP, Cifu D, Davis GA, Dvorak J, Echemendia RJ, Gioia GA, Giza CC, Hinds SR 2nd, Katz DI, Kurowski BG, Leddy JJ, Sage NL, Lumba-Brown A, Maas AI, Manley GT, McCrea M, Menon DK, Ponsford J, Putukian M, Suskauer SJ, van der Naalt J, Walker WC, Yeates KO, Zafonte R, Zasler ND, Zemek R. The American Congress of Rehabilitation Medicine Diagnostic Criteria for Mild Traumatic Brain Injury. Arch Phys Med Rehabil. 2023 Aug;104(8):1343-1355. doi: 10.1016/j.apmr.2023.03.036. Epub 2023 May 19. PMID: 37211140.

168. Race MK, Hahn-Ketter AE, Spielman LA, Selmanovic E, Sy KLT, Wellington R, **Dams-O'Connor K.** Traumatic brain injury history and baseline symptoms outweigh sex differences for risk of concussion in a sample of collegiate athletes. Brain Inj. 2023 Jul 29;37(9):1090-1095. doi: 10.1080/02699052.2023.2203521. Epub 2023 Apr 19. PMID: 37074262.

167. Dismuke-Greer CE, Almeida EJ, Silva MA, **Dams-O'Connor K**, Rocek G, Phillips LM, Del Negro A, Walker WC, Nakase-Richardson R. Effect of Post-traumatic Amnesia Duration on Traumatic Brain Injury (TBI) First Year Hospital Costs: A Veterans Affairs Traumatic Brain Injury Model Systems Study. Arch Phys Med Rehabil. 2023 Jul;104(7):1007-1015. doi: 10.1016/j.apmr.2023.03.023. Epub 2023 Apr 19. PMID: 37084937.

38

166. Esopenko C, de Souza N, Wilde EA, **Dams-O'Connor K**, Teng E, Menefee DS. Characterizing the Influence of Exposure to Military Sexual Trauma and Intimate Partner Violence on Mental Health Outcomes among Female Veterans. J Interpers Violence. 2023 Jul;38(13-14):8476-8499. doi: 10.1177/08862605231156193. Epub 2023 Mar 3. PMID: 36866584.

165. Swank C, Esterov D, Bennett M, Hammond FM, **Dams-O'Connor K**. Relative contribution of acute cognitive and motor functioning on community integration 1 year after moderate-severe TBI. Brain Inj. 2023 Jul 29;37(9):1056-1065. doi: 10.1080/02699052.2023.2209738. Epub 2023 May 10. PMID: 37165639.

164. Kim N, Jamison K, Jaywant A, Garetti J, Blunt E, RoyChoudhury A, Butler T, **Dams-O'Connor K**, Khedr S, Chen CC, Shetty T, Winchell R, Hill NJ, Schiff ND, Kuceyeski A. Comparisons of electrophysiological markers of impaired executive attention after traumatic brain injury and in healthy aging. Neuroimage. 2023 Jul 1;274:120126. doi: 10.1016/j.neuroimage.2023.120126. Epub 2023 Apr 30. PMID: 37191655.

163. **Dams-O'Connor K**, Juengst SB, Bogner J, Chiaravalloti ND, Corrigan JD, Giacino JT, Harrison-Felix CL, Hoffman JM, Ketchum JM, Lequerica AH, Marwitz JH, Miller AC, Nakase-Richardson R, Rabinowitz AR, Sander AM, Zafonte R, Hammond FM. Traumatic brain injury as a chronic disease: insights from the United States Traumatic Brain Injury Model Systems Research Program. Lancet Neurol. 2023 Jun;22(6):517-528. doi: 10.1016/S1474-4422(23)00065-0. Epub 2023 Apr 20. PMID: 37086742.

162. Kumar R, Klyce DW, Nakase-Richardson R, Pugh MJ, Walker WC, **Dams-O'Connor K**. Associations of military service history and health outcomes in the first five years after traumatic brain injury. J Neurotrauma. 2023 Jun;40(11-12):1173-1186. doi: 10.1089/neu.2022.0340. Epub 2022 Dec 28. PMID: 36401499; PMCID: PMC10259615.

161. Nichols E, Brickman AM, Casaletto KB, **Dams-O'Connor K**, George KM, Kumar RG, Palta P, Rabin JS, Satizabal CL, Schneider J, Pa J, La Joie R. AD and non-AD mediators of the pathway between the APOE genotype and cognition. Alzheimers Dement. 2023 Jun;19(6):2508-2519. doi: 10.1002/alz.12885. Epub 2022 Dec 14. PMID: 36516004.

160. Bannon SM, Brewer JB, Cornelius T, Jackson J, Parker RA, **Dams-O'Connor K**, Dickerson B, Ritchie C, Vranceanu A-M. Focus Group Study of Medical Stakeholders to Inform the Development of Resilient Together for Dementia: Protocol for a Postdiagnosis Live Video Dyadic Resiliency Intervention. JMIR Res Protoc. 2023 May 29;12:e45533. doi: 10.2196/45533. PMID: 37247224.

159. LoBue C, Schaffert J, **Dams-O'Connor K**, Taiwo Z, Sander A, Venkatesan UM, O'Neil-Pirozzi TM, Hammond FM, Wilmoth K, Ding K, Bell K, Munro Cullum C. Identification of Factors in Moderate-Severe TBI Related to a Functional Decline in Cognition Decades After Injury. Arch Phys Med Rehabil. 2023 May 7:S0003-9993(23)00285-X. doi: 10.1016/j.apmr.2023.04.017. Epub ahead of print. PMID: 37160187.

39

158. Scollard P, Choi SE, Lee ML, Mukherjee S, Trittschuh EH, Sanders RE, Gibbons LE, Joshi P, Devine S, Au R, **Dams-O'Connor K**, Saykin AJ, Seshadri S, Beiser A, Aparicio HJ, Salinas J, Gonzales MM, Pase MP, Ghosh S, Finney R, Mez J, Crane PK. Ceiling effects and differential measurement precision across calibrated cognitive scores in the Framingham Study. Neuropsychology. 2023 May;37(4):383-397. doi: 10.1037/neu0000828. PMID: 37276135.

157. Keatley ES, Bombardier CH, Watson E, Kumar RG, Novack T, Monden KR, **Dams-O'Connor K**. Cognitive Performance, Depression, and Anxiety 1 Year After Traumatic Brain Injury. J Head Trauma Rehabil. 2023 May-Jun 01;38(3):E195-E202. doi: 10.1097/HTR.0000000000000819. Epub 2022 Oct 14. PMID: 36730989.

156. Jaywant A, Blunt E, Jamison K, Kim N, RoyChoudhury A, Schiff ND, Kuceyeski A, **Dams-O'Connor K**, Shah S. Association Between the Attention Network Test, Neuropsychological Measures, and Disability in Post-Acute Traumatic Brain Injury. Neurotrauma Rep. 2023 May 15;4(1):318-329. doi: 10.1089/neur.2022.0068. PMID: 37771426.

155. Kennedy E, Vadlamani S, Lindsey HM, Lei PW, Jo-Pugh M, Adamson M, Alda M, Alonso-Lana S, Ambrogi S, Anderson TJ, Arango C, Asarnow RF, Avram M, Ayesa-Arriola R, Babikian T, Banaj N, Bird LJ, Borgwardt S, Brodtmann A, Brosch K, Caeyenberghs K, Calhoun VD, Chiaravalloti ND, Cifu DX, Crespo-Facorro B, Dalrymple-Alford JC, **Dams-O'Connor K**, Dannlowski U, Darby D, Davenport N, DeLuca J, Diaz-Caneja CM, Disner SG, Dobryakova E, Ehrlich S, Esopenko C, Ferrarelli F, Frank LE, Franz C, Fuentes-Claramonte P, Genova H, Giza CC, Goltermann J, Grotegerd D, Gruber M, Gutierrez-Zotes A, Ha M, Haavik J, Hinkin C, Hoskinson KR, Hubl D, Irimia A, Jansen A, Kaess M, Kang X, Kenney K, Keřková B, Khlif MS, Kim M, Kindler J, Kircher T, Knížková K, Kolskår KK, Krch D, Kremen WS, Kuhn T, Kumari V, Kwon JS, Langella R, Laskowitz S, Lee J, Lengenfelder J, Liebel SW, Liou-Johnson V, Lippa SM, Løvstad M, Lundervold A, Marotta C, Marquardt CA, Mattos P, Mayeli A, McDonald CR, Meinert S, Melzer TR, Merchán-Naranjo J, Michel C, Morey RA, Mwangi B, Myall DJ, Nenadić I, Newsome MR, Nunes A, O'Brien T, Oertel V, Ollinger J, Olsen A, de la Foz VOG, Ozmen M, Pardoe H, Parent M, Piras F, Piras F, Pomarol-Clotet E, Repple J, Richard G, Rodriguez J, Rodriguez M, Rootes-Murdy K, Rowland J, Ryan NP, Salvador R, Sanders AM, Schmidt A, Soares JC, Spalletta G, Španiel F, Stasenko A, Stein F, Straube B, Thames A, Thomas-Odenthal F, Thomopoulos SI, Tone E, Torres I, Troyanskaya M, Turner JA, Ulrichsen KM, Umpierrez G, Vilella E, Vivash L, Walker WC, Werden E, Westlye LT, Wild K, Wroblewski A, Wu MJ, Wylie GR, Yatham LN, Zunta-Soares GB, Thompson PM, Tate DF, Hillary FG, Dennis EL, Wilde EA. Bridging Big Data: Procedures for Combining Non-equivalent Cognitive Measures from the ENIGMA Consortium. bioRxiv. 2023 Apr 7:2023.01.16.524331. doi: 10.1101/2023.01.16.524331. PMID: 36712107.

154. Power MC, Parthasarathy V, Gianattasio KZ, Walker RL, Crane PK, Larson EB, Gibbons LE, Kumar RG, **Dams O'Connor K**. Investigation of the association of military employment and Parkinson's disease with a validated Parkinson's disease case-finding strategy. Brain Inj. 2023 Apr 16;37(5):383-387. doi: 10.1080/02699052.2022.2158234. Epub 2022 Dec 16. PMID: 36524738.

153. Mehr JB, Bennett ER, Price JL, de Souza NL, Buckman JF, Wilde EA, Tate DF, Marshall

0155

AD, **Dams-O'Connor K**, Esopenko C. Intimate partner violence, substance use, and health comorbidities among women: A narrative review. Front Psychol. 2023 Jan 27;13:1028375. doi: 10.3389/fpsyg.2022.1028375. PMID: 36778165.

152. Steward KA, Silva MA, Maduri P, Tang X, Wittine L, **Dams-O'Connor K**, Nakase-Richardson R. Obstructive sleep apnea is associated with worse cognitive outcomes in acute moderate-to-severe traumatic brain injury: A TBI Model Systems study. Sleep Med. 2022 Dec;100:454-461. doi: 10.1016/j.sleep.2022.09.012. Epub 2022 Oct 5. PMID: 36252414.

151. Hickman ZL, Spielman LA, Barthélemy EJ, Choudhri TF, Engelman B, Giwa AO, Greisman JD, Margetis K, Race M, Rahman J, Todor DR, Tsetsou S, Ullman JS, Unadkat P, **Dams-O'Connor K.** International Survey of Antiseizure Medication Use in Patients with Complicated Mild Traumatic Brain Injury: A New York Neurotrauma Consortium Study. World Neurosurg. 2022 Dec;168:e286-e296. doi: 10.1016/j.wneu.2022.09.110. Epub 2022 Oct 1. PMID: 36191888.

150. Maas AIR, Menon DK, Manley GT, Abrams M, Åkerlund C, Andelic N, Aries M, Bashford T, Bell MJ, Bodien YG, Brett BL, Büki A, Chesnut RM, Citerio G, Clark D, Clasby B, Cooper DJ, Czeiter E, Czosnyka M, **Dams-O'Connor K**, De Keyser V, Diaz-Arrastia R, Ercole A, van Essen TA, Falvey É, Ferguson AR, Figaji A, Fitzgerald M, Foreman B, Gantner D, Gao G, Giacino J, Gravesteijn B, Guiza F, Gupta D, Gurnell M, Haagsma JA, Hammond FM, Hawryluk G, Hutchinson P, van der Jagt M, Jain S, Jain S, Jiang JY, Kent H, Kolias A, Kompanje EJO, Lecky F, Lingsma HF, Maegele M, Majdan M, Markowitz A, McCrea M, Meyfroidt G, Mikolić A, Mondello S, Mukherjee P, Nelson D, Nelson LD, Newcombe V, Okonkwo D, Orešič M, Peul W, Pisică D, Polinder S, Ponsford J, Puybasset L, Raj R, Robba C, Røe C, Rosand J, Schueler P, Sharp DJ, Smielewski P, Stein MB, von Steinbüchel N, Stewart W, Steyerberg EW, Stocchetti N, Temkin N, Tenovuo O, Theadom A, Thomas I, Espin AT, Turgeon AF, Unterberg A, Van Praag D, van Veen E, Verheyden J, Vyvere TV, Wang KKW, Wiegers EJA, Williams WH, Wilson L, Wisniewski SR, Younsi A, Yue JK, Yuh EL, Zeiler FA, Zeldovich M, Zemek R; InTBIR Participants and Investigators. Traumatic brain injury: progress and challenges in prevention, clinical care, and research. Lancet Neurol. 2022 Nov;21(11):1004-1060. doi: 10.1016/S1474-4422(22)00309-X. Epub 2022 Sep 29. Erratum in: Lancet Neurol. 2022 Oct 7;: PMID: 36183712.

149. Casaletto KB, Nichols E, Aslanyan V, Simone SM, Rabin JS, La Joie R, Brickman AM, **Dams-O'Connor K**, Palta P, Kumar RG, George KM, Satizabal CL, Schneider J, Pa J. Sex-specific effects of microglial activation on Alzheimer's disease proteinopathy in older adults. Brain. 2022 Oct 21;145(10):3536-3545. doi: 10.1093/brain/awac257. PMID: 35869598.

148. Edlow BL, Bodien YG, Baxter T, Belanger HG, Cali RJ, Deary KB, Fischl B, Foulkes AS, Gilmore N, Greve DN, Hooker JM, Huang SY, Kelemen JN, Kimberly WT, Maffei C, Masood M, Perl DP, Polimeni JR, Rosen BR, Tromly SL, Tseng CJ, Yao EF, Zürcher NR, Mac Donald CL, **Dams-O'Connor K**. Long-Term Effects of Repeated Blast Exposure in United States Special Operations Forces Personnel: A Pilot Study Protocol. J Neurotrauma. 2022 Oct;39(19-20):1391-1407. doi: 10.1089/neu.2022.0030. Epub 2022 Jun 29. PMID: 35620901.

0156

147. McKenzie AT, Woodoff-Leith E, Dangoor D, Cervera A, Ressler HW, Whitney K, **Dams-O'Connor K**, Wu Z, Hillman EMC, Seifert AC, Crary JF. Ex situ perfusion fixation for brain banking: a technical report. Free Neuropathol. 2022 Sep 28;3:3-22. doi: 10.17879/freeneuropathology-2022-4368. PMID: 37284166.

146. Farrell K, Iida MA, Cherry JD, Casella A, Stein TD, Bieniek KF, Walker JM, Richardson TE, White CL, Alvarez VE, Huber BR, Dickson DW, Insausti R, **Dams-O'Connor K**; Part Working Group; McKee AC, Crary JF. Differential Vulnerability of Hippocampal Subfields in Primary Age-Related Tauopathy and Chronic Traumatic Encephalopathy. J Neuropathol Exp Neurol. 2022 Sep 19;81(10):781-789. doi: 10.1093/jnen/nlac066. PMID: 36004533.

145. Cairncross M, Gindwani H, Rita Egbert A, Torres IJ, Hutchison JS, **Dams O'Connor K**, Panenka WJ, Brubacher JR, Meddings L, Kwan L, Yeates KO, Green R, Silverberg ND; National Biobank and Database of Patients with Traumatic Brain Injury (CanTBI) investigators and the Canadian Traumatic Brain Injury Research Consortium (CTRC). Criterion validity of the brief test of adult cognition by telephone (BTACT) for mild traumatic brain injury. Brain Inj. 2022 Sep 19;36(10-11):1228-1236. doi: 10.1080/02699052.2022.2109744. Epub 2022 Sep 13. PMID: 36099151.

144. Lercher K, Kumar RG, Hammond FM, Hoffman JM, Verduzco-Gutierrez M, Walker WC, Zafonte RD, **Dams-O'Connor K**. Distal and Proximal Predictors of Rehospitalization Over 10 Years Among Survivors of TBI: A National Institute on Disability, Independent Living, and Rehabilitation Research Traumatic Brain Injury Model Systems Study. J Head Trauma Rehabil. 2022 Sep 5. doi: 10.1097/HTR.0000000000000812. Epub ahead of print. PMID: 36102607.

143. Rabin JS, Nichols E, La Joie R, Casaletto KB, Palta P, **Dams-O'Connor K**, Kumar RG, George KM, Satizabal CL, Schneider JA, Pa J, Brickman AM. Cerebral amyloid angiopathy interacts with neuritic amyloid plaques to promote tau and cognitive decline. Brain. 2022 Aug 27;145(8):2823-2833. doi: 10.1093/brain/awac178. PMID: 35759327.

142. Kang Y, Jamison K, Jaywant A, **Dams-O'Connor K**, Kim N, Karakatsanis NA, Butler T, Schiff ND, Kuceyeski A, Shah SA. Longitudinal alterations in gamma-aminobutyric acid (GABAA) receptor availability over ∼ 1 year following traumatic brain injury. Brain Commun. 2022 Jun 15;4(4):fcac159. doi: 10.1093/braincomms/fcac159. PMID: 35794871.

141. Barthélemy EJ, Affana CK, Asfaw ZK, **Dams-O'Connor K**, Rahman J, Jones S, Ullman J, Margetis K, Hickman ZL, Dangayach NS, Giwa AO; New York Neurotrauma Consortium Inc. Racial and Socioeconomic Disparities in Neurotrauma: Research Priorities in the New York Metropolitan Area Through a Global Neurosurgery Paradigm. World Neurosurg. 2022 Sep;165:51-57. doi: 10.1016/j.wneu.2022.06.031. Epub 2022 Jun 11. PMID: 35700861.

140. Silva MA, Lee JM, Garcia A, **Dams-O'Connor K**, Nakase-Richardson R. Research Letter: Impact of Obstructive Sleep Apnea Disease Duration on Neuropsychological Functioning After Traumatic Brain Injury: A Veterans Affairs TBI Model Systems Study. J Head Trauma Rehabil. 2022 Nov-Dec 01;37(6):E496-E501. doi: 10.1097/HTR.0000000000000797. Epub 2022 Jun 9.

0157

PMID: 35687890.

139. Stram MN, Seifert AC, Cortes E, Akyatan A, Woodoff-Leith E, Borukhov V, Tetlow A, Alyemni D, Greenberg M, Gupta A, Krausert A, Mecca L, Rodriguez S, Stahl-Herz J, Guzman MA, Delman B, Crary JF, **Dams-O'Connor K**, Folkerth RD. Neuropathology of Pediatric SARS-CoV-2 Infection in the Forensic Setting: Novel Application of Ex Vivo Imaging in Analysis of Brain Microvasculature. Front Neurol. 2022 May 24;13:894565. doi: 10.3389/fneur.2022.894565. PMID: 35685741.

138. Kumar RG, Esterov D, Adams RS, Corrigan JD, Juengst SB, Chiaravalloti ND, Yew B, Dreer LE, **Dams-O'Connor K.** Changes in alcohol use and mood during the COVID-19 pandemic among individuals with traumatic brain injury: A difference-in-difference study. PLoS One. 2022 Apr 7;17(4):e0266422. doi: 10.1371/journal.pone.0266422. PMID: 35390043.

137. Agrawal S, Leurgans SE, James BD, Barnes LL, Mehta RI, **Dams-O'Connor K**, Mez J, Bennett DA, Schneider JA. Association of Traumatic Brain Injury With and Without Loss of Consciousness With Neuropathologic Outcomes in Community-Dwelling Older Persons. JAMA Netw Open. 2022 Apr 1;5(4):e229311. doi: 10.1001/jamanetworkopen.2022.9311. PMID: 35476062.

136. Kumar RG, Ketchum JM, Hammond FM, Novack TA, O'Neil-Pirozzi TM, Silva MA, **Dams-O'Connor K**. Health and cognition among adults with and without Traumatic Brain Injury: A matched case-control study. Brain Inj. 2022 Feb 23;36(3):415-423. doi: 10.1080/02699052.2022.2034190. Epub 2022 Feb 10. PMID: 35143349.

135. **Dams-O'Connor K**, Bellgowan PSF, Corriveau R, Pugh MJ, Smith DH, Schneider JA, Whitaker K, Zetterberg H. Alzheimer's Disease-Related Dementias Summit 2019: National Research Priorities for the Investigation of Traumatic Brain Injury as a Risk Factor for Alzheimer's Disease and Related Dementias. J Neurotrauma. 2021 Dec;38(23):3186-3194. doi: 10.1089/neu.2021.0216. PMID: 34714152; PMCID: PMC8820282.

134. Kumar RG, Zhong X, Whiteneck GG, Mazumdar M, Hammond FM, Egorova N, Lercher K, **Dams-O'Connor K**. Development and Validation of a Functionally Relevant Comorbid Health Index in Adults Admitted to Inpatient Rehabilitation for Traumatic Brain Injury. J Neurotrauma. 2022 Jan;39(1-2):67-75. doi: 10.1089/neu.2021.0180. Epub 2021 Nov 24. PMID: 34779252.

133. Klyce DW, West SJ, Perrin PB, Agtarap SD, Finn JA, Juengst SB, **Dams-O'Connor K**, Eagye CB, Vargas TA, Chung JS, Bombardier CH. Network Analysis of Neurobehavioral and Post-Traumatic Stress Disorder Symptoms One Year after Traumatic Brain Injury: A Veterans Affairs Traumatic Brain Injury Model Systems Study. J Neurotrauma. 2021 Dec;38(23):3332-3340. doi: 10.1089/neu.2021.0200. PMID: 34652955.

132. Maltser S, Trovato E, Fusco HN, Sison CP, Ambrose AF, Herrera J, Murphy S, Kirshblum S, Bartels MN, Bagay L, Oh-Park M, Stein AB, Cuccurullo S, Nori P, Donovan J, **Dams-O'Connor K**, Amorapanth P, Barbuto SA, Bloom O, Escalon MX. Challenges and Lessons

0158

Learned for Acute Inpatient Rehabilitation of Persons With COVID-19: Clinical Presentation, Assessment, Needs, and Services Utilization. Am J Phys Med Rehabil. 2021 Dec 1;100(12):1115-1123. doi: 10.1097/PHM.0000000000001887. PMID: 34793372; PMCID: PMC8594401.

- *Drafting or revising critically important intellectual content*

131. Tabio L, Walker RL, Crane PK, Gibbons LE, Kumar RG, Power MC, Kelley AS, Larson EB, **Dams-O'Connor K.** Association of Lifetime TBI and Military Employment with Late Life ADL Functioning: A Population-Based Prospective Cohort Study. Arch Phys Med Rehabil. 2021 Dec;102(12):2316-2324.e1. doi: 10.1016/j.apmr.2021.06.018. Epub 2021 Jul 18. PMID: 34283993.

130. Pugh MJ, Kennedy E, Prager EM, Humpherys J, **Dams-O'Connor K,** Hack D, McCafferty MK, Wolfe J, Yaffe K, McCrea M, Ferguson AR, Lancashire L, Ghajar J, Lumba-Brown A. Phenotyping the Spectrum of Traumatic Brain Injury: A Review and Pathway to Standardization. J Neurotrauma. 2021 Dec;38(23):3222-3234. doi: 10.1089/neu.2021.0059. Epub 2021 Jun 10. PMID: 33858210.

129. Dickstein DL, De Gasperi R, Gama Sosa MA, Perez-Garcia G, Short JA, Sosa H, Perez GM, Tschiffely AE, **Dams-O'Connor K**, Pullman MY, Knesaurek K, Knutsen A, Pham DL, Soleimani L, Jordan BD, Gordon WA, Delman BN, Shumyatsky G, Shahim PP, DeKosky ST, Stone JR, Peskind E, Blennow K, Zetterberg H, Chance SA, Torso M, Kostakoglu L, Sano M, Hof PR, Ahlers ST, Gandy S, Elder GA. Brain and blood biomarkers of tauopathy and neuronal injury in humans and rats with neurobehavioral syndromes following blast exposure. Mol Psychiatry. 2021 Oct;26(10):5940-5954. doi: 10.1038/s41380-020-0674-z. Epub 2020 Feb 25. PMID: 32094584; PMCID: PMC7484380.

128. Kuerban A, **Dams-O'Connor K**. Effect of Race and Nativity on Functional Outcomes Following Traumatic Brain Injury Among Asian, Hispanic, and Non-Hispanic White Survivors in the United States: A NIDILRR TBI Model Systems Study. J Head Trauma Rehabil. 2022 Sep-Oct 01;37(5):E310-E318. doi: 10.1097/HTR.0000000000000736. Epub 2021 Oct 25. PMID: 34698686.

127. Garcia A, Kretzmer TS, **Dams-O'Connor K**, Miles SR, Bajor L, Tang X, Belanger HG, Merritt BP, Eapen B, McKenzie-Hartman T, Silva MA. Health Conditions Among Special Operations Forces Versus Conventional Military Service Members: A VA TBI Model Systems Study. J Head Trauma Rehabil. 2022 Jul-Aug 01;37(4):E292-E298. doi: 10.1097/HTR.0000000000000737. Epub 2021 Oct 25. PMID: 34698680.

126. Power MC, Murphy AE, Gianattasio KZ, Zhang YI, Walker RL, Crane PK, Larson EB, Gibbons LE, Kumar RG, **Dams-O'Connor K**. Association of Military Employment With Late-Life Cognitive Decline and Dementia: A Population-Based Prospective Cohort Study. Mil Med. 2021 Oct 9:usab413. doi: 10.1093/milmed/usab413. Epub ahead of print. PMID: 34626181.

- *Conception and design of study*
- *Substantial contributions to data analysis and interpretation*
- *Drafting or revising critically important intellectual content*

0159

125. Garcia A, Miles SR, Reljic T, Silva MA, **Dams-O'Connor K**, Belanger HG, Bajor L, Richardson R. Neurobehavioral Symptoms in U.S. Special Operations Forces in Rehabilitation After Traumatic Brain Injury: A TBI Model Systems Study. Mil Med. 2021 Sep 30:usab347. doi: 10.1093/milmed/usab347. Epub ahead of print. PMID: 34591087.

124. Martillo MA, Dangayach NS, Tabacof L, Spielman LA, **Dams-O'Connor K**, Chan CC, Kohli-Seth R, Cortes M, Escalon MX. Postintensive Care Syndrome in Survivors of Critical Illness Related to Coronavirus Disease 2019: Cohort Study From a New York City Critical Care Recovery Clinic. Crit Care Med. 2021 Sep 1;49(9):1427-1438. doi: 10.1097/CCM.0000000000005014. PMID: 33769771.

123. Schirinzi T, Grillo P, Di Lazzaro G, Zenuni H, Salimei C, **Dams-O'Connor K**, Sancesario GM, Mercuri NB, Pisani A. Effects of head trauma and sport participation in young-onset Parkinson's disease. J Neural Transm (Vienna). 2021 Aug;128(8):1185-1193. doi: 10.1007/s00702-021-02370-8. Epub 2021 Jul 14. PMID: 34263354; PMCID: PMC8322011.

122. Evans E, Krebill C, Gutman R, Resnik L, Zonfrillo MR, Lueckel SN, Zhang W, Kumar RG, **Dams-O'Connor K**, Thomas KS. Functional motor improvement during inpatient rehabilitation among older adults with Traumatic Brain Injury. PMR. 2021 May 21. doi: 10.1002/pmrj.12644. Epub ahead of print. PMID: 34018693.
- *Conception and design of study*
- *Substantial contributions to data analysis and interpretation*
- *Drafting or revising critically important intellectual content*

121. Brown SSG, **Dams-O'Connor K**, Watson E, Balchandani P, Feldman RE. Case Report: An MRI Traumatic Brain Injury Longitudinal Case Study at 7 Tesla: Pre- and Post-injury Structural Network and Volumetric Reorganization and Recovery. Front Neurol. 2021 May 17;12:631330. doi: 10.3389/fneur.2021.631330. PMID: 34079509; PMCID: PMC8165156.
- *Conception and design of study*
- *Substantial contributions to data analysis and interpretation*
- *Drafting or revising critically important intellectual content*

120. Nelson LD, Barber JK, Temkin NR, **Dams-O'Connor K**, Dikmen S, Giacino JT, Kramer MD, Levin HS, McCrea MA, Whyte J, Bodien YG, Yue JK, Manley GT; British Neurosurgical Trainee Research Collaborative (BNTRC). Validity of the Brief Test of Adult Cognition by Telephone in Level 1 Trauma Center Patients Six Months Post-Traumatic Brain Injury: A TRACK-TBI Study. J Neurotrauma. 2021 Apr 15;38(8):1048-1059. doi: 10.1089/neu.2020.7295. Epub 2020 Dec 14. PMID: 33107388; PMCID: PMC8054514.
- *Substantial contributions to data analysis and interpretation*
- *Drafting or revising critically important intellectual content*

119. **Dams-O'Connor K.** Response: Association of Position Played and Career Duration and Chronic Traumatic Encephalopathy at Autopsy in Elite Football and Hockey Players. Neurology. 2021 March. Doi: https//doi.org/10.1212/WNL.0000000000011668. PMID: 34373358.

45

0161

118. Brett BL, Gardner RC, Godbout J, **Dams-O'Connor K**, Keene CD. Traumatic Brain Injury and Risk of Neurodegenerative Disorder. Biol Psychiatry. 2022 Mar 1;91(5):498-507. doi: 10.1016/j.biopsych.2021.05.025. Epub 2021 Jun 2. PMID: 34364650; PMCID: PMC8636548.
- *Substantial contributions to data analysis and interpretation*
- *Drafting or revising critically important intellectual content*

117. **Dams-O'Connor K**. The long road to in-vivo diagnosis of Chronic Traumatic Encephalopathy. Brain Communications. 2021 March. https://doi.org/10.1093/braincomms/fcab016. PMID: 33842884; PMCID: PMC8023416.

116. Kumar RG, Zhang W, Evans E, **Dams-O'Connor K**, Thomas KS. Research Letter: Characterization of Older Adults Hospitalized With Traumatic Brain Injury Admitted to Long-Term Acute Care Hospitals. J Head Trauma Rehabil. 2021 Mar 22. doi: 10.1097/HTR.0000000000000685. Epub ahead of print. PMID: 33782352.
- *Substantial contributions to data analysis and interpretation*
- *Drafting or revising critically important intellectual content*

115. Katz DI, Bernick C, Dodick DW, Mez J, Mariani ML, Adler CH, Alosco ML, Balcer LJ, Banks SJ, Barr WB, Brody DL, Cantu RC, **Dams-O'Connor K**, Geda YE, Jordan BD, McAllister TW, Peskind ER, Petersen RC, Wethe JV, Zafonte RD, Foley ÉM, Babcock DJ, Koroshetz WJ, Tripodis Y, McKee AC, Shenton ME, Cummings JL, Reiman EM, Stern RA. National Institute of Neurological Disorders and Stroke Consensus Diagnostic Criteria for Traumatic Encephalopathy Syndrome. Neurology. 2021 Mar 15:10.1212/WNL.0000000000011850. doi: 10.1212/WNL.0000000000011850. Epub ahead of print. PMID: 33722990.
- *Conception and design of study*
- *Substantial contributions to data analysis and interpretation*
- *Drafting or revising critically important intellectual content*

114. Postupna NO, Rose SE, Gibbons SE, Coleman NM, Hellstern LL, Ritchie K, Wilson AM, Cudaback E, Li X, Melief EJ, Beller AE, Miller J, Nolan AL, Marshall DA, Walker R, Montine TJ, Larson EB, Crane PK, Ellenbogen RG, Lein ES, **Dams-O'Connor K,*** Keene CD.* The delayed neuropathological consequences of traumatic brain injury in a community-based sample. Front Neurol. 2021 Mar 16;12:624696. doi: 10.3389/fneur.2021.624696. PMID: 33796061; PMCID: PMC8008107.
- *\*Co-Senior Author*

113. Kumar RG, Ornstein KA, Corrigan JD, Adams RS, **Dams-O'Connor K.** Association between Lifetime History of Traumatic Brain Injury, Prescription Opioid Use, and Persistent Pain: A Nationally Representative Study. J Neurotrauma. 2021 Mar 11. doi: 10.1089/neu.2020.7496. Epub ahead of print. PMID: 33567980.

112. DiBlasio CA, Novack TA, Cook EW 3rd, **Dams-O'Connor K**, Kennedy RE. Convergent Validity of In-Person Assessment of Inpatients With Traumatic Brain Injury Using the Brief Test

46

of Adult Cognition by Telephone (BTACT). J Head Trauma Rehabil. 2021 Feb 22. doi: 10.1097/HTR.0000000000000677. Epub ahead of print. PMID: 33656489.

- *Substantial contributions to data analysis and interpretation*
- *Drafting or revising critically important intellectual content*

111. DiBlasio CA, Sima A, Kumar RG, Kennedy RE, Retnam R, Lachman ME, Novack TA, **Dams-O'Connor K.** Research Letter: Performance of the Brief Test of Adult Cognition by Telephone in a National Sample. J Head Trauma Rehabil. 2021 Feb 22. doi: 10.1097/HTR.0000000000000664. Epub ahead of print. PMID: 33656486.

110. Fann JR, Hart T, Ciol MA, Moore M, Bogner J, Corrigan JD, Dams-O'Connor K, Driver S, Dubiel R, Hammond FM, Kajankova M, Watanabe TK, Hoffman JM. Improving transition from inpatient rehabilitation following traumatic brain injury:Protocol for the BRITE pragmatic comparative effectiveness trial. Contemp Clin Trials. 2021 Feb 27:106332. doi: 10.1016/j.cct.2021.106332. Epub ahead of print. PMID: 33652127.

- *Conception and design of study*
- *Substantial contributions to data analysis and interpretation*
- *Drafting or revising critically important intellectual content*

109. Bieniek KF, Cairns NJ, Crary JF, Dickson DW, Folkerth RD, Keene CD, Litvan I, Perl DP, Stein TD, Vonsattel JP, Stewart W, **Dams-O'Connor K,** Gordon WA, Tripodis Y, Alvarez VE, Mez J, Alosco ML, McKee AC; TBI/CTE Research Group. The Second NINDS/NIBIB Consensus Meeting to Define Neuropathological Criteria for the Diagnosis of Chronic Traumatic Encephalopathy. J Neuropathol Exp Neurol. 2021 Feb 21;80(3):210–9. doi: 10.1093/jnen/nlab001. Epub ahead of print. PMID: 33611507; PMCID: PMC7899277.

- *Conception and design of study*
- *Substantial contributions to data analysis and interpretation*
- *Drafting or revising critically important intellectual content*

108. Liu, S.H., Juster, R., **Dams-O'Connor, K**., Spicer, J. Response to: On item response theory models in allostatic load scoring. Comprehensive Psychoneuroendocrinology 2021.6,100040. doi:10.1016/j.cpnec.2021.100040

- *Substantial contributions to data analysis and interpretation*
- *Drafting or revising critically important intellectual content*

107. Esopenko C., Meyer J., Wilde EA., Marshall AD., Tate DF., Lin  AP., Koerte IK., Werner KB., Dennis EL., Ware AL., de Souza NL., Menefee DS., **Dams-O'Connor K**., Stein DJ., Bigler ED., Shenton ME., Chiou KS., Postmus JL., Monahan K., Eagan-Johnson B., van Donkelaar P., Merkley TL., Velez C., Hodges CB., Lindsey HM. Johnson P., Irimia A., Spruiell M., Bennett ER., Bridwell A., Zieman G., Hillary FG. A global collaboration to study intimate partner violence-related head trauma: The ENIGMA consortium IPV working group. Brain Imaging and Behavior https://doi.org/10.1007/s11682-020-00417-0.

- *Substantial contributions to data analysis and interpretation*
- *Drafting or revising critically important intellectual content*

47

106. Liu, S.H., Juster, R., **Dams-O'Connor, K**., Spicer, J. Allostatic load scoring using item response theory. Comprehensive Psychoneuroendocrinology 2021; Feb. 100025. https://doi.org/10.1016/j.cpnec.2020.100025.
- *Substantial contributions to data analysis and interpretation*
- *Drafting or revising critically important intellectual content*

105. Kumar RG, Jayasinghe N, Walker RL, Gibbons LE, Power MC, Larson EB, Crane PK, **Dams-O'Connor K.** Association of remote traumatic brain injury and military employment with late-life trajectories of depressive symptom severity. J Affect Disord. 2021 Feb 15;281:376-383. doi: 10.1016/j.jad.2020.12.003. Epub 2020 Dec 5. PMID: 33348181.

104. Evans E, Gutman R, Resnik L, Zonfrillo MR, Lueckel SN, Kumar RG, DeVone F, **Dams-O'Connor K,** Thomas KS. Successful Community Discharge Among Older Adults With Traumatic Brain Injury in Skilled Nursing Facilities. J Head Trauma Rehabil. 2021 Jan 27. doi: 10.1097/HTR.0000000000000638. Epub ahead of print. PMID: 33528173.
- *Conception and design of study*
- *Substantial contributions to data analysis and interpretation*
- *Drafting or revising critically important intellectual content*

103. Bell KR, Fogelberg D, Barber J, Nakase-Richardson R, Zumsteg JM, Dubiel R, **Dams-O'Connor K,** Hoffman JM. The effect of phototherapy on sleep during acute rehabilitation after traumatic brain injury: a randomized controlled trial. Brain Inj. 2021 Jan 18;35(2):180-188. doi: 10.1080/02699052.2021.1871952. Epub 2021 Jan 17. PMID: 33459040.

102. Silverberg, N.D., Iverson, G.L, Arciniegas, D.B., Bayley, M.T., Bazarian, J.J., Bell, K.R., Broglio, S.P., Cifu, D., Davis, G.A., Dvorak, J., et al. (2020). Expert panel survey to update the American Congress of Rehabilitation Medicine definition of mild traumatic brain injury. Archives of Physical Medicine and Rehabilitation. 2021 Jan;102(1):76-86. doi: 10.1016/j.apmr.2020.08.022. Epub 2020 Oct 7.
- *Conception and design of study*
- *Substantial contributions to data analysis and interpretation*
- *Drafting or revising critically important intellectual content*

101. Putrino D, Ripp J, Herrera JE, Cortes M, Kellner C, Rizk D, **Dams-O'Connor K**. Multisensory, Nature-Inspired Recharge Rooms Yield Short-Term Reductions in Perceived Stress Among Frontline Healthcare Workers. Front. Psychol., 19 November 2020 https://doi.org/10.3389/fpsyg.2020.560833

100. Mahoney EJ, Silva MA, Reljic T, **Dams-O'Connor K**, Hammond FM, Monden KR, Chung JS, Dillahunt-Aspillaga C, Nakase-Richardson R. Rehabilitation Needs at 5 Years Post-Traumatic Brain Injury: A VA TBI Model Systems Study. J Head Trauma Rehabil. 2020 Nov 13. doi: 10.1097/HTR.0000000000000629. Epub ahead of print. PMID: 33201036.
- *Conception and design of study*
- *Substantial contributions to data analysis and interpretation*
- *Drafting or revising critically important intellectual content*

0163

0164

99. Schneider ALC, **Dams-O'Connor K**. Demographic differences in the association of traumatic brain injury with dementia: Race matters. Neurology. 2020 Sep 29;95(13):561-562. doi: 10.1212/WNL.0000000000010675. Epub 2020 Sep 4. PMID: 32887770.

98. Olsen A, Babikian T, Bigler ED, Caeyenberghs K, Conde V, **Dams-O'Connor K**, Dobrayakova E, Genova H, Grafman J, Haberg AK, Heggland I, Hellstrom T, Hodges CB, Irimia A, Jha RM, Johnson PK, Koliatsos VE, Levin H, Li LM, Lindsey HM, Livny A, Lovstad M, Medaglia J, Menon DK, Mondello S, Monti MM, Newcombe VFJ, Petroni A, Ponsford J, Sharp D, Spitz G, Westlye LT, Thompson PM, Dennis EL, Tate DF, Wilde EA, Hillary FG. Toward a global and reproducible science for brain imaging in neurotrauma: the ENIGMA adult moderate/severe traumatic brain injury working group. Brain Imaging and Behavior. August 14, 2020 Open Access, https://doi.org/10.1007/s11682-020-00313-7.
- *Drafting or revising critically important intellectual content*

97. Kumar RG, Ketchum JM, Corrigan JD, Hammond FM, Sevigny M, **Dams-O'Connor K**. The Longitudinal Effects of Comorbid Health Burden on Functional Outcomes for Adults with Moderate to Severe Traumatic Brain Injury. *J Head Trauma Rehabil*. 2020 Jul/Aug;35(4):E372-E381. doi: 10.1097/HTR.0000000000000572. PMID: 32108718; PMCID: PMC7335323.

96. Rabinowitz AR, Chervoneva I, Hart T, O'Neil-Pirozzi TM, Bogner J, **Dams-O'Connor K,** Brown AW, Johnson-Greene D. Influence of Prior and Intercurrent Brain Injury on 5-Year Outcome Trajectories After Moderate to Severe Traumatic Brain Injury. J Head Trauma Rehabil. 2020 Jul/Aug;35(4):E342-E351. doi: 10.1097/HTR.0000000000000556. PMID: 31996607; PMCID: PMC8638077.
- *Conception and design of study*
- *Substantial contributions to data analysis and interpretation*
- *Drafting or revising critically important intellectual content*

95. Bannon SM, Kumar RG, Bogner J, O'Neil-Pirozzi TM, Spielman L, Watson EM, Dams-O'Connor K* Reinjury After Moderate to Severe TBI: Rates and Risk Factors in the NIDILRR Traumatic Brain Injury Model Systems [published online ahead of print, 2020 Jul 22]. *J Head Trauma Rehabil*. 2020; doi:10.1097/HTR.0000000000000586
- ***Senior author****

94. Diamond, C Mac Donald, C Tang, S Snider, B Fischl, **Dams-O'Connor K,*** BL Edlow. Optimizing the accuracy of cortical volumetric analysis in traumatic brain injury. MethodsX 2020 Jul 11;7:100994. doi: 10.1016/j.mex.2020.100994.  PMID: 32760659.
- *Co-Senior author**

93. Hammond FM, Ketchum JM, **Dams-O'Connor K,** Corrigan JD, Miller AC, Haarbauer-Krupa J, Faul M, Trexler L, Harrison-Felix C. Mortality Secondary to Unintentional Poisoning after Inpatient Rehabilitation for Traumatic Brain Injury. Journal of Neurotrauma 2020 Jul 8. doi: 10.1089/neu.2020.7038.  PMID: 32438850.
- *Conception and design of study*
- *Substantial contributions to data analysis and interpretation*

49

0164

- *Drafting or revising critically important intellectual content*

92. Kumar RG, Kesinger MR, Juengst SB, Brooks MM, Fabio A, **Dams-O'Connor K,** Pugh MJ, Sperry J, Wagner AK. Effects of Hospital-Acquired Pneumonia on Long-Term Recovery and Hospital Resource Utilization Following Moderate to Severe Traumatic Brain Injury. *J Trauma Acute Care Surg*. 2020 Apr;88(4):491-500. doi: 10.1097/TA.0000000000002562. PMID: 31804412; PMCID: PMC7802881.

91. Hammond FM, Baker-Sparr CA, Dahdah MN, **Dams-O'Connor K**, Dreer LE, O'Neil-Pirozzi TM, Novack TA. Predictors of 1-Year Global Outcomes After Traumatic Brain Injury Among Older Adults: A NIDILRR Traumatic Brain Injury Model Systems Study. J Aging Health. 2019 Dec;31(10_suppl):68S-96S. PMID: 31718413

90. Hawley L, Hammond FM, Cogan AM, Juengst S, Mumbower R, Pappadis MR, Waldman W, **Dams-O'Connor K**. Ethical Considerations in Chronic Brain Injury. J Head Trauma Rehabil. 2019 Nov/Dec;34(6):433-436. PMID: 31688380

89. Iacono D, Lee P, Edlow BL, Gray N, Fischl B, Kenney K, Lew HL, Lozanoff S, Liacouras P, Lichtenberger J, **Dams-O'Connor K**, Cifu D, Hinds SR, Perl DP. Early-Onset Dementia in War Veterans: Brain Polypathology and Clinicopathologic Complexity. J Neuropathol Exp Neurol. 2019 Nov 25. PMID: 31851313

88. Lequerica AH, Weber E, Dijkers MP, **Dams-O'Connor K**, Kolakowsky-Hayner SA, Bell KR, Bushnik T, Goldin Y, Hammond FM. Factors associated with the remission of insomnia after traumatic brain injury: a traumatic brain injury model systems study. Brain Inj. 2020;34(2):187-194. doi: 10.1080/02699052.2019.1682193. Epub 2019 Oct 22. PMID: 31640430.

87. Hart T, Ketchum J, O'Neil-Pirozzi TM, Novack T, Douglas Johnson Greene, **Dams-O'Connor K.** Neurocognitive Status and Return to Work after Moderate to Severe Traumatic Brain Injury. Rehabilitation Psychology 2019 Nov;64(4):435-444. Epub 2019 Aug 19. PMID: 31424238

86. Adams RS, Corrigan JD, **Dams-O'Connor K**. Opioid Use among Individuals with Traumatic Brain Injury: A Perfect Storm? J Neurotrauma. 2019 Aug 16. [Epub ahead of print] PMID: 31333067

85. Pretz C, Kowalski RG, Cuthbert JP, Whiteneck G, Miller AC, Ketchum JM, **Dams-O'Connor K.** Return to Productivity Projections for Individuals with Moderate to Severe TBI following Inpatient Rehabilitation: A NIDILRR TBIMS and CDC Interagency Collaboration. Journal of Head Trauma Rehabilitation 2019 Jul 29. [Epub ahead of print] PMID: 31365435

84. Lee E, Jayasinghe N, Swenson C, **Dams-O'Connor K**. Dispositional optimism and cognitive functioning following traumatic brain injury. Brain Injury 2019; 33(8): 985-990. PMID: 31055941

50

83. Silverberg N, Iaccarino MA, Panenka W, Iverson GL, McCulloch K, **Dams-O'Connor K**, Reed N, McCrea M. Management of Concussion and Mild Traumatic Brain Injury: A Synthesis of Practice Guidelines. 2019 Oct 23. [Epub ahead of print] PMID: 31654620
  *Drafting or revising critically important intellectual content*

82. Bauman J, Gibbons LE, Moore M, Mukherjee S, McCurry SM, McCormick W, Bowen JD, Trittschuh E, Glymour M, Mez J, Saykin AJ, **Dams-O'Conner K**, Bennett DA, Larson EB, Crane PK; Executive Prominent AD (EPAD) investigators. Associations Between Depression, Traumatic Brain Injury, and Cognitively-Defined Late-Onset Alzheimer's Disease Subgroups. J Alzheimers Dis. 2019;70(2):611-619. doi: 10.3233/JAD-181212. PMID: 31256124; PMCID: PMC8882329.
  - *Substantial contributions to data analysis and interpretation*
  - *Drafting or revising critically important intellectual content*

81. Yue JK, Cnossen MC, Winkler EA, Deng H, Phelps RRL, Coss NA, Sharma S, Robinson CK, Suen CG, Vassar MJ, Schnyer DM, Puccio AM, Gardner RC, Yuh EL, Mukherjee P, Valadka AB, Okonkwo DO, Lingsma HF, Manley GT; TRACK-TBI Investigators. Pre-injury Comorbidities Are Associated With Functional Impairment and Post-concussive Symptoms at 3- and 6-Months After Mild Traumatic Brain Injury: A TRACK-TBI Study. Front Neurol. 2019 Apr 9;10:343. PMID: 31024436
  - *Substantial contributions to data acquisition*

80. **Dams-O'Connor K**, Ketchum JM, Cuthbert JP, Corrigan J, Hammond FM, Haarbauer Krupa J, Kowalski RG, Miller AC. Functional Outcome Trajectories following Inpatient Rehabilitation for TBI in the United States: A NIDILRR TBIMS and CDC Interagency Collaboration. Journal of Head Trauma Rehabilitation. 2019 Apr 25. PMID 31033744.

79. Ranson J, Magnus BE, Temkin N, Dikmen S, Giacino JT, Okonkwo DO, Valadka AB, Manley GT, Nelson LD; TRACK-TBI Investigators. Diagnosing the GOSE: Structural and Psychometric Properties Using Item Response Theory, a TRACK-TBI Pilot Study. J Neurotrauma. 2019 Sep 1;36(17):2493-2505. Epub 2019 May 23. PMID: 30907261

78. Silverberg N, Reed N, Iaccarino MA, McCrea M, McCulloch K, Panenka W, Gregory E, Dams-O'Connor K, Iverson GL, Jamora CL, Belanger H, McKinney GL, Cogan AM. Returning to Activity after a Concussion. Archives of Physical Medicine and Rehabilitation 2019 Apr;100(4):789-791. PMID: 30711186
  - *Conception and design of study*
  - *Drafting or revising critically important intellectual content*

77. Malec JF, Ketchum JM, Hammond FM, Corrigan JD, **Dams-O'Connor K**, Hart T, Novack T, Dahdah M, Whiteneck GG, Bogner J. J Longitudinal Effects of Medical Comorbidities on Functional Outcome and Life Satisfaction after Traumatic Brain Injury: An Individual Growth Curve Analysis of NIDILRR Traumatic Brain Injury Model System Data. Head Trauma Rehabil. 2019 Feb 27. PMID: 30829813
  - *Substantial contributions to data analysis and interpretation*

51

- *Drafting or revising critically important intellectual content*

76. Stewart W, Allinson K, Al-Sarraj S, Bachmeir C, Barlow K, Belli A, Burns M, Carson A, Crawford F, **Dams-O'Connor K**, Diaz-Arrastia R, Dixon CE, Edlow BL, Ferguson S, Fischl B, Folkerth RD, Gentleman S, Giza CC, Grady MS, Helmy A, Herceg M, Holton JL, Howell D, Hutchinson P, Iacono D, Iglesias JE, Ikonomovic MD, Johnson VE, Keene CD, Kofler JK, Koliatsos V, Lee EB, Levin H, Lifshitz J, Ling H, Loane DJ, Love S, Maas AIR, Marklund N, Master CL, McElvenny DM, Meaney DF, Menon DK, Montine TJ, Mouzon B, Mufson EJ, Ojo JO, Prins M, Revesz T, Ritchie CW, Smith C, Sylvester R, Tang CY, Trojanowski JQ, Urankar K, Vink R, Wellington C, Wilde EA, Wilson L, Yeates K, Smith DH. *Primum non nocere*: a call for balance when reporting on chronic traumatic encephalopathy. Lancet Neurology 2019 Mar;18(3):231-233. Erratum in: Lancet Neurol. 2019 Apr;18(4):e3. PMID: 30784550
     - *Drafting or revising critically important intellectual content*

75. Keelan RE, Mahoney EJ, Sherer M, Hart T, Giacino J, Bodien YG, Nakase-Richardson R, **Dams-O'Connor K**, Novack TA, Vanderploeg RD. J Neuropsychological Characteristics of the Confusional State Following Traumatic Brain Injury. Int Neuropsychol Soc. 2019 Mar;25(3):302-313. PMID: 30681046
     - *Conception and design of study*
     - *Substantial contributions to data analysis and interpretation*
     - *Drafting or revising critically important intellectual content*

74. Kumar RG, Olsen J, Juengst SB, **Dams-O'Connor K**, O'Neil-Pirozzi TM, Hammond FM, Wagner AK. Comorbid Conditions Among Adults 50 Years and Older With Traumatic Brain Injury: Examining Associations with Demographics, Healthcare Utilization, Institutionalization, and 1-Year Outcomes. J Head Trauma Rehabil. 2019 Feb 27. PMID: 30829819
     - *Conception and design of study*
     - *Substantial contributions to data analysis and interpretation*
     - *Drafting or revising critically important intellectual content*

73. Hammond FM, Baker-Sparr CA, Dahdah MN, **Dams-O'Connor K**, Dreer LE, O'Neil-Pirozzi TM, Novack TA. Predictors of 1-Year Global Outcomes After Traumatic Brain Injury Among Older Adults: A NIDILRR Traumatic Brain Injury Model Systems Study. J Aging Health. 2019 Dec;31(10_suppl):68S-96S. doi: 10.1177/0898264318819197. PMID: 31718413.
     - *Conception and design of study*
     - *Substantial contributions to data analysis and interpretation*
     - *Drafting or revising critically important intellectual content*

72. Brown AW, Pretz CR, Bell, K, Hammond FM, Arciniegas DB, Bodien YG, **Dams-O'Connor K**, Giacino J, Hart T, Johnson-Greene D, Kowalski RG, Walker W, Weintraub A, Zafonte R. Predictive Utility of an Adapted Marshall Head-CT Classification Scheme After Traumatic Brain Injury. Brain Injury. 2019 Jan 19. PMID: 30663426
     - *Conception and design of study*
     - *Substantial contributions to data analysis and interpretation*
     - *Drafting or revising critically important intellectual content*

71. Hammond FM, Corrigan JD, Ketchum JM, Malec JF, **Dams-O'Connor K**, Hart T, Novack TA, Bogner J, Dahdah MN, Whiteneck GG. Prevalence of Medical and Psychiatric Comorbidities Following Traumatic Brain Injury. J Head Trauma Rehabil. 2019 Jan 2. PMID: 30608311
- *Substantial contributions to data analysis and interpretation*
- *Drafting or revising critically important intellectual content*

70. Bell KR, Bushnik T, **Dams-O'Connor K**, Goldin Y, Jeanne MH, Lequerica AH, Zumsteg JM. Sleep after TBI: How the TBI model systems have advanced the field. NeuroRehabilitation. 2018 Oct 17. PMID: 30347631
- *Drafting or revising critically important intellectual content*

69. Hawley L, Hart T, Waldman W, Glenn M, Hammond F, **Dams-O'Connor K**. Living Well After Traumatic Brain Injury. Arch Phys Med Rehabil. 2018 Apr 24. PMID: 29703516
- *Drafting or revising critically important intellectual content*

68. Lequerica AH, Botticello A, O'Neill J, Lengenfelder J, Krch D, Chiaravalloti ND, Sander AM, Bushnik T, Ketchum JM, Hammond FM, **Dams-O'Connor K**, Felix E, Johnson-Greene D. Relationship Between Hispanic Nativity, Residential Environment, and Productive Activity Among Individuals With Traumatic Brain Injury: A TBI Model Systems Study. J Head Trauma Rehabil. 2018 May 31. PMID: 29863616
- *Drafting or revising critically important intellectual content*

67. O'Neil-Pirozzi TM, Ketchum JM, Hammond FM, Philippus A, Weber E, **Dams-O'Connor K.** Physical, Cognitive, and Psychosocial Characteristics Associated with Mortality in Chronic TBI Survivors: A National Institute on Disability, Independent Living, and Rehabilitation Research Traumatic Brain Injury Model Systems Study. J Head Trauma Rehabil. 2017 Dec 21. PMID: 29271788

66. Hart T, Driver S, Sander A, Pappadis M, **Dams-O'Connor K**, Bocage C, Hinkens E, Dahdah MN, Cai X. Traumatic brain injury education for adult patients and families: A scoping review. Brain Injury, 2018;32(11):1295-1306. Epub 2018 Aug 7. PMID: 30084694.
- *Conception and design of study*
- *Substantial contributions to data analysis and interpretation*
- *Drafting or revising critically important intellectual content*

65. Silva M, Belanger H, **Dams-O'Connor K**, Tang X, Mckenzie-Hartman T, Nakase-Richardson R. Prevalence and Predictors of Tobacco Smoking in Veterans and Service Members Following Traumatic Brain Injury Rehabilitation: A VA TBIMS Study. Brain Inj. 2018;32(8):994-999. PMID: 29708447
- *Conception and design of study*
- *Substantial contributions to data analysis and interpretation*
- *Drafting or revising critically important intellectual content*

53

64. Edlow BL, Keene CD, Perl DP, Iacono D, Folkerth RD, Stewart W, Mac Donald CL, Augustinack J, Diaz-Arrastia R, Estrada C, Flannery E, Gordon WA, Grabowski TJ, Hansen K, Hoffman J, Kroenke C, Larson EB, Lee P, Mareyam A, McNab JA, McPhee J, Moreau AL, Renz A, Richmire K, Stevens A, Tang CY, Tirrell LS, Trittschuh EH, van der Kouwe A, Varjabedian A, Wald LL, Wu O, Yendiki A, Young L, Zöllei L, Fischl B, Crane PK, **Dams-O'Connor K**. Multimodal Characterization of the Late Effects of TBI (LETBI): A Methodological Overview of the LETBI Project. J Neurotrauma. 2018 Feb 8. PMID: 29421973

63. **Dams-O'Connor K**, Landau A, Hoffman J, St De Lore J. Patient perspectives on quality and access to healthcare after brain injury. Brain Injury. 2018;32(4):431-441. PMID: 29388840

62. Gardner RC, **Dams-O'Connor K**, Morrissey MR, Manley G. Geriatric Traumatic Brain Injury: Epidemiology, Outcomes, Knowledge Gaps, and Future Directions. J Neurotrauma. 2017 Dec 6. PMID: 29212411
- *Conception and design of study*
- *Substantial contributions to data analysis and interpretation*
- *Drafting or revising critically important intellectual content*

61. **Dams-O'Connor K**, Sy KT, Landau A, Bodien Y, Dikmen S, Felix ER, Giacino JT, Gibbons L, Hammond FM, Hart T, Johnson-Greene D, Lengenfelder J, Lequerica A, Newman J, Novack T, O'Neil-Pirozzi TM, Whiteneck G. The feasibility of telephone-administered cognitive testing in individuals 1 and 2 years after inpatient rehabilitation for traumatic brain injury. *Journal of Neurotrauma*, 2018; 35: 1138-1145. PMID: 29648959

60. Brown AW, Pretz CR, Bell KR, Hammond FM, Arciniegas DB, Bodien YG, **Dams-O'Connor K**, Giacino JT, Hart T, Johnson-Greene D, Kowalski RG, Walker WC, Weintraub A, Zafonte R. Predictive utility of an adapted Marshall head CT classification scheme after traumatic brain injury. Brain Inj. 2019;33(5):610-617. doi: 10.1080/02699052.2019.1566970. Epub 2019 Jan 19. PMID: 30663426; PMCID: PMC6436993.
- *Substantial contributions to data acquisition*
- *Drafting or revising critically important intellectual content*

59. Feasibility of a Skills-Based Group Reintegration Workshop for OEF/OIF Veterans: STEP-Home. Fortier CB, Kenna A, **Dams-O'Connor K**, Fonda J, Levin LK, Hursh C, Franz H, Milberg WP, McGlinchey RE. J Head Trauma Rehabil. 2018 Jul/Aug;33(4):E17-E23. PMID: 29194181
- *Conception and design of study*
- *Substantial contributions to data analysis and interpretation*
- *Drafting or revising critically important intellectual content*

58. Kenney K, Iacono D, Edlow BL, Katz DI, Diaz-Arrastia R, **Dams-O'Connor K**, Daneshvar DH, Stevens A, Moreau AL, Tirrell LS, Varjabedian A, Yendiki A, van der Kouwe A, Mareyam A, McNab JA, Gordon WA, Fischl B, McKee AC, Perl DP. Dementia after moderate-severe traumatic brain injury: Coexistence of multiple proteinopathies. *Journal of Neuropathology and Experimental Neurology*. 2018 Jan 1;77(1):50-63. PMID: 29155947

54

- *Substantial contributions to data acquisition*
- *Drafting or revising critically important intellectual content*

57. O'Neil-Pirozzi TM, Ketchum JM, Hammond FM, Philippus A, Weber E, **Dams-O'Connor K**. Physical, Cognitive, and Psychosocial Characteristics Associated with Mortality in Chronic TBI Survivors: A National Institute on Disability, Independent Living, and Rehabilitation Research Traumatic Brain Injury Model Systems Study. Journal of Head Trauma Rehabilitation. 2017 Dec 21. PMID: 29271788.

56. Wilson L, Stewart W, **Dams-O'Connor K**, Diaz-Arrastia R, Horton L, Menon DK, Polinder S. The chronic and evolving consequences of traumatic brain injury. Lancet Neurology 2017 Oct;16(10):813-825. PMID: 28920887
   - *Drafting or revising critically important intellectual content*

55. Tsaousides T, Spielman L, Kajankova M, Guetta G, Gordon W, **Dams-O'Connor K.** Improving Emotion Regulation Following Web-Based Group Intervention for Individuals With Traumatic Brain Injury. J Head Trauma Rehabil. 2017 Sep/Oct;32(5):354-365.

54. Rubenstein R, Chang B, Yue JK, Chiu A, Winkler EA, Puccio AM, Diaz-Arrastia R, Yuh EL, Mukherjee P, Valadka AB, Gordon WA, Okonkwo DO, Davies P, Agarwal S, Lin F, Sarkis G, Yadikar H, Yang Z, Manley GT, Wang KKW; and the TRACK-TBI Investigators, Cooper SR, **Dams-O'Connor K**, Borrasso AJ, Inoue T, Maas AIR, Menon DK, Schnyer DM, Vassar MJ. Comparing Plasma Phospho Tau, Total Tau, and Phospho Tau-Total Tau Ratio as Acute and Chronic Traumatic Brain Injury Biomarkers. JAMA Neurol. 2017 Sep 1;74(9):1063-1072.
   - *Substantial contributions to data acquisition*
   - *Drafting or revising critically important intellectual content*

53. Kowalski RG, Haarbauer-Krupa JK, Bell J, Corrigan JD, Hammond FM, Torbey MT, Hofmann MC, **Dams-O'Connor K**, Miller AC, Whiteneck GG. Acute Ischemic Stroke Following Moderate to Severe Traumatic Brain Injury: Incidence and Impact on Outcome. Stroke 2017 Jul;48(7):1802-1809.
   - *Substantial contributions to data analysis and interpretation*
   - *Drafting or revising critically important intellectual content*

52. **Dams-O'Connor K** & Tsao, J. Functional Decline 5 Years After Blast Traumatic Brain Injury: Sounding the Alarm for a Wave of Disability? JAMA Neurology 2017 Jul 1;74(7):763-764.

51. **Dams-O'Connor K**, Pretz CP, Mellick D, Dreer LE, Hammond FM, Hoffman J, Landau A, Zafonte R. Rehospitalization over 10 years among survivors of TBI: A National Institute on Disability, Independent Living and Rehabilitation Research (NIDILRR) Traumatic Brain Injury Model Systems Study. Journal of Head Trauma Rehabilitation 2017 May/Jun;32(3):147-157.

50. Shuman-Paretsky MJ, Gumber S, **Dams-O'Connor K**. Interventions for Post Traumatic Brain Injury Fatigue: An Updated Review. Current Physical Medicine and Rehabilitation Reports. 2017 March; 5(1): 12-21.

55

- *Conception and design of study*
- *Substantial contributions to data analysis and interpretation*
- *Drafting or revising critically important intellectual content*

49. Tran J, Hammond F, **Dams-O'Connor K**, Tang X, Eapen B, McCarthy M, Risa Nakase-Richardson R. Rehospitalization in the First Year following Veteran and Service Member TBI: A VA TBI Model Systems Study. Journal of Head Trauma Rehabilitation. 2017 Jul/Aug;32(4):264-270.
- *Conception and design of study*
- *Substantial contributions to data analysis and interpretation*
- *Drafting or revising critically important intellectual content*

48. Kumar RG, Juengst SB, Wang Z, **Dams-O'Connor K**, Dikmen SS, O'Neil-Pirozzi T, Dahdah MT, Hammond F, Felix ER, Arenth PM, Wagner AK. Epidemiology of Comorbid Conditions among Older Adults with Traumatic Brain Injury. Journal of Head Trauma Rehabilitation. 2017 Jan 5. PMID: 28060201
- *Conception and design of study*
- *Substantial contributions to data analysis and interpretation*
- *Drafting or revising critically important intellectual content*

47. Dickstein DL, Pullman MY, Fernandez C, Short JA, Kostakoglu L, Knesaurek K, Soleimani L, Jordan BD, Gordon WA, **Dams-O'Connor K**, Delman BN, Wong E, Tang CY, DeKosky ST, Stone JR, Cantu RC, Sano M, Hof PR, Gandy S. Cerebral [$_{18}$F]T807/AV1451 retention pattern in clinically probable CTE resembles pathognomonic distribution of CTE tauopathy. Transl Psychiatry. 2016 Sep 27;6(9):e900. PMID: 27676441
- *Substantial contributions to data analysis and interpretation*
- *Drafting or revising critically important intellectual content*

46. **Dams-O'Connor K**, Guetta G, Hahn-Ketter A, Fedor A. Traumatic Brain Injury as a Risk Factor for Alzheimer's Disease: Current Knowledge and Future Directions. Future Neurology Neurodegener Dis Manag. 2016 Oct;6(5):417-29. PMID: 27599555

45. Crane PK, Gibbons LE, **Dams-O'Connor K**, Trittschuh E, Leverenz JB, Keene CD, Sonnen J, Montine TJ, Bennett DA, Leurgans S, Schneider J, Larson EB. Association between traumatic brain injury and late life neurodegenerative conditions and neuropathological findings. JAMA Neurology 2016 Sep 1;73(9):1062-9. PMID: 27400367
- *Conception and design of study*
- *Substantial contributions to data analysis and interpretation*
- *Drafting or revising critically important intellectual content*

44. Silverberg ND, Crane PK, **Dams-O'Connor K**, Holdnack J, Ivins BJ, Lange RT, Manley GT, McCrea M, Iverson GL. Developing a Cognition Endpoint for Traumatic Brain Injury Clinical Trials. J Neurotrauma 2016 June 27. 27188248
- *Drafting or revising critically important intellectual content*

56

43. **Dams-O'Connor K**, Gibbons LE, Landau A, Larson EB, Crane PK. Health Problems Precede Traumatic Brain Injury in Older Adults. J Am Geriatr Soc. 2016 Mar 1. PMID: 26925541

42. Wang KK, Yang Z, Yue JK, Zhang Z, Winkler EA, Puccio AM, Diaz-Arrastia R, Lingsma HF, Yuh EL, Mukherjee P, Valadka AB, Gordon WA, Okonkwo DO, Manley GT, Cooper SR, **Dams-O'Connor K**, Hricik AJ, Inoue T, Maas AI, Menon DK, Schnyer DM, Sinha TK, Vassar MJ. Plasma Anti-Glial Fibrillary Acidic Protein Autoantibody Levels during the Acute and Chronic Phases of Traumatic Brain Injury: A Transforming Research and Clinical Knowledge in Traumatic Brain Injury Pilot Study.  J Neurotrauma. 2016 Feb 1. PMID: 26560343
- *Substantial contributions to data analysis and interpretation*

41. McKee AC, Cairns NJ, Dickson DW, Folkerth RD, Dirk Keene C, Litvan I, Perl DP, Stein TD, Vonsattel JP, Stewart W, Tripodis Y, Crary JF, Bieniek KF, **Dams-O'Connor K**, Alvarez VE, Gordon WA; TBI/CTE group. The first NINDS/NIBIB consensus meeting to define neuropathological criteria for the diagnosis of chronic traumatic encephalopathy. Acta Neuropathol. 2016 Jan;131(1):75-86. PMID: 26667418.
- *Substantial contributions to data analysis and interpretation*
- *Drafting or revising critically important intellectual content*

40. Chronic traumatic encephalopathy: Diagnosing the repetitively injured brains of athletes and soldiers. ADDF CTE Imaging Consortium. Curr Res Concussion. 2015; 2(3): 81-84.
- *Substantial contributions to data analysis and interpretation*
- *Drafting or revising critically important intellectual content*

39. Gordon WA, Cantor J, **Dams-O'Connor K**, Tsaousides T. Long-term social integration and community support. Handb Clin Neurol. 2015;127:423-31. PMID: 25702232
- *Drafting or revising critically important intellectual content*

38. Sorani MD, Yue JK, Sharma S, Manley GT, Ferguson AR; TRACK TBI Investigators. Genetic data sharing and privacy. Neuroinformatics. 2015 Jan;13(1):1-6. PMID: 25326433.
- *Substantial contributions to data acquisition*

37. McMahon PJ, Panczykowski DM, Yue JK, Puccio AM, Inoue T, Sorani MD, Lingsma HF, Maas AI, Valadka AB, Yuh EL, Mukherjee P, Manley GT, Okonkwo DO, Casey SS, Cheong M, Cooper SR,**Dams-O'Connor K**, Gordon WA, Hricik AJ, Lawless K, Menon D, Schnyer DM, Vassar MJ. Measurement of the glial fibrillary acidic protein and its breakdown products GFAP-BDP biomarker for the detection of traumatic brain injury compared to computed tomography and magnetic resonance imaging. J Neurotrauma. 2015 Apr 15;32(8):527-33. PMID: 25264814.
- *Substantial contributions to data acquisition*

36. **Dams-O'Connor, K** and Gordon WA (2015). Integrating interventions after traumatic brain injury: A synergistic approach to rehabilitation. Brain Impairment (2015), 14(1), 51-62.

35. **Dams-O'Connor K**, Cantor JB, Brown M, Dijkers MP, Spielman LA, Gordon WA. Screening for Traumatic Brain Injury: Findings and Public Health Implications. J Head Trauma

Rehabilitation. 2014 Nov-Dec;29(6):479-89. PMID: 25370440.

34. **Dams-O'Connor K**, Pretz C, Billah T, Hammond FM, Harrison-Felix C. Global outcome trajectories after TBI among survivors and non-survivors: A National Institute on Disability and Rehabilitation Research Traumatic Brain Injury Model Systems Study. J Head Trauma Rehabilitation. 2015 Jul-Aug;30(4):E1-10. PMID: 24922043.

33. Yuh EL, Cooper SR, Mukherjee P, Yue JK, Lingsma H, Gordon W, Valadka A, Okonkwo DO, Schnyer DM, Vassar MJ, Maas A, Manley GT M D Ph D, Casey SS, Cheong M, **Dams-O'Connor K**, Hricik AJ, Inoue T, Menon D, Morabito DJ, Pacheco JL, Puccio AM, Sinha TK. Diffusion Tensor Imaging for Outcome Prediction in Mild Traumatic Brain Injury: A TRACK-TBI Study. J Neurotrauma. 2014 Sep 1;31(17):1457-77.  PMID: 24742275
   - *Substantial contributions to data acquisition*
   - *Substantial contributions to data analysis and interpretation*
   - *Drafting or revising critically important intellectual content*

32. Corrigan JD, Kreider S, Cuthbert J, Whyte J, **Dams-O'Connor K**, Faul M, Harrison-Felix CL, Whiteneck G, Pretz CR. Components of Traumatic Brain Injury Severity Indices. J Neurotrauma. 2014 Jun 1;31(11):1000-7. PMID: 24521197
   - *Conception and design of study*
   - *Substantial contributions to data analysis and interpretation*
   - *Drafting or revising critically important intellectual content*

31. Cantor J, Ashman T, **Dams-O'Connor K**, Dijkers MP, Gordon W, Spielman L, Tsaousides T, Allen H, Nguyen M, Oswald J. Evaluation of the Short-Term Executive Plus Intervention for Executive Dysfunction After Traumatic Brain Injury: A Randomized Controlled Trial With Minimization. Arch Phys Med Rehabil. 2014 Jan;95(1):1-9.e3.  PMID: 23988395.
   - *Substantial contributions to data acquisition*
   - *Substantial contributions to data analysis and interpretation*
   - *Drafting or revising critically important intellectual content*

30. **Dams-O'Connor K**, Cuthbert JP, Whyte J, Corrigan JD, Faul M, Harrison-Felix C. Traumatic Brain Injury among Older Adults at Level I and II Trauma Centers. J Neurotrauma. 2013 Dec 15;30(24):2001-13. PMID: 23962046.

29. McMahon P, Hricik A, Yue JK, Puccio AM, Inoue T, Lingsma HF, Beers SR, Gordon WA, Valadka AB, Manley GT, Okonkwo DO, Casey SS, Cooper SR, **Dams-O'Connor K**, Menon DK, Sorani MD, Yuh EL, Mukherjee P, Schnyer DM, Vassar MJ. Symptomatology and Functional Outcome in Mild Traumatic Brain Injury: Results from the Prospective TRACK-TBI Study. J Neurotrauma. 2014 Jan 1;31(1):26-33. PMID: 23952719.
   - *Substantial contributions to data acquisition*

28. **Dams-O'Connor K**, Spielman L, Singh A, Gordon WA, Lingsma HF, Maas AI, Manley GT, Mukherjee P, Okonkwo DO, Puccio AM, Schnyer DM, Valadka AB, Yue JK, Yuh EL, Casey SS, Cooper SR, Cheong M, Hricik AJ, Knight EE, Menon DK, Morabito DJ, Pacheco JL, Sinha

58

TK, Vassar MJ. The Impact of Previous Traumatic Brain Injury on Health and Functioning: A TRACK-TBI Study. J Neurotrauma. 2013 Dec 15;30(24):2014-20. PMID: 23924069.

27. Diaz-Arrastia R, Wang KK, Papa L, Sorani MD, Yue JK, Puccio AM, McMahon PJ, Inoue T, Yuh EL, Lingsma HF, Maas AI, Valadka AB, Okonkwo DO, Manley GT, Casey SS, Cheong M, Cooper SR, **Dams-O'Connor K**, Gordon WA, Hricik AJ, Menon DK, Mukherjee P, Schnyer DM, Sinha TK, Vassar MJ. Acute Biomarkers of Traumatic Brain Injury: Relationship between Plasma Levels of Ubiquitin C-Terminal Hydrolase-L1 and Glial Fibrillary Acidic Protein. J Neurotrauma. 2014 Jan 1;31(1):19-25.  PMID: 23865516.
  - *Substantial contributions to data acquisition*

26. Pretz CR, **Dams-O'Connor K**. Longitudinal description of the Glasgow outcome scale-extended for individuals in the traumatic brain injury model systems national database: a national institute on disability and rehabilitation research traumatic brain injury model systems study. Arch Phys Med Rehabil. 2013 Dec;94(12):2486-93. PMID: 23838239.

25. Yue JK, Vassar MJ, Lingsma HF, Cooper SR, Okonkwo DO, Valadka AB, Gordon WA, Maas AI, Mukherjee P, Yuh EL, Puccio AM, Schnyer DM, Manley And Track-Tbi Investigators Including GT, Casey SS, Cheong M, **Dams-O'Connor K**, Hricik AJ, Knight EE, Kulubya ES, Menon DK, Morabito DJ, Pacheco JL, Sinha TK.  Transforming research and clinical knowledge in traumatic brain injury pilot: multicenter implementation of the common data elements for traumatic brain injury. J Neurotrauma. 2013 Nov 15;30(22):1831-44. PMID: 23815563.
  - *Substantial contributions to data acquisition*
  - *Drafting article and revising it critically for important intellectual content*

24. Corrigan, JD, Bogner, J, Mellick, D, Bushnik, T, **Dams-O'Connor, K**, Hammond, FM, Hart, T, Kolakowsky-Hayner, S. Prior History of TBI among Persons in the TBI Model Systems National Database. Archives of Physical Medicine and Rehabilitation. 2013 Oct;94(10):1940-50. PMID: 23770276
  - *Conception and design of study*
  - *Substantial contributions to data analysis and interpretation*
  - *Drafting or revising critically important intellectual content*

23. Hirshson, C.I., Gordon, W.A., Singh, A., Ambrose, A., **Dams-O'Connor, K**., & Spielman, L.A. Mortality of elderly individuals with TBI in the first 5 years following injury. Neurorehabilitation 2013 32(2):225-32. PMID: 23535784
  - *Conception and design of study*
  - *Drafting or revising critically important intellectual content*

22. **Dams-O'Connor, K**., Spielman, L., Hammond, F., Sayed, N., Culver, C., & Diaz-Arrastia, R. An exploration of clinical dementia phenotypes among individuals with and without traumatic brain injury. Neurorehabilitation 2013 32(2):199-209. PMID: 23535782

21. Gavett, B.E., Crane, P.K., **Dams-O'Connor, K**. Bi-factor analyses of the Brief Test of Adult Cognition by Telephone. Neurorehabilitation. 2013 32(2):253-65. PMID: 23535786

20. Yi, A. & **Dams-O'Connor, K**. Psychosocial Functioning in Older Adults with TBI. Neurorehabilitation 2013 32(2):267-73. PMID: 23535787

19. **Dams-O'Connor, K**., Gordon, W.A. Integrating top-down and bottom-up interventions after traumatic brain injury: a synergistic approach to neurorehabilitation. Brain Impairment 2013 14(1): 51-62.

18. Sayed, N., Culver, C., Hammond, F., **Dams-O'Connor, K**., Diaz-Arrastia, R. Clinical Phenotype of Dementia after Traumatic Brain Injury. Journal of Neurotrauma, 2013 Feb 4. [Epub ahead of print] PMID: 23374007.
   - *Substantial contributions to data analysis and interpretation*
   - *Drafting or revising critically important intellectual content*

17. **Dams-O'Connor, K**., Gibbons, L.E., Bowen, J.D., McCurry, S.M., Larson, E.B., Crane, P.K. Risk for late-life re-injury, dementia and death among individuals with traumatic brain injury: a population-based study. Journal of Neurology, Neurosurgery, and Psychiatry, 2013 84(2):177-82. PMID: 23172868

16. Kozlowski, AJ; Pretz, CR; **Dams-O'Connor; K**; Kreider; Whiteneck, G. Applying individual growth curve models to evaluate change in rehabilitation. Archives of Physical Medicine and Rehabilitation. 2012 Aug 16. PMID: 22902887.
   - *Conception and design of study*
   - *Substantial contributions to data analysis and interpretation*
   - *Drafting or revising critically important intellectual content*

15. Pretz, CR; Kozlowski, AJ; **Dams-O'Connor, K**; Kreider, S; Cuthbert, JP; Corrigan, JD; Heinemann, AW; Whiteneck, G. Descriptive Modeling of Longitudinal Outcome Measures in Traumatic Brain Injury: A NIDRR Traumatic Brain Injury Model Systems Study. Archives of Physical Medicine and Rehabilitation. 2012 Aug 16. PMID: 22902888.
   - *Conception and design of study*
   - *Substantial contributions to data analysis and interpretation*
   - *Drafting or revising critically important intellectual content*

14. Tang, C., Eaves, E., **Dams-O'Connor, K**., Ho, L. Gordon, W., Pasinetti, G.M. Diffuse Disconnectivity in Traumatic Brain Injury: A Resting State fMRI and DTI study. Translational Neuroscience. 2012 3(1): 9-14. PMID: 23459252
   - *Substantial contributions to data acquisition*
   - *Substantial contributions to data analysis and interpretation*
   - *Drafting or revising critically important intellectual content*

13. Zhao W, Ho L, Varghese M, Yemul S, **Dams-O'Connor K**, Gordon W, Knable L, Freire D, Haroutunian V, Pasinetti GM. Decreased Level of Olfactory Receptors in Blood Cells Following Traumatic Brain Injury and Potential Association with Tauopathy. Journal of Alzheimers Disease. 2012 Dec 14. PMID: 23241557
   - *Conception and design of study*

60

- *Substantial contributions to data acquisition*
- *Drafting or revising critically important intellectual content*

12. Harrison-Felix, C., Kolakowsky-Hayner, S.A., Hammond, F.M., Wang, R., Englander, J., **Dams-O'Connor, K**., Kreider, S.E.D., Novack, T.A., Diaz-Arrastia, R. Mortality after surviving traumatic brain injury: Risks based on age groups. Journal of Head Trauma Rehabilitation. 2012 27(6):E45-E56. PMID: 23131970
- *Substantial contributions to data analysis and interpretation*
- *Drafting or revising critically important intellectual content*

11. Yuh, E.L., Mukherjee, P., Lingsma, H.F., Yue, J.K., Ferguson, A.R., Gordon, W.A., Valadka, A.B., Schnyer, D.M., Okonkwo, D.O., Mass, A.I.R., Manley, G.T., Benegar, A., Casey, S.S., Cheong, M., Cooper, S.R., **Dams-O'Connor, K**., Hricik, A.J., Inoue, T., Knight, E.E., Kulubya, E.S., Lawless, K., Morabito, D.J., Menon, D.K., Pacheco, J.L., Puccio, A.M., Sinha, T.K., Vassar, M.J. MRI Improves 3-Month Outcome Prediction in Mild Traumatic Brain Injury. Annals of Neurology. 2012 Oct 11. PMID: 23224915.
- *Substantial contributions to data acquisition*
- *Drafting or revising critically important intellectual content*

10. Lebowitz, M., **Dams-O'Connor, K**., Gordon, W., Spina, L., & Cantor, J. Feasibility of computerized brain plasticity-based cognitive training for deficits related to traumatic brain injury (TBI). Journal of Rehabilitation Research and Development. 2012 49(10): 1547-1556. PMID: 23516058
- *Conception and design of study*
- *Drafting or revising critically important intellectual content*

9. Ho, L., Zhao, W., **Dams-O'Connor, K**., Tang, C.Y., Gordon, W.A., Peskind, E.R., Yemul, S., Haroutunian, V., Pasinetti, G.M. Elevated plasma MCP-1 concentration following traumatic brain injury as a potential "predisposition" factor associated with an increased risk for subsequent development of Alzheimer's disease. Journal of Alzheimer's Disease. 2012 April 27.
- Substantial contributions to data acquisition
- *Substantial contributions to data analysis and interpretation*
- *Drafting or revising critically important intellectual content*

8. **Dams-O'Connor, K**. & Gordon, W.A. The role and impact of cognitive rehabilitation. Psychiatric Clinics of North America, 2010 33(4): 893-904. PMID: 21093684

7. **Dams-O'Connor, K**., Martin, J., & Martens, M. Social norms and alcohol consumption among intercollegiate athletes: the role of athlete and nonathlete reference groups. Addictive Behaviors. 2007 32:2657-2666.

6. Martens, M. P., Neighbors, C., Dams-O'Connor, K., Larimer, M. E., & Lee, C. M. The factor structure of a dichotomously scored Rutgers Alcohol Problems Index. Journal of Studies on Alcohol and Drugs. 2007 68:597-606.
- *Substantial contributions to data analysis and interpretation*
- *Drafting or revising critically important intellectual content*

61

5. Martens, M. P., **Dams-O'Connor, K**., & Duffy-Paiement, C. Comparing off-season versus in-season alcohol consumption among intercollegiate athletes. Journal of Sport and Exercise Psychology. 2006 28:502-510.
- *Conception and design of study*
- *Substantial contributions to data acquisition*
- *Substantial contributions to data analysis and interpretation*
- *Drafting or revising critically important intellectual content*

4. Martens, M. P., **Dams-O'Connor, K**., & Beck, N. C. A systematic review of college student-athlete drinking: Prevalence rates, sport-related explanations, and interventions. Journal of Substance Abuse Treatment. 2006 31:305-316.
- *Conception and design of study*
- *Substantial contributions to data acquisition*
- *Substantial contributions to data analysis and interpretation*
- *Drafting or revising critically important intellectual content*

3. Martens, M. P., **Dams-O'Connor, K**., Duffy-Paiement, C., & Gibson, J. T. Perceived alcohol use among friends and alcohol consumption among intercollegiate athletes. Psychology of Addictive Behaviors. 2006 20:171-184.
- *Conception and design of study*
- *Substantial contributions to data acquisition*
- *Substantial contributions to data analysis and interpretation*
- *Drafting or revising critically important intellectual content*

2. **Dams-O'Connor, K**., Martens, M. P., & Anderson, D. A. Alcohol-related consequences among women who want to lose weight. Eating Behaviors, 2006 7:188-195.

1. Tierney, A .J., Greenlaw, M. A., **Dams-O'Connor, K**., Aig, S. D., & Perna, A. M. Behavioral effects of serotonin and serotonin agonists in two crayfish species, Procambarus clarkia and Orconectes rusticus. Comparative Biochemistry and Physiology 2004 Part A 139: 495-502.
- *Substantial contributions to data acquisition*

**Book Chapters/Other publications**

1.  Cicerone K, Dams-O'Connor K, Eberle R, Frass M, Ganci K, Langenbahn D, Shapiro-Rosenbaum A, Tate R, & Trexler LE. (2023). ACRM Cognitive Rehabilitation Manual & Textbook, 2nd Edition.
2. Malec JF, Hammond FM, Dams-O'Connor K. (in press). Chronic Disease Management for Lifelong Living with Brain Injury, In J. Silver and N. Zasler The Textbook of Traumatic Brain Injury, 3rd Edition.
3. Dams-O'Connor, K. (2013). The Textbook of Traumatic Brain Injury: A Review. *Journal of Head Trauma Rehabilitation* 28(2): 155-158.
4. Haskins, E., Cicerone, K., Dams-O'Connor, K., Eberle, R., Langenbahn, D., Shapiro, A., Trexler, L. (2011). BI-ISIG Cognitive Rehabilitation Manual: Translating Evidence-Based

0177

Recommendations into Practice, First Edition. Reston, VA: ACRM Publishing.

5. Tsaousides, T., Dams-O'Connor, K., & Gordon, W.A. (2011).  Cognition in Mild Traumatic Brain Injury: Neuropsychological Assessment.  In: F.S. Zollman, ed. *Management of Traumatic Brain Injury.* New York: Demos Medical Publishing.

6. Cantor, J.B., Gordon, W.A., Dams-O'Connor, K., Tsaousides, T. (2011). Short-term intensive cognitive rehabilitation in OIF/OEF veterans – applying the STEP model. *Wounds of War: Coping with Blast-related traumatic brain injury in returning troops.* Amsterdam: IOS Press.

7. Dams-O'Connor, K. (2010).  Error recognition and error correction.  In J. S. Kreutzer, DeLuca, J., & Caplan, B. (Eds.) *Encyclopedia of Clinical Neuropsychology.* Heidelberg, Germany: Springer.

8. Dams-O'Connor, K. (2010).  Strategy substitution. In J. S. Kreutzer, DeLuca, J., & Caplan, B. (Eds.) *Encyclopedia of Clinical Neuropsychology.* Heidelberg, Germany: Springer.

9. Martens, M. P., Dams-O'Connor, K., & Kilmer, J. (2007). Alcohol and drug abuse among athletes: Prevalence, etiology, and interventions. In G. Tenenbaum & R. C. Eklund (eds.) *Handbook of Sport and Exercise Psychology* (3rd ed.) (pp. 859-878). Hoboken, NJ: John Wiley & Sons.

**INVITED LECTURES**

67. Dams-O'Connor K. (2024, June). The Late Effects of Traumatic Brain Injury: Evaluating Foundational Knowledge to Chart Future Landmarks. Keynote Speaker. Annual Symposium of the National Neurotrauma Society.  San Francisco, CA.

66. Dams-O'Connor K. (2023, September). Clinical & Pathological Signatures of Chronic Outcomes and Intervention Opportunities. Keynote Speaker. University of Reykjavik 25th Anniversary Celebration of STEM. Háskólinn í Reykjavík, Reykjavík, Iceland

65. Dams-O'Connor, K (2021, April). Long-Term Outcomes Following Traumatic Brain Injury. Mount Sinai Health System and New York Health+Hospitals/Elmhurst Combined Neurotrauma Conference. Virtual Webinar.

64. Dams-O'Connor, K (2021, February). Creating a Routing While You Are Stuck at Home. Brain Injury Association of America COVID-19 Video Series. Virtual Webinar.

63. Dams-O'Connor K, (2020, November). Post-Traumatic Neurodegeneration: Clinical Manifestations and Underlying Pathology. Friedman Brain Institute FBI Cyber Series. Virtual Webinar.

62. Dams-O'Connor K, Miller C, Crowley M (2021, April). Building Partnerships that Last: Working with TBI Model Systems. Virtual Webinar.

61. Dams-O'Connor, K (2020, November). Clinical Signatures and Neuropathological Correlates of Post-Traumatic Neurodegeneration. 10th Annual Arrowhead TBI Conference. Washington, DC.

63

60. Dams-O'Connor, K (2020, October). Chronic Traumatic Encephalopathy: New NINDS Consensus Diagnostic Criteria for Traumatic Encephalopathy Syndrome (Panelist). American Congress of Rehabilitation Medicine Annual Meeting (*virtual meeting*).

59. Dams-O'Connor, K (2020, October). Annual Chautauqua Memorial Lecture, Opioid Use Following TBI: A Perfect Storm (Chair). American Congress of Rehabilitation Medicine Annual Meeting (*virtual meeting*).

58. Dams-O'Connor, K (2020, May). Functional Outcome Trajectories following Inpatient Rehabilitation for TBI in the United States. Brain Injury Association of America Mitchel Rosenthal Annual Memorial Lecture (webinar).

57. Dams-O'Connor, K (2020, February). Late Life Sequelae of Remote TBI: Clinical Presentation and Disease Mechanisms. International Neuropsychological Society, Denver CO.

56. Dams-O'Connor, K (2020, February). Clinical Phenotype and Pathological Hallmarks of Moderate-Severe TBI: Defining Post-Traumatic Neurodegeneration. International Neuropsychological Society, Denver CO.

55. Dams-O'Connor, K (2019, November). Late Effects of Traumatic Brain Injury: Clinical and Pathological Implications of a Common Exposure. National Academy of Neuropsychology meeting, San Diego CA.

54. Dams-O'Connor, K (2019, November). Mechanisms and Neuropathology of Chronic Traumatic Encephalopathy. Annual Chautauqua Memorial Lecture, Chronic Traumatic Encephalopathy Current Understanding and Knowledge Gaps. American Congress of Rehabilitation Medicine, Chicago IL.

53. Dams-O'Connor, K (2019, September). Traumatic Brain Injury as a Chronic Condition: Risk for dementia and the role of comorbid conditions. Brown University Public Health Lecture Series.

52. Dams-O'Connor, K (2019, August). Leveraging Existing Aging Research Networks to study the association of TBI and AD/ADRD: The LEARN TBI-AD Study. NIH/NIA Advanced Psychometrics Methods Conference, Lake Tahoe, CA.

51. Dams-O'Connor, K (2019, April). Rehabilitation of Moderate-Severe TBI. American Academy of Neurology, Philadelphia PA.

50. Dams-O'Connor, K (2019, March). Emerging Topics Focus Area 1: TBI and Alzheimer's Disease/Alzheimer's Disease Related Dementias (AD/ADRD) Risk. Panel Chair, National Institutes of Health Alzheimer's Disease-Related Dementias Summit 2019: Research Challenges and Opportunities. Bethesda, MD.

49. Dams-O'Connor, K (2019, March). Methodological challenges and opportunities in the study of TBI as a risk factor for dementia Investigation of long-term outcomes of Traumatic Brain Injury: Statistical, Psychometric and Empirical methodologies. National Institutes of Health and

64

Veterans Administration Workshop on Traumatic Brain Injury as a Risk Factor for Dementia, Bethesda, MD.

48. Dams-O'Connor, K (2019, March). Post-traumatic Neurodegeneration, Alzheimer's Disease and Related Dementias. Grand Rounds Lecture, Mount Sinai Hospital and Mount Sinai Health System Departments of Neurology, New York NY.

47. Dams-O'Connor, K (2019, February). Geriatric TBI: Unique considerations for presentation and outcome. 8th Annual Arrowhead TBI Conference. Washington, DC.

46. Dams-O'Connor, K (2019, January). Investigation of long-term outcomes of Traumatic Brain Injury: Statistical, Psychometric and Empirical methodologies. Institute for Health Delivery Science lecture series, Icahn School of Medicine at Mount Sinai Departments of Biostatistics and Epidemiology, New York NY.

45. Dams-O'Connor, K (2018, November). Understanding the Impact of Comorbid Conditions on Outcomes from TBI (Discussant). American Congress of Rehabilitation Medicine Annual Meeting, Dallas TX.

44. Dams-O'Connor, K (2018, June). Post-traumatic Neurodegeneration: Knowns and Unknowns. Inaugural Lecture of Interdisciplinary Brain Research Series, Weill Cornell Medicine Departments of Neuroscience and Rehabilitation Medicine, New York NY.

43. Dams-O'Connor, K & Keene, C.D. (2018, June). The Late Effects of Traumatic Brain Injury Project: Methodological Overview and Preliminary Neuropathological Findings. 4th Federal Interagency Conference on TBI, Washington DC.

42. Dams-O'Connor, K (2018, May). Traumatic brain injury in sport and community: what the hype is all about. Colgate Reunion, Colgate University, Hamilton, NY.

41. Dams-O'Connor, K (2018, May). Late Effects of TBI in Women. CTE in the Female Brain: Researching Answers for Women Athletes, Veterans, and Brain Injury Survivors. Icahn School of Medicine at Mount Sinai, New York, NY.

40. Dams-O'Connor, K (2018, May). Geriatric Traumatic Brain Injury: Unique considerations for presentation and outcome. 8th Annual Traumatic Brain Injury Conference, Washington DC.

39. Dams-O'Connor, K (2017, December). Late Effects of Traumatic Brain Injury: Toward Clinicopathological Characterization. Neurosurgery Grand Rounds, Weill Cornell Medicine Department of Neurological Surgery, New York NY.

38. Dams-O'Connor, K (2017, December). Late Effects of Traumatic Brain Injury: Toward Clinicopathological Characterization. Neurosurgery Grand Rounds, Weill Cornell Medicine Department of Neurological Surgery, New York NY.

65

0181

37. Dams-O'Connor, K., MacDonald, C., Grafman, J., Edlow, B. (2017, July). Invited Panelist on Symposium; Late Effects of TBI. 34th Annual Meeting of the National Neurotrauma Society, Snowbird, Utah.

36. Dams-O'Connor, K (2017, March). Keynote Address; Health and Neurodegeneration: A Continuum of Aging after TBI. Brain Injury Alliance of New Jersey Annual Meeting, West Long Branch NJ.

35. Dams-O'Connor, K (2017, March). Long-term Health and Aging after TBI: A balanced view of current knowledge. Brain Injury Association of Massachusetts Annual Meeting, Marlborough MA.

34. Dams-O'Connor, K (2017, March). Keynote Address; Health and Neurodegeneration: A Continuum of Aging after TBI. Brain Injury Alliance of New Jersey Annual Meeting, West Long Branch NJ.

33. Dams-O'Connor, K (2017, March). Late Life Outcomes of TBI: The State of the Science. Keynote Lecture in Recognition of Brain Injury Awareness Month. Walter Reed Army Medical Center, National Intrepid Center for Excellence, Bethesda MD.

32. Dams-O'Connor K. Late Effects of TBI (LE-TBI) Consortium: A multidisciplinary team to advance understanding of TBI outcomes. Archives of Physical Medicine at Rehabilitation, October 2016 97(10): e13.

31. Dams-O'Connor K (2016, October). Late Life Outcomes of Traumatic Brain Injury: Defining the Disease. Rehabilitation Medicine Grand Rounds, Rusk Institute of Rehabilitation Medicine at NYU Langone Medical Center, New York NY.

30. Dams-O'Connor K (2016, September). Aging after Traumatic Brain Injury: Current Research and Clinical Applications. Charles Wang Community Center Grand Rounds. New York, NY.
29. Dams-O'Connor, K (2016, September). Health and Aging after TBI: A role for Prevention. National Association of State Head Injury Administrators: State of the States Conference. Columbus, OH.

28. Dams-O'Connor, K (2016, August). The Adult Changes in Thought Study: A study of TBI incidence and outcomes. Annual ACT Symposium, Seattle, WA.

27. Dams-O'Connor, K. (2016, April). Guidelines for the Rehabilitation and Chronic Disease Management of Traumatic Brain Injury: Preliminary findings from the Medical Outcomes Panel. Galveston Brain Injury Conference, Galveston TX.

26. Dams-O'Connor, K (2106, April). Research Program Overview: Brain Injury Research Center of Mount Sinai. Neurology Grand Rounds, Stonybrook University Medical Center, Stonybrook NY.

66

25. Dams-O'Connor, K. (2016, March). Rates and Reasons for Rehospitalization after Traumatic Brain Injury. The Eleventh World Congress of the International Brain Injury Association, The Hague, Netherlands.

24. Dams-O'Connor, K. (2016, March). Aging and Long Term Issues following TBI. Council on Brain Injury (CoBI)'s fifth annual conference, Pittsburgh, PA.

23. Dams-O'Connor, K (2014, June). *The Late Effects of Traumatic Brain Injury Project.* Invited lecture, Alzheimers Disease and Neurodegenerative Disorders Grand Rounds, Icahn School of Medicine at Mount Sinai, New York, NY.

22. Dams-O'Connor, K. (2014, April). *Heterogeneity in Long Term Outcomes after TBI: Current Knowledge and Future Directions.* Invited Lecture, 4th Annual TBI Conference, Washington DC.

21. Dams-O'Connor, K. (2014, March). *The Late Effects of Traumatic Brain Injury Project.* Invited lecture, World Congress on Traumatic Brain Injury, San Francisco, CA.

20. Dams-O'Connor, K. (2014, March). *TBI Research from Bench to Bedside: An overview of the Brain Injury Research Center of Mount Sinai.* Invited lecture, Burke Rehabilitation Hospital, White Plains, NY.

19. Dams-O'Connor, K. (2013, November). *Prior TBI affects 6 month outcomes in individuals presenting to Level 1 Trauma Centers with Mild TBI: A TRACK-TBI study.* Symposium, Annual Meeting of the American Congress of Rehabilitation Medicine, Orlando, FL.

18. Dams-O'Connor, K. (2013, November). *Introduction to Longitudinal Data Analysis in Rehabilitation Research.* Training activity, Annual Meeting of the American Congress of Rehabilitation Medicine, Orlando, FL.

17. Dams-O'Connor, K. (2013, August). *Traumatic Brain Injury in the Adult Changes in Thought Study.* ADPR/ACT Symposium, Seattle, WA.

16. Dams-O'Connor, K. (2013, April). *Cognitive Rehabilitation Manual Training.* Training activity, Mid-Year Meeting of the Brain Injury Interdisciplinary Special Interest Group of the American Congress of Rehabilitation Medicine, Baltimore, MD.

15. Dams-O'Connor, K. (2012, October). *Introduction to Longitudinal Analysis with Non-continuous Outcomes.* Training activity, Annual Meeting of the American Congress of Rehabilitation Medicine, Vancouver, BC, Canada.

14. Dams-O'Connor, K. (2012, October). *Cognitive Rehabilitation Manual Training.* Training activity, Annual Meeting of the American Congress of Rehabilitation Medicine, Vancouver, BC, Canada.

13. Dams-O'Connor, K. (2012, May). *Cognitive Rehabilitation Manual Training.* Training activity, Mid-Year Meeting of the Brain Injury Interdisciplinary Special Interest Group of the

American Congress of Rehabilitation Medicine, Nashville, TN.

12. Dams-O'Connor, K. (2012, April). *Long-term outcomes after TBI.* Department of Rehabilitation Medicine Grand Rounds, Mount Sinai School of Medicine, New York, NY.

11. Dams-O'Connor, K. (2012, March). *Late effects of TBI: Re-injury, Dementia, and Death.* Colloquium, Indiana University School of Medicine, Indianapolis, IN.

10. Dams-O'Connor, K. (2012, March). *Associations between Lifetime TBI History and Re-injury, Dementia, and Death.* 40th Annual Meeting of the International Neuropsychological Society, Montreal, QC, Canada.

9. Dams-O'Connor, K. (2011, Sept.) *Implementing a Comprehensive Neurorehabilitation Intervention for Military Personnel.* Invited Lecture and Workshop, Boston Veterans Affairs Medical Center, Boston, MA.

8. Dams-O'Connor, K. (2011, Sept.) *Screening for Concussion History in Collegiate Athletes.* Invited Lecture, New York State Traumatic Brain Injury Services Coordinating Council, Albany, NY.

7. Dams-O'Connor, K. (2010, May). *The Impact of Multiple Concussions: Implications of the research on clinical practice.* Lecture, Predoctoral Internship Training Program Seminar Series, Rusk Institute of Rehabilitation Medicine, New York, NY.

6. Dams-O'Connor, K. (2010, March). *Integrating Top-Down and Bottom-Up Interventions in Comprehensive Neurorehabilitation for TBI: A Synergistic Approach.* Paper presented at the Eighth World Congress on Brain Injury in Washington, DC.

5. Dams-O'Connor, K. (2009, Feb.). *Cognitive Rehabilitation of Individuals with Low Awareness of Deficits.* Lecture, Predoctoral Internship Training Program Seminar Series, Rusk Institute of Rehabilitation Medicine, New York, NY.

4. Dams-O'Connor, K. (2009, April.). *Cognitive Rehabilitation of Post-TBI Speech and Language Deficits.* Lecture, Predoctoral Internship Training Program Seminar Series, Rusk Institute of Rehabilitation Medicine, New York, NY.

3. Dams-O'Connor, K. (2006, April). Media and Body Image: Shaping the lens through which we view the media. Presented as a part of Eating Disorder Awareness Week, University at Albany, Albany, NY.

2. Dams-O'Connor, K. (2005, October). Womens Mental and Physical Health. Presented and chaired panel at the Colgate University Women's Summit: "Life Choices, Our Voices, Colgate Women Speak," Hamilton, NY.

68

1. Dams-O'Connor, K. (2002). *The Impact of Idealized Body Types on the Development of Self-Attribution,* Paper presented at the Finger Lakes Undergraduate Psychology Conference, Syracuse NY.

## VOLUNTARY PRESENTATIONS

78. Williams E, Varga A, Dams-O'Connor K. Similarities of Sleep Macrostructure in Cognitively Normal Elderly and Patients with Traumatic Brain Injury. Sleep 2021 (Virtual).

77. Silverberg N, Wethe J, Iverson G, Delmonico R, Brown J, Dams-O'Connor K, Cogan AM, McKinney G, Iaccarino MA, Reed N, Kajankova M, Rabinowitz A, Nagele D, McCrea M, Panenka W, Graf MJ, Kamins J, McCullough K. (2020, October). Updated ACRM Case Definition of Mild Traumatic Brain Injury, Paper presented at the Annual Meeting of the American Congress of Rehabilitation Medicine.

76. Evas E, Gutman R, Shan M, Devone F, Kumar R, Resnik L, Dams-O'Connor K, Zonfrillo MR, Lueckel S, Thomas K. Factors associated with successful discharge among older adults with traumatic brain injury in skilled nursing facilities. Paper presented at the Annual Meeting of the American Congress of Rehabilitation Medicine.

75. Garcia A, Rlejic T, Silva MA, Miles S, Kretzmer T, Belanger H, Dams-O'Connor K, Nakase-Richardson R. Predictors of Neurobehavioral Symptoms After TBI for Special Operations Forces (SOF) vs Non-SOF Service Members/Veterans: A VA TBI Model Systems Study. Paper presented at the Annual Meeting of the American Congress of Rehabilitation Medicine.

74. Starosta A, Adams R, Marwitz JH, Monden KR, Dams-O'Connor K, Hoffman J, Kreutzer J. Scoping Review of Opioid Use Following TBI. Paper presented at the Annual Meeting of the American Congress of Rehabilitation Medicine.

73. Cotner, B. A., O'Connor, D. R., Silva, M. A., Miles, S., Dams-O'Connor, K., Hammond, F. M., Carlozzi, N. E., Arciniegas, D. B., Tang, X., Nakase-Richardson, R. Rehabilitation Needs of Veterans and Service Members with Traumatic Brain Injury: A Qualitative Study. *Archives of Physical Medicine and Rehabilitation*, 2020, Vol. 101, Issue 12, e131.

72.  Cotner, B. A., O'Connor, D. R., Silva, M. A., Carlozzi, N. E., Finn, J. A., Hammond, F. M, Hoffman, J. M., Chung, J. S., Nakase-Richardson, R. Barriers and Facilitators for Veterans with TBI to Access Health Care: A VA TBI Model System Study. Poster accepted to the American Congress for Rehabilitation Medicine, October 21-24, 2020, Atlanta, GA.

71. Mac Donald C, Keene L, Edlow BL, Dams-O'Connor K, Keene CD. Image-guided neuropathological tissue sectioning for traumatic brain injury research. National Neurotrauma Symposium Annual Meeting, 2019: A11-15.

69

70. Diamond B, Mac Donald C, Tang C, Snider S, Fischl B, Dams-O'Connor K*, Edlow BL*. Optimizing the accuracy of cortical volumetric analyses in traumatic brain injury. National Neurotrauma Symposium Annual Meeting, 2019: A11-05.

69. Greisman J, Sy KT, Bannon S, Watson E., & Dams-O'Connor K. Rehabilitation Outcomes at 1 and 2 years Post-TBI Among Civilians and Military Service Members in the TBI Model System National Database. 47th Annual Meeting of the International Neuropsychological Society, February 2019, New York, NY.

68. Landau A, Sy KT, Bannon S, Watson E, & **Dams-O'Connor K**. Feasibility of the Brief Test of Adult Cognition by Telephone (BTACT) in Individuals in post-traumatic amnestic states after recovery from Moderate-Severe TBI. 47th Annual Meeting of the International Neuropsychological Society, February 2019, New York, NY.

67. Swenson C, Bannon S, Lee E, Sy KT, Escalon M & **Dams-O'Connor K.** Utility of Postmortem Verbal Autopsy Interview in Traumatic Brain Injury (TBI) Research. 47th Annual Meeting of the International Neuropsychological Society, February 2019, New York, NY.

66. **Dams-O'Connor K**, Ketchum JM, Hart T, Nakase-Richardson R. Traumatic Brain Injury as a Chronic Condition: overview of findings from the Civilian and Veteran TBI Model Systems. Archives of Physical Medicine and Rehabilitation, October 2017 Vol. 98, Issue 10, e4.

65. Landau A, **Dams-O'Connor K**. Rates and Reasons for Rehospitalization up to 10 Years post-TBI: A TBI Model Systems Study. Archives of Physical Medicine and Rehabilitation, October 2017 Vol. 96, Issue 10, e7.

63. Sy KT, Landau A, **Dams-O'Connor K**. Feasibility of a Telephone-Administered Cognitive Test in Individuals with Moderate-Severe TBI: A TBIMS Study. Archives of Physical Medicine and Rehabilitation, October 2017 Vol. 98, Issue 10, e8–e9.

62. **Dams-O'Connor K**, Ketchum J. et al. Functional Outcome Trajectories after TBI in a Nationally Representative Weighted Dataset. Archives of Physical Medicine and Rehabilitation, October 2017 Volume 98, Issue 10, e5 - e6.

60. Nelson L, Kajankova M, **Dams-O'Connor K**. Cognition and Mood in a Clinically Fatigued Sample of Individuals with Traumatic Brain Injury. Archives of Physical Medicine and Rehabilitation, October 2017 Volume 97, Issue 10, e59.

59. McPhee J, Flannery E, **Dams-O'Connor K**. Recruiting for a Traumatic Brain Injury Brain Donation Study. Archives of Physical Medicine and Rehabilitation, October 2017 Volume 97, Issue 10, e43.

57. Guetta G, Sy KT, **Dams-O'Connor K**. Outcomes Associated with High and Low Chronic Disease Burden in Adults with TBI. Archives of Physical Medicine and Rehabilitation, October 2017 Volume 97, Issue 10, e36.

70

56. Lee E, Watson E, **Dams-O'Connor K**. Positive Affect as a Mediator of the Relationship Between Social Contact and Subjective Health. Archives of Physical Medicine and Rehabilitation, October 2017 Volume 98, Issue 10, e11.

55. Sy KT, Spielman L, **Dams-O'Connor K**. One-year Test-Retest Reliability of Collegiate Athletes' Self-Report of Traumatic Brain Injury. Archives of Physical Medicine and Rehabilitation, October 2017 Volume 97, Issue 10, e42.

54. McPhee J, Flannery E, Gordon WA, **Dams-O'Connor K**. Recruiting for a Traumatic Brain Injury Brain Donation Study. Archives of Physical Medicine and Rehabilitation, October 2016 Vol. 97, Issue 10, e43

53. **Dams-O'Connor K**, Landau A, St De Lore J, Hoffman J. Access, Barriers, and Health Care Quality after Brain Injury: Insiders' Perspectives. Archives of Physical Medicine and Rehabilitation, October 2016 Vol. 97, Issue 10, e129

52. Guetta G, Sy KT, Spielman LA, **Dams-O'Connor K**. Outcomes Associated with High and Low Chronic Disease Burden in Adults with TBI. Archives of Physical Medicine and Rehabilitation, October 2016 Vol. 97, Issue 10, e36

51. Sy KT, Spielman LA, Wellington R, **Dams-O'Connor K**., One-year Test-Retest Reliability of Collegiate Athletes' Self-Report of Traumatic Brain Injury. Archives of Physical Medicine and Rehabilitation, October 2016 Vol. 97, Issue 10, e42

50. Nelson L, Kajankova M, Spielman LA, **Dams-O'Connor K**. Cognition and Mood in a Clinically Fatigued Sample of Individuals with Traumatic Brain Injury. Archives of Physical Medicine and Rehabilitation, October 2016 Vol. 97, Issue 10, e59

49. Fedor A, Spielman L, Krellman J, Dams-O'Connor K, Dijkers M, Gordon WA. Patterns of Exercise Participation in Individuals with Traumatic Brain Injury (TBI). Archives of Physical Medicine and Rehabilitation, October 2016 Vol. 97, Issue 10, e57

48. Richardson R., Hammond F, & **Dams-O'Connor, K**. (2015, October). Healthcare Utilization Following Brain Injury in Veterans: Perspectives from the VA and the Private Sector. Annual Meeting of the American Congress of Rehabilitation Medicine, Dallas, TX.

47. **Dams-O'Connor, K**. & Landau, A. (2015, October). Rates and Reasons for Rehospitalization up to 10 years post TBI: A NIDILRR TBI Model Systems Study. Annual Meeting of the American Congress of Rehabilitation Medicine, Dallas, TX.

46. Glenn MB & **Dams-O'Connor, K**. (2014, October). Aging and Long-Term Issues Following Traumatic Brain Injury Annual Meeting of the American Congress of Rehabilitation Medicine, Toronto, ON.

45. Kozlowski A, Dams-O'Connor K, Ouellet MC, Cuthbert J, & Pretz C. (2014, October).

71

Longitudinal Outcome Models in Traumatic Brain Injury and Spinal Cord Injury: From Research to Practice Annual Meeting of the American Congress of Rehabilitation Medicine, Toronto, ON. Canada.

44. Kajankova, M., Goudsmit, N., Storholm, E., & **Dams-O'Connor, K**. (2012, Oct.). *Self-perception and identity development among TBI survivors according to stage of development at injury.* Poster presented at the 89th Annual Meeting of the American Congress of Rehabilitation, Vancouver BC. **Winner of 2012 Early Career Poster Award**

43. Storholm, E. D., Goudsmit, N., Kajankova, M., & **Dams-O'Connor, K**. (2012, Oct.). *Depression as a mediator of the relation between behavioral disinhibition and substance abuse among individuals with traumatic brain injury (TBI).* Poster presented at the 89th Annual Meeting of the, American Congress of Rehabilitation Medicine. Vancouver, BC. **Winner of David Strauss, Ph.D., Memorial Award**

42. D'Antonio, E., Nguyen, M., Spielman, L, Cantor, J., Tsaousides, T., Dams-O'Connor, K., & Gordon, W. (2012, Oct.) *Depression after traumatic brain injury: A comparison of treatment responses to two psychotherapeutic modalities.* Poster presented at the 89th Annual Meeting of the American Congress of Rehabilitation Medicine, Vancouver, BC.

41. Nichols, A., Spielman, L., Tsaousides, T., Cantor, J., Gordon, W., Wellington, R., & **Dams-O'Connor, K**. (2012, Oct.). *Lifetime concussion history and symptom report among collegiate athletes.* Poster presented at the 89th Annual Meeting of the American Congress of Rehabilitation Medicine, Vancouver, BC.

40. Walker, K., & **Dams-O'connor, K**. (2012, Oct.). *The moderating role of alcohol misuse on functioning 10 years after traumatic brain injury.* Poster presented at the 89th Annual Meeting of the American Congress of Rehabilitation Medicine, Vancouver, BC.

39. Mitchell, T. Spielman, L., Gordon, W.A., **Dams-O'Connor, K**. (2012, Oct.). *Objective and subjective symptoms in individuals with unidentified TBI.* Poster presented at the 89th Annual Meeting of the American Congress of Rehabilitation Medicine, Vancouver, BC.

38. Goldin-Lauretta, Y., Dams-O'Connor, K. Hirshson, C.I., & Gordon, W.A. (2011, Oct.) *Screening for TBI.* Symposium, American Congress of Rehabilitation Medicine, Atlanta, GA. NY.

37. Pasinetti, G.M., Dams-O'Connor, K. Lange, G., Ghajar, J. (2011, June). *Biomarker Discovery In Traumatic Brain Injury And Future Applications In Personalized Medicine.* Symposium presented at the 3rd Federal Interagency Conference on Traumatic Brain Injury, Washington DC.

36. **Dams-O'Connor, K**., Gibbs, M.C., Ferrier-Auerbach, A., & Yi, A. (2011, June). *Theoretical And Empirical Evidence For Comprehensive Co-Treatment Of Individuals Dually Diagnosed With TBI And PTSD.* Symposium presented at the 3rd Federal Interagency Conference on Traumatic Brain Injury, Washington DC.

35. **Dams-O'Connor, K**., Saunders, G., & Mahncke, H. (2011, June). *Plasticity-based Computerized Training: A novel approach to Cognitive Rehabilitation for Traumatic Brain Injury.* Symposium presented at the 3rd Federal Interagency Conference on Traumatic Brain Injury, Washington DC.

34. Wellington, R., Dams-O'Connor, K., Guskiewicz, K., Ghajar, J. (2011, June). *Novel Approaches to the Measurement and Characterization of Sport-related Mild Traumatic Brain Injury.* Symposium presented at the 3rd Federal Interagency Conference on Traumatic Brain Injury, Washington DC.

33. Goudsmit N, Dorantes C, Nguyen M, Cantor J, Tsaousides T, Gordon W, **Dams-O'Connor K**. (2011, October) *Perceptions of deficits over time among traumatic brain injury survivors: a content analysis*. Poster presented at the 88th Annual Meeting of the American Congress of Rehabilitation Medicine, Atlanta, GA.

32. Dorantes C, Goudsmit N, Nguyen M, Cantor J, Tsaousides T, **Dams-O'Connor K**. (2011, October). *Content analysis of goal setting among traumatic brain injury survivors*. Poster presented at the 88th Annual Meeting of the American Congress of Rehabilitation Medicine, Atlanta, GA.

31. Hirshson C, Josama P, Dams-O'Connor K, Cantor J, Tsaousides T, Spielman L, Gordon W. (2011, October). *Mortality after traumatic brain injury in an older and ethnically diverse urban population*. Poster presented at the 88th Annual Meeting of the American Congress of Rehabilitation Medicine, Atlanta, GA.

30. Balzano J.E., Spielman L, Tsaousides T, Cantor J, **Dams-O'Connor K**. (2011, October). *Longitudinal changes in self-reported quality of life among individuals with TBI 10-55 years post-injury*. Poster presented at the 88th Annual Meeting of the American Congress of Rehabilitation Medicine, Atlanta, GA.

29. Josama P, Hirshson C, Cantor J, Dams-O'Connor K, Tsaousides T. (2011, October). Cause of injury and mortality after traumatic brain injury in an older adult population. Poster presented at the 88th Annual Meeting of the American Congress of Rehabilitation Medicine, Atlanta, GA.

28. **Dams-O'Connor, K**, Kulubya, E.S., Gordon, W.A., Yue, J., Puccio, A., Okonkwo, D.O.; Valadka, A, Manley, G. (2011, July). Predicting TBI outcomes in the Transforming Research and Clinical Knowledge in Traumatic Brain Injury (TRACK-TBI) study. Poster presented at the 29th Annual Meeting of the National Neurotrauma Society, Fort Lauderdale, FL.

27. Tang, C.Y., Eaves, E., Dams-O'Connor, K., Ho, L., Carpenter, D., Ng, J., Gordon, W., Pasinetti, G.M.P. (2011, May). *Traumatic Brain Injury: Abnormal fractional anisotropy in the corpus callosum and its correlation with injury severity*. Poster presented at the 19th Annual International Society for Magnetic Resonance in Medicine (ISMRM) Meeting, Montreal, Canada.

26. Ho, L., Dams-O'Connor, K., Tang, C.Y., Pan, Y., Rooney, R.J., Fivecoat, H., Gordon, W.A., Pasinetti, G.M.P. (2012, April). *Multidisciplinary assessment of clinical changes from chronic traumatic encephalopathy following traumatic brain injury (TBI)*. Poster presented at the 63rd Annual meeting of the American Academy of Neurology, Honolulu Hawaii.

25. **Dams-O'Connor, K.**, Hirshson, C., Yi, A., & Gordon, W.A. (2010, October). *Usefulness of Conventional Severity Classification in Determining Objective and Subjective TBI-related Symptoms Many Years Post-Injury.* Poster presented at the annual convention of American Congress of Rehabilitation Medicine, Montreal.

24. Hirshson, C., Dams-O'Connor, K., Yi, A., & Gordon, W.A. (2010). *Age-Related Differences in Self-Reported Symptoms of Traumatic Brain Injury (TBI) using the Brain Injury Screening Questionnaire (BISQ).* Poster to be presented at the annual convention of American Congress of Rehabilitation Medicine, Montreal.

23. Gordon, W.A., Ashman, T., Cantor, J., Tsaousides, T. and **Dams-O'Connor, K**. (2010, October). *Executive Plus, a Comprehensive Neurorehabilitation Program: Theoretical Foundations and Clinical Implementation.* Lecture, Annual Convention of American Congress of Rehabilitation Medicine, Montreal.

22. Goldin-Loretta, Y. & **Dams-O'Connor, K**. (2010, June). *Intimacy and Reproductive Health after Traumatic Brain Injury* Lecture, 28th Annual Conference of the Brain Injury Association of New York State, Albany, NY.

21. **Dams-O'Connor, K.**, Lebowitz, M. (2010, January). *Theoretical Evolution and Practical Applications of Traumatic Brain Injury Rehabilitation*. Lecture, Burke Rehabilitation Hospital, White Plains, NY.

20. **Dams-O'Connor, K**., Belkonen, S. (2009, June). *Exercise After Traumatic Brain Injury: Can it Work for You?* Workshop, 27th Annual Conference of the Brain Injury Association of New York State, Albany, NY.

19. **Dams-O'Connor, K**., Lebowitz, M., Cantor, J., Spina, L., & Gordon, W.A. (2010). *Brain Plasticity-Based Cognitive Skill-Building for Individuals with Traumatic Brain Injury (TBI).* Poster presented at the Eighth World Congress on Brain Injury in Washington, DC.

18. **Dams-O'Connor, K**., Tsaousides, T., & Newville, H. (2010). *Measuring Rehabilitation Readiness after TBI: A Psychometric Overview of the URICA-TBI*. Poster presented at the Eighth World Congress on Brain Injury in Washington, DC.

17. **Dams-O'Connor, K**., Tsaousides, T., & Newville, H. (2010). *The Relative Utility of the URICA-TBI and the SADI as a Rehabilitation Readiness Screening Tool*. Poster presented at the annual convention of the International Neuropsychological Society in Acapulco, Mexico.

16. **Dams-O'Connor, K**., Yi, A.S., Spielman, L.S., Hirshson, C.I., Ashman, T., Gordon, W.A. (2010). *The Factor Structure of the Brain Injury Screening Questionnaire (BISQ).* Poster

0189

presented at the annual convention of the International Neuropsychological Society in Acapulco, Mexico.

15. **Dams-O'Connor, K**., Yi, A.S., Spielman, L.S., Hirshson, C.I., Cantor, J.B., Gordon, W.A. (2010). *Ethnic Group Differences in Symptom Reporting on the Brain Injury*. Poster presented at the annual convention of the International Neuropsychological Society in Acapulco, Mexico.

14. **Dams-O'Connor, K**., Lebowitz, M., Cantor, J., & Spina, L. (2009*). Feasibility of a Computerized Cognitive Skill-building Program in an Inpatient TBI Rehabilitation Setting.* Poster presented at the annual convention of American Congress of Rehabilitation Medicine, Denver, CO.

13. Yi, A., Dams-O'Connor, K., Cantor, J. B., Ashman, T., & Tsaousides, T (2009*). A Proposed Model: Understanding Adjustment to Traumatic Brain Injury (TBI)*. Poster presented at the annual convention of American Congress of Rehabilitation Medicine, Denver, CO.

12. Lebowitz, M., Cantor, J., Dams-O'Connor, K ; Ashman, T., Tsaousides, T., Spielman, L., Gordon, W., & Spina, L. (2009*). Examining the usability of a computerized cognitive training program in people with traumatic brain injury (TBI): A pilot study.* Poster presented at the annual convention of American Congress of Rehabilitation Medicine, Denver, CO.

11. Tsaousides, T., & **Dams-O'Connor, K**. (2009). *The URICA-TBI as a measure of rehabilitation readiness after TBI.* Poster presented at the annual convention of American Psychological Association Division 22: Rehabilitation Psychology, Jacksonville, FL.

10. Yi, A. S., Dams-O'Connor, K., Cantor, J., Spielman, L., & Ashman, T. (2009). *The Impact of Fatigue on Cognitive Functioning after a TBI.* Poster presented at the annual convention of American Psychological Association Division 22: Rehabilitation Psychology, Jacksonville, FL.

9. Yi, A. S., Dams-O'Connor, K., & Cantor, J. (2009). *Using the NAART to estimate premorbid intelligence in a TBI population.* Poster presented at the annual convention of American Psychological Association Division 22: Rehabilitation Psychology, Jacksonville, FL.

8. Mascialino, G., Lewis, K., Dams-O'Connor, K., Cantor, J., & Hirshson, C. (2009). *Differences in perceptions of quality of life after traumatic brain injury in Whites, Hispanics, and African-Americans.* Poster presented at the annual convention of American Psychological Association Division 22: Rehabilitation Psychology, Jacksonville, FL.

7. Langenbahn, D.M., Peery, S., Rodriguez, I.A., Dams-O'Connor, K., & Payton, G. (2008, October). *Neuropsychological Rehabilitation of a Hispanic Woman with Seizure Disorder.* Poster presented at the annual conference of the National Academy of Neuropsychology, New York, NY.

6. **Dams-O'Connor, K**., Duffy-Paiement, C., Martin, J., & Martens, M. P. (2006, August). *Social Norms and Alcohol Consumption Among Intercollegiate Athletes: the Role of Athlete and*

75

0190

*Nonathlete Reference Groups.* Poster presented at the annual meeting of the American Psychological Association, New Orleans, LA.

5. Martens, M. P., Dams-O'Connor, K., & Duffy-Paiement, C. (2006, August). *In Versus Off-Season Drinking Among Intercollegiate Athletes*. Poster presented at the annual meeting of the American Psychological Association, New Orleans, LA.

4. **Dams-O'Connor, K**., Duffy-Paiement, C., Gibson, J. T., & Martens, M. P. (2005, November). Social norms and alcohol consumption among intercollegiate athletes. Poster presented at the annual meeting of the Association for the Advancement of Behavior Therapy, Washington, D.C.

3. **Dams-O'Connor, K**. & Martens, M. P. (2005, November). *Alcohol Use and Negative Consequences along a Disordered Eating Continuum*. Poster presented at the Association for Advancement of Behavior Therapy, Washington, D.C.

2. **Dams-O'Connor, K**. & Martens, M. P. (2005, August). *Negative Alcohol-Related Consequences Among Women who Want to Lose Weight*. Poster presented at the National Convention of the American Psychological Association, Washington, D.C.

1. **Dams-O'Connor, K**. & Tierney, A. J. (2003, March). *Posture, Agonistic and Motor Behavior in Crayfish: Effects of 5HT-1 & 5HT-2 Receptor Agonists.* Poster presented at the National Conference of Undergraduate Research, Salt Lake City, UT.

## PRESS COVERAGE, MEDIA RESOURCES AND EDUCATIONAL MATERIALS

https://www.gla.ac.uk/news/headline_1017084_en.html

https://reports.mountsinai.org/article/rehab2023-02-dams-oconnor

https://www.mountsinai.org/about/newsroom/2022/brain-injury-research-center-at-mount-sinai-awarded-eight-million-from-the-national-institutes-of-health-to-investigate-post-traumatic-brain-injury-neurodegeneration

https://www.youtube.com/watch?v=j3XNd-EtDP8

https://www.kazu.org/npr-news/2022-02-11/cte-might-be-used-as-a-legal-defense-more-often-as-research-into-the-disorder-evolves

https://thefederalist.com/2022/02/07/brian-flores-lawsuit-against-the-nfl-will-only-damage-black-head-coaches/

https://www.medscape.com/viewarticle/964345

https://www.washingtonpost.com/sports/2021/08/02/race-norming-nfl-concussion-settlement/

76

https://www.mountsinai.org/about/newsroom/podcasts/road-resilience/body-heals-mind

https://www.medpagetoday.com/meetingcoverage/aanvideopearls/81037

https://www.webmd.com/first-aid/news/20180919/1-in-6-americans-over-40-has-been-knocked-out

https://www.alzforum.org/news/conference-coverage/nih-summit-sets-agenda-ad-related-dementias

https://www.usnews.com/news/health-news/articles/2019-07-24/ex-nfl-player-helps-researchers-probe-long-term-effects-of-head-injuries

https://www.sandiegouniontribune.com/sports/story/2019-05-11/cte-sports-brain-injuries-mt-sinai-daniel-carcillo-hayley-hodson

https://www.northjersey.com/story/news/new-jersey/2019/04/29/concussions-nj-schools-dont-follow-same-reporting-recording-protocol/3485733002/

NIH Summit Sets Agenda for AD-Related Dementias

https://www.popsci.com/parkinsons-disease-brain-injury-concussion

https://www.medscape.com/viewarticle/895392

https://www.everydayhealth.com/concussion/living-with/support-groups-help-tbi-survivors-with-recovery/

https://www.everydayhealth.com/concussion/living-with/support-groups-help-tbi-survivors-with-recovery/

https://www.everydayhealth.com/concussion/living-with/tbi-survivors-share-their-journey-back-work

http://miami.cbslocal.com/2017/09/20/youth-tackle-football-brain-damage/

http://www.icontact-archive.com/NsBpmvLZIc8EXYklWmZKhwUYwYOPqavF?w=4

Video coverage of Congressional Energy and Commerce Committee Hearing on Mixed Martial Arts (November 9, 2017):
https://www.youtube.com/watch?time_continue=4615&v=S03Z6a2ABWk

https://www.mmafighting.com/2017/11/7/16621656/randy-couture-ufc-marc-ratner-ali-act-at-u-s-house-of-representatives-subcommittee-hearing

77

http://newsok.com/article/5571575/former-fighter-markwayne-mullin-advocates-protections-for-mixed-martial-artists

https://www.medscape.com/viewarticle/870935

https://www.medpagetoday.com/neurology/headtrauma/64940

http://newyork.cbslocal.com/2017/09/19/football-study/

http://miami.cbslocal.com/2017/09/20/youth-tackle-football-brain-damage/

https://www.medscape.com/viewarticle/870935

http://www.mountsinai.org/about-us/newsroom/press-releases/the-brain-injury-research-center-at-mount-sinai-appoints-new-director-

Dams-O'Connor, K (2016). Dig Deep: A rehabilitation neuropsychologist reflects on the strength and resilience of people living with traumatic brain injury. Neurology Now. https://journals.lww.com/neurologynow/Fulltext/2015/11050/Dig_Deep__A_rehabilitation_neuropsychologist.35.aspx

https://www.sciencedaily.com/releases/2016/04/160419104157.htm

http://news.health.com/2015/11/17/ronda-rousey-head-kick-health-consequences/

http://www.columbiachronicle.com/health_and_tech/article_1f0d4234-f06d-11e4-b5f4-6f1cdb9897c8.html

http://consumer.healthday.com/senior-citizen-information-31/misc-aging-news-10/brain-injuries-in-older-age-could-boost-dementia-risk-study-finds-693098.html

http://www.medicaldaily.com/can-head-injury-lead-alzheimers-scans-show-brain-develops-plaque-after-head-trauma-262684

http://health.usnews.com/health-news/news/articles/2013/01/04/brain-injury-doesnt-raise-dementia-risk-for-most-study

http://www.newswise.com/articles/new-research-on-the-effects-of-traumatic-brain-injury-tbi-in-older-adults

Dams-O'Connor, K (2015). Traumatic Brain Injury. Public Health Minute. https://soundcloud.com/publichealthminute/traumatic-brain-injury-dr-kristen-dams-oconnor.

78

<u>Dr. Dams-O'Connor Prior Testimony in Past 4 Years</u>

1. *Nevins v. Six Flags Entertainment Corp.*; Kings County Supreme Court; Index No. 519062/2017

Kristen Dams-O'Connor, Ph.D.
One Gustave Levy Place Box 1163
New York, NY 10029
(212) 241-7587
(212) 241-0137
SS #: 070 66 2643

## STATEMENT FOR LEGAL SERVICES RENDERED

To:    Cody Warner, Esq
       Cody Warner P.C.
       11 Broadway suite 615
       New York, NY 10004
       (212) 627-3184

Date: July 11, 2025

Name of Client: **Peter Piatetsky**

| DATE | SERVICE RENDERED | HOURS | RATE | TOTAL |
|------|------------------|-------|------|-------|
| May 2025 | Review of medical records | 2 | 800/hr | $ 1600 |
| May 21, 2025 | Clinical interview | 2 | 800/hr | $ 1600 |
| May 21, 2025 | Compilation of interview notes | 1 | 800/hr | $ 800 |
| June 2025 | Review of medical records | 4 | 800/hr | $ 3200 |
| June 2025 | Review of surveillance footage | 1 | 800/hr | $ 800 |
| July 11, 2025 | Compilation of written report | 5 | 800/hr | $ 4000 |

|  |  |
|--|--|
| TOTAL | $12,000 |
| Less Retainer | - $8,000 |
|  | **$4,000** |

**Total Amount Due Upon Receipt:  $4,000**