**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NEW YORK 10007-1581
(212) 805-6325

CHAMBERS OF
**COLLEEN McMAHON**
UNITED STATES DISTRICT JUDGE

CIVIL CASE :     Peter Piatetsky v. The Port Authority of New York and New Jersey, et al.,
                 24-cv-9136 (CM)

FROM:            Judge McMahon   CM

RE:              Clarification

DATE:            April 28, 2026

---

Dear Counsel:

I am experiencing some confusion and I would like clarification so that I do not misunderstand the facts or get things wrong.

When Mr. Piatetsky approached an entrance to the Holland Tunnel, was it the entrance that feeds into the tunnel from Broome Varick Street I(Freeman Plaza North) or from Canal Street? If the former, was he riding his unicycle south on Varick or West on Broome when he reached the entrance to the tunnel? If the latter, was he riding east or west on Canal, or coming north up Hudson? IF I am entirely wrong, will someone please tell me where the plaintiff was riding from and toward and where Officer Camacho was standing? Don't tell me he was standing at the entrance to the tunnel – there are multiple entrances to the Holland Tunnel downtown. Please be very specific.

Where are the cameras positioned that captured the videos that are Plaintiff's Exhibit 3 and Defendant's Exhibit O?

Thank you for clearing these things up.

Judge McMahon

BY ECF TO ALL COUNSEL