

**PORT AUTHORITY NY NJ**

**AIR LAND RAIL SEA**

May 22, 2026

**VIA ELECTRONIC FILING**
Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   **Peter Piatetsky v. the Port Authority of New York and New Jersey and Police Officer Anthony Camacho**
**Civil Action No.: 24-cv-09136-CM**

Dear Judge McMahon,

This office represents the defendants, the Port Authority of New York and New Jersey and Police Officer Anthony Camacho, in the above-referenced action. On February 6, 2026, the Defendants filed their motion for summary judgment, Plaintiff filed their opposition on February 27, 2026, and the defendants filed their reply in further support of their motion for summary judgment on March 13, 2026. On May 19, 2026, the Court issued an order granting in part and denying in part defendants' motion. The parties have conferred and jointly request until June 26, 2026 to submit the joint pretrial order.

Plaintiff's counsel consents to this request.

We thank the Court for its consideration of this application.

Respectfully submitted,

**PORT AUTHORITY LAW DEPARTMENT**
*Attorneys for Defendants*

By: /s/ Cheryl Alterman
      Cheryl Alterman, Esq.

cc:   Cody Warner, Esq.
      Attorneys for Plaintiff
      (via ECF)

*OK*
*Colleen McMahon*
*5/26/2026*

MEMO ENDORSED

4 World Trade Center  I  150 Greenwich Street, 24th Floor  I  New York, NY 10007  I  T: 212-435-3493  I  F: 212-435-3569  I cjvalletta@panynj.gov